## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| RITZ CAMERA CENTERS, INC. | ) ) | Case No. 09-10617 (MFW) |
| Debtor. | ) ) ) |  |

## NOTICE OF APPEARANCE AND
## DEMAND FOR NOTICES AND PAPERS

Please take notice that the undersigned firm of NIXON PEABODY LLP hereby enters its appearance as counsel to Eastman Kodak Company. ("Kodak") in the above-captioned case, pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and sections 342 and 1109(b) of the Bankruptcy Code, that hardcopies of all notices and pleadings given or filed in the above-captioned case be given and served upon the following persons at the following addresses, telephone and telecopy numbers:

Daniel W. Sklar, Esq.  
Nixon Peabody LLP  
900 Elm Street, 14th Floor  
Manchester, NH 03101  
Tel: (603) 628-4000  
Fax: (866) 947-0745  
Email: dsklar@nixonpeabody.com

Lee Harrington, Esq.  
Nixon Peabody, LLP  
100 Summer Street  
Boston, MA 02110-2131  
Tel: (617) 345-6016  
Fax: (866) 741-0618  
Email: lharrignton@nixonpeabody.com

Please take further notice that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by

12413596.1

mail, delivery, telephone, telegraph, telefax, or otherwise filed or madder with regard to the above-captioned cases and proceedings thereon.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of (a) Kodak's rights (i) to have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) to trial by jury in any proceeding so triable in these cases or any cases, controversy, or proceedings related to these cases, and (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (b) any other rights, claims, actions, setoffs, or recoupments to with Kodak is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Kodak expressly reserves.

Dated: February 26, 2009

EASTMAN KODAK COMPANY
By and through their attorneys,
NIXON PEABODY LLP

_____
Lee Harrington  (DE 4046)
Nixon Peabody, LLP
100 Summer Street
Boston, MA 02110-2131
Tel: (617) 345-6016
Fax: (866) 741-0618
lharrignton@nixonpeabody.com

and

Daniel W. Sklar
900 Elm Street,
14th Floor
Manchester, NH 03101
Tel: (603) 628-4000
Fax: (866) 947-0745
dsklar@nixonpeabody.com