# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | **Chapter 11** |
|  | **Case No. 09-10617 (MFW)** |
| RITZ CAMERA CENTERS, INC. |  |
| Debtor(s). |  |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS AND REQUEST TO BE ADDED TO MASTER SERVICE LIST

Please take notice that CYPRESS ENTERPRISE, LLC., hereby enters its appearance by and through its counsel, Kupelian Ormond & Magy, P.C., pursuant to 11 U.S.C. § 1109(b) and Bankruptcy Rule 9010(b); and such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and 11 U.S.C. § 342 and 1109(b), that copies of all notices and pleadings given or filed in these cases be given and served upon the party listed at the address and telephone listed below, and that its counsel be added to the Master Service List in this case.

Terrance A. Hiller, Jr., Esq.
Paul S. Magy, Esq.
David M. Blau, Esq.
KUPELIAN ORMOND & MAGY, P.C.
25800 Northwestern Highway, Suite 950
Southfield, Michigan 48075
Telephone: 248.357.0000 Facsimile: 248.357.7488
tah@kompc.com
psm@kompc.com
dmb@kompc.com

Please take further notice that, pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written, or oral, and whether transmitter or

1098-1410/153632

conveyed by mail, delivery, telephone, telegraph, telex, e-mail or otherwise filed or made with regard to the referenced cases and proceedings herein.

Dated:   March 3, 2009                                  Respectfully submitted,

                                                        KUPELIAN ORMOND & MAGY, P.C.

                                                        /s/ David M. Blau
                                                        Terrance A. Hiller, Jr. (P55699)
                                                        Paul S. Magy (P34423)
                                                        David M. Blau (P52542)
                                                        25800 Northwestern Highway, Suite 950
                                                        Southfield, Michigan  48075
                                                        Tel. 248.357.0000; Fax. 248.357.7488
                                                        Attorneys for Cypress Enterprise, LLC
                                                        tah@kompc.com
                                                        psm@kompc.com
                                                        dmb@kompc.com

## CERTIFICATE OF SERVICE

I do hereby certify that I caused to be served a true copy of the *Notice of Appearance and Request for Service of Papers and Request to be Added to Master Service List* by placing same in an envelope with sufficient postage thereon, and depositing same in a United States mail receptacle in the City of Southfield, State of Michigan to the following parties:

| **Karen M. McKinley, Esq.** | *U.S. Trustee* |
|---|---|
| Cole Scholtz Meisel Forman & Leonard PA | **United States Trustee** |
| 1000 N. West St., Ste. 1200 | 844 King Street, Room 2207 |
| Wilmington, DE 19801 | Lockbox #35 |
| | Wilmington, DE 19899-0035 |

Dated:   March 3, 2009                                  Respectfully submitted,

                                                        KUPELIAN ORMOND & MAGY, P.C.

                                                        /s/ David M. Blau
                                                        David M. Blau (P52542)
                                                        25800 Northwestern Highway, Suite 950
                                                        Southfield, Michigan  48075
                                                        Tel. 248.357.0000; Fax. 248.357.7488
                                                        Attorneys for Cypress Enterprise, LLC
                                                        dmb@kompc.com