UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE

| | |
|---|---|
| IN THE MATTER OF: | : |
| | : Chapter 11 |
| | : |
| Ritz Camera Centers, Inc., | : Case No. 09-10617 (MFW) |
| | : |
| | : NOTICE OF APPOINTMENT OF |
| Debtor. | : COMMITTEE OF UNSECURED |
| --------------------------------- | : CREDITORS |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above-captioned case:

1. **Nikon Inc.**, Attn: John P. Browne, 1300 Walt Whitman Road, Melville, NY 11747, Phone: 631-547-4251, Fax: 631-547-6261

2. **Canon U.S.A., Inc.**, Attn: Michael Lane, One Canon Plaza, Lake Success, NY 11042, Phone: 516-328-4985, Fax: 516-328-4993

3. **SanDisk Corporation**, Attn: Phyllis Anne Miller, 601 McCarthy Blvd., Milpitas, CA 95035, Phone: 408-801-2846, Fax: 408-801-8742

4. **Tocad America**, Attn: Richard Darrow, 53 Green Pond Road, Rockaway, NJ 07866, Phone: 973-627-9600 ext. 103, Fax: 973-664-2438

5. **Vertis, Inc.**, Attn: Luke J. Brandonisio, 250 W. Pratt St., Baltimore, MD 21201, Phone: 410-361-8659

6. **Simon Property Group, Inc.**, Attn: Ronald M. Tucker, 225 W. Washington St., Indianapolis, IN 46204, Phone: 317-263-2346, Fax: 317-263-7901

7. **GGP Limited Partnership**, Attn: Julie Minnick Bowden, 110 N. Wacker Drive, Chicago, IL 60606, Phone: 312-960-2707, Fax: 312-442-6374

        ROBERTA A. DeANGELIS
        Acting United States Trustee, Region 3


        /s/ Joseph J. McMahon, Jr. for
        WILLIAM K. HARRINGTON
        ASSISTANT UNITED STATES TRUSTEE

DATED: March 3, 2009

Attorney assigned to this case: Joseph J. McMahon, Jr., Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtor's counsel: Norman L. Pernick, Esquire, Phone: (302) 652-3131, Fax: (302) 652-3117