IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
DIVISION

In re:    Case No: 09-10617-MFW

RITZ CAMERA CENTERS, INC    Chapter: 11

_____/
Debtor (s)

## REQUEST FOR NOTICES

**I HEREBY FILE** this Request for Notices on behalf of creditor, KEN BURTON, JR., MANATEE COUNTY TAX COLLECTOR, and request that he is provided with copies of all further notices and pleadings filed herein.

Name to be added to the Matrix as follows:

Susan D. Profant, CFCA, CLA, FRP, Paralegal
KEN BURTON, JR., Manatee County Tax Collector
P. O. Box 25300
Bradenton, Florida 34206-5300
819 U.S. 301 Blvd. West
Bradenton, Florida 34205
Phone: (941) 741-4832
Facsimile: (941) 741-4865
e-mail: susanp@taxcollector.com

**I HEREBY CERTIFY** that a true and correct copy of the foregoing instrument was delivered by U.S. Mail this 27th day of February, 2009 to the following:

**Debtor:**   Ritz Camera Centers, Inc.
6711 Ritz Way, Beltsville, MD   20705

**Attorney for Debtor:**   Norman L. Pernick, Esquire
1000 North West Street, Suite 1200, Wilmington, DE   19801

**Trustee:**   Not Assigned

/Susan D. Profant, CFCA, CLA, Paralegal
KEN BURTON, JR., TAX COLLECTOR
MANATEE COUNTY, FLORIDA
PO BOX 25300
BRADENTON, Florida 34206-5300
(941) 741-4832