## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | * | |
| | * | Case No. 09-10617-MFW |
| RITZ CAMERA CENTERS, INC. | * | Chapter 11 |
| | * | |
| Debtor. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

### REQUEST OF CONGRESSIONAL VILLAGE ASSOCIATES, LLC FOR SERVICE OF NOTICE AND PAPERS

**PLEASE TAKE NOTICE** that Congressional Village Associates, LLC, pursuant to Bankruptcy Code Section 1109(b) and Bankruptcy Rules 2002, 9007 and 9010, requests that it be placed on the mailing matrix filed by the Debtors in this case and that all notices given or required to be given and all papers served or required to be served in this case be given to and served on Congressional Village Associates, LLC at the addresses set forth below:

**c/o The Cohen Companies**
**2701 Tower Oaks Boulevard**
**Suite 200**
**Rockville, Maryland 20852**
**Telephone: 301-692-1900**
**Facsimile: 301-692-1901**
**E-Mail: mhollander@cohencompanies.com**
**Attention: Michael P. Hollander**

**PLEASE TAKE FURTHER NOTICE** that in accordance with Section 1109(b) and Rule 9010(b), the foregoing request includes not only the notice and papers referred to in the rules specified above, but also includes, without limitation, orders and notices of any petition, pleading, complaint, hearing, application, motion, request or demand,

whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopy or otherwise.

Dated: March 17, 2009

Michael P. Hollander
The Cohen Companies
2701 Tower Oaks Boulevard
Suite 200
Rockville, Maryland 20852
Telephone: 301-692-1940
Facsimile: 301-692-1901
E-Mail: mhollander@cohencompanies.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing Request of Congressional Village Associates, LLC for Service of Notices and Papers was mailed, postage pre-paid on the 17th day of March, 2009, to the following:

Karen M. McKinley
Norman L. Pernick
Cole, Shotz, Meisel, Forman & Leonard
1000 N. West Street, Suite 1200
Wilmington, DE 19801

United States Trustee
844 King Street, Room 2207
Wilmington, DE 19899-0035

Michael P. Hollander