# Exhibit B to Sale Order

*Sale Guidelines*

## STORE CLOSING SALES PROCEDURES

Notwithstanding anything in the Agency Agreement to the contrary, the following procedures shall apply to any store location sales (each a "Sale" and collectively, "Sales") to be held at the closing locations, except as these procedures are modified by the Bankruptcy Court Order approving the Agency Agreement.

A. The Sales shall be conducted so that the closing locations in which sales are to occur will remain open no longer than during the normal hours of operation provided for in the respective leases for the closing locations.

B. The Sales shall be conducted in accordance with applicable state and local "Blue Laws", where applicable, so that no Sale shall be conducted on Sunday unless the Debtor had been operating such closing location on a Sunday.

C. All display and hanging signs used by the Debtor and the Agent in connection with Sale shall be professionally produced and all hanging signs shall be hung in a professional manner. The Debtor and the Agent may advertise the Sale as a "sale on everything", "store closing", or similar theme sale at the stores as provided by the Agency Agreement. The Debtor and the Agent shall not use neon or day-glo signs. Furthermore, with respect to enclosed mall locations no exterior signs or signs in common areas of a mall shall be used. Nothing contained herein shall be construed to create or impose upon the Debtor and the Agent any additional restrictions not contained in the applicable lease or other occupancy agreement. In addition, the Debtor and the Agent shall be permitted to utilize exterior banners at (i) non-enclosed mall Stores, and (ii) enclosed mall stores to the extent the applicable stores entrance does not require entry into the enclosed mall common area; provided, however, that such banners shall be located or hung so as to make clear that the Sale is being conducted only at the affected store, shall not be wider than the closing storefront of the closing store, and shall not be larger than 4 feet by 40 feet. In addition, the Debtor and the Agent shall be permitted to utilize sign walkers and street signage, notwithstanding any state, county or local law or ordinance; provided, however, the use of sign walkers and use of street signage shall be done in a safe manner and shall not be permitted on mall or shopping center property.

D. Conspicuous signs shall be posted in the cash register areas of each store to the effect that all sales are "final" and that customers with any questions or complaints subsequent to the conclusion of the Sale may contact a named representative of the Debtor or the Agent at a specified telephone number. Conspicuous signage shall be posted in the cash register area of each store to the effect that the manufacturer's warranty, if any, may still exist and customers should consult the packaging materials to see what, if any, manufacturer's warranties are available.

E. Within a "Shopping Center", the Agent shall not distribute handbills, leaflets or other written materials to customers outside of any of the closing stores, unless permitted by the applicable lease or, if distribution is customary in the shopping center in which the closing store is located. Otherwise, the Agent may solicit customers in the closing stores themselves. The Agent shall not use any flashing lights or amplified sound to advertise the Sale or solicit customers, except as permitted under the applicable lease or agreed to by the landlord.

46460/0002-5860789v1

F.  At the conclusion of the Sale, Agent shall vacate the closing Stores in "broom-clean" condition, and shall otherwise leave the closing stores in the same condition as on the commencement of the Sale, ordinary wear and tear excepted; provided, however, that the Debtor and Agent hereby do not undertake any greater obligation than as set forth in an applicable lease with respect to a store. The Debtor may abandon any FF&E or other materials (the "Abandoned Property") not sold in the Sale at the closing stores premise at the conclusion of the Sale. Any Abandoned Property left in a store after a lease is rejected shall be deemed abandoned with the landlord having the right to dispose of the same as the landlord chooses without any liability whatsoever on the part of the landlord to any party and without waiver of any damage claims against the Debtor.

G.  Subject to the provisions of the Agency Agreement, the Agent shall have the right to sell Owned FF&E located in the closing stores; provided, however, Debtor shall have the right (subject to the consent of the Lenders), at any time prior to the date that is 30 days after the Sale Commencement Date, to designate certain FF&E located in the closing stores that Debtor intends to keep for its own use and which Agent shall not be permitted or entitled to sell. The Agent may advertise the sale of the Owned FF&E consistent with the guidelines provided in paragraphs 4 and 6 hereof. Additionally, the purchasers of any Owned FF&E sold during the Sale shall only be permitted to remove the Owned FF&E either through the back shipping areas or through other areas after store business hours unless otherwise agreed by on-site mall management. For the avoidance of doubt, as of the Sale Termination Date, Agent may abandon, in place, and without further responsibility, any unsold FF&E located at the closing stores.

H.  Neither Agent nor Debtor shall make any alterations to interior or exterior closing store lighting. No property of any landlord of a closing store shall be removed or sold during the Sale. The hanging of exterior banners or other signage shall not constitute an alteration to the closing store.

I.  At the conclusion of the Sale at each closing location, pending assumption or rejection of applicable leases, the landlords of the closing locations shall have reasonable access to the closing locations' premises as set forth in the applicable leases. The Debtor, the Agent and their agents and representatives shall continue to have exclusive and unfettered access to the closing locations.

J.  Postpetition rents shall be paid by the Debtor or Agent, or as set forth in the Agency Agreement as required by the Bankruptcy Code until the rejection or assumption and assignment of each lease.

K.  The rights of landlords for any damages to a closing location shall be reserved in accordance with the provisions of the applicable lease.

L.  The Debtor shall notify a representative of the relevant landlord of the date on which the Sale is scheduled to conclude at a given closing location, within three (3) business days notice of Debtor's receipt of such notice from Agent.

M.  To the extent that the landlord of any closing location affected hereby contends that the Debtor is in breach of or default under these Sale Guidelines, such landlord shall provide

2

at least five (5) days' written notice, served by facsimile and overnight delivery, on the Debtor and its counsel, and the Agent and the Agent's counsel, at the following facsimile numbers and addresses:

If to the Debtor:

Ritz Camera Centers, Inc.
6711 Ritz Way
Beltsville, MD 20705
Attn: Marc S. Weinsweig
Tel: (202) 312 9237
Fax: (202) 312 9108


With a copy to:

Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Avenue, Suite 1410
Attn: Norman L. Pernick, Esquire
(302) 652-3131
(302) 652-3117 (fax)

and

Cole, Schotz, Meisel, Forman & Leonard, P.A.
300 East Lombard Street, Suite 2000
Baltimore, MD 21202
Attn: Irving E. Walker, Esquire
(410) 230-0660
(410) 230-0667 (fax)


If to the Agent:

Hilco Trading, LLC
Attn: Joseph A. Malfitano
Vice President, Assistant General Counsel
5 Revere Drive
Northbrook, IL 60062
(847) 504-3257
(847) 897-0868 (fax)


If the parties are unable to resolve the dispute between themselves, either the landlord or the Debtor shall have the right to schedule a "status hearing" before the Bankruptcy Court on no less than five (5) days notice to the other parties.

3

46460/0002-5860789v1