IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>RCC LIQUIDATING CORP.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 09-10617 (MFW)<br><br>**Hearing Date: November 23, 2009 at 11:30 a.m.**<br>**Objection Deadline: November 16, 2009 at 4:00 p.m.** |

## NOTICE OF DEBTOR'S FIRST OMNIBUS OBJECTION (NON-SUBSTANTIVE) TO CERTAIN (A) DUPLICATE, (B) AMENDED/SUPERSEDED, AND (C) LATE FILED CLAIMS

**To:** **(i) the Office of the United States Trustee for the District of Delaware; (ii) counsel for the Creditors' Committee; (iii) counsel to the Agent for the Debtor's prepetition and postpetition secured lenders; (iv) Internal Revenue Service; (v) all parties entitled to receive notices in this chapter 11 case pursuant to Bankruptcy Rule 2002; and (vi) the claimants identified on Schedule 1 attached hereto**

PLEASE TAKE NOTICE that on October 7, 2009, the Debtor filed the **Debtor's First Omnibus Objection (Non-Substantive) to Certain (A) Duplicate, (B) Amended/Superceded, and (C) Late Filed Claims** (the "First Omnibus Objection") with the United States Bankruptcy Court for the District of Delaware, which seeks to alter the rights of the parties listed on Exhibit A - C to the proposed order attached to the First Omnibus Objection. **Specifically, the First Omnibus Objection seeks to alter the rights of the parties listed on Exhibits A - C to the proposed order attached hereto by disallowing one or more of such parties' claims against the Debtor, on the grounds that such claims are (a) duplicate, (b) amended/superceded, or (c) late filed claims.**

PLEASE TAKE FURTHER NOTICE that Responses, if any, to the First Omnibus Objection must be in writing, filed with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by the undersigned counsel on or before **November 16, 2009 at 4:00 p.m. (Eastern Time)** (the "Response Deadline").

PLEASE TAKE FURTHER NOTICE that a hearing on the First Omnibus Objection will be held before the Honorable Mary F. Walrath, United States Bankruptcy Judge, United States Bankruptcy Court, 824 Market Street, 5th Floor, Wilmington, Delaware 19801 on **November 23, 2009 at 11:30 a.m. (Eastern Time).**

---

[1] The last four digits of the Debtor's federal tax identification number are 6025.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE FIRST OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: October 7, 2009

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: _____
Norman L. Pernick (No. 2290)
Patrick J. Reilley (No. 4451)
Karen M. McKinley (No. 4372)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
(302) 652-3131
(302) 652-3117 (Fax)

-and-

Irving E. Walker, Esquire
Gary H. Leibowitz, Esquire
300 E. Lombard Street, Suite 2000
Baltimore, MD 21202
(410) 230-0660
(410) 230-0667 (Fax)

Counsel for the Debtor
and Debtor in Possession