# SCHEDULE 1

# MASTER LIST OF CLAIMANTS AND CLAIMS
# Affected by this Second Omnibus Objection

In re: RCC Liquidating Corp.
Case No. 09-10617 (MFW)

Second Omnibus Claims Objection

Schedule 1 - Claimants And Related Claims Subject To Second Omnibus Claims Objection

| Claim Holder | Claim Holder Address | Claim | Exhibit |
|---|---|---|---|
| ANNAPOLIS HARBOUR CENTER ASSOCIATES | C O LERNER CORPORATION<br>2000 TOWER OAKS BLVD 8TH FL<br>ROCKVILLE, MD 20852-4208 | 2942 | EXHIBIT B - NON-SUBSTANTIVE LATE FILED CLAIMS |
| KINNELON HYE LP | ATTN MARK GABRELLIAN<br>95 ROUTE 17 S<br>PARAMUS, NJ 07652 | 1705 | EXHIBIT A - NON-SUBSTANTIVE EXACT DUPLICATE FILED CLAIMS |
| KINNELON HYE LP | C/O GABRELLIAN ASSOCIATES<br>95 ROUTE 17 SOUTH<br>STORE NO 1229<br>PARAMUS, NJ 07652 | 1701 | EXHIBIT A - NON-SUBSTANTIVE EXACT DUPLICATE FILED CLAIMS |
| WASHINGTON SQUARE LIMITED PARTNERSHIP | DILIP GOR<br>2000 TOWER OAKS BLVD 8TH FL<br>ROCKVILLE, MD 20852 | 3069 | EXHIBIT B - NON-SUBSTANTIVE LATE FILED CLAIMS |
| WHITE FLINT LIMITED PARTNERSHIP | C O LERNER CORP<br>2000 TOWER OAKS BLVD 8TH FL<br>ROCKVILLE, MD 20852-4208 | 2940 | EXHIBIT B - NON-SUBSTANTIVE LATE FILED CLAIMS |