# SCHEDULE 1

## MASTER LIST OF CLAIMANTS AND CLAIMS

## Affected by this Third Omnibus Objection

In re: RCC Liquidating Corp.
Case No. 09-10617 (MFW)

Third Omnibus Claims Objection

Schedule 1 - Claimants And Related Claims Subject To Third Omnibus Claims Objection

| Claim Holder | Claim Holder Address | Claim | Exhibit |
|---|---|---|---|
| 1202 WBP REALTY ASSOCIATES LLC | C O THE COTSWOLD GROUP<br>550 MAMARONECK AVE STE 411<br>HARRISON, NY 10528-1634 | 1518 | EXHIBIT A - DUPLICATE CLAIMS |
| 1202 WBP REALTY ASSOCIATES LLC | ROBERT Y SHASHA<br>550 MAMARONECK AVE STE 411<br>HARRISON, NY 10528 | 1275 | EXHIBIT A - DUPLICATE CLAIMS |
| 1451 WASHBURN LLC | C O WHEEL & SPROCKET<br>5722 SO 108TH ST<br>HALES CORNER, WI 53130 | 1906 | EXHIBIT A - DUPLICATE CLAIMS |
| 24 HR EXPRESS SERVICES INC | 130 WALNUT ST STE A17<br>PERRIS, CA 92571 | 670 | EXHIBIT B - BOOKS AND RECORDS |
| ALAMEDA COUNTY TAX COLLECTOR | 1221 OAK ST<br>OAKLAND, CA 94612 | 2868 | EXHIBIT B - BOOKS AND RECORDS |
| ALLIED DIAGNOSTIC IMAGING | 4155 PAYSPHERE CIR<br>CHICAGO, IL 60674 | 3138 | EXHIBIT C - LATE FILED |
| ALLIED PARKING INC | ATTN VICKI KURTZAHN<br>800 SOUTH NINTH ST<br>MINNEAPOLIS, MN 55404-1205 | 1726 | EXHIBIT A - DUPLICATE CLAIMS |
| ALTAMONTE MALL LLC | STEPHEN WARSH<br>C O GENERAL GROWTH PROPERTIES INC<br>110 N WACKER DR BSC 1 26<br>CHICAGO, IL 60606 | 1455 | EXHIBIT A - DUPLICATE CLAIMS |
| AMERICAN EXPRESS TRAVEL RELATED SERVICES CO INC CORP CARD | C O BECKET AND LEE LLP<br>ATTORNEYS AGENT FOR CREDITOR<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | 752 | EXHIBIT B - BOOKS AND RECORDS |
| ANALISA BELLI | | 1730 | EXHIBIT A - DUPLICATE CLAIMS |
| ARC ASHBROOK RETAIL CONSULTANTS LLC | C O ATLANTIC REALTY COMPANIES INC<br>8150 LEESBURG PIKE STE 1100<br>VIENNA, VA 22182 | 1186 | EXHIBIT D - AMENDED |
| ARCH INSURANCE COMPANY | MELISSA B GILLIGAN<br>300 FIRST STAMFORD PL<br>STAMFORD, CT 06902 | 3003 | EXHIBIT A - DUPLICATE CLAIMS |
| ARDEN FAIR ASSOCIATES LP | DUSTIN P BRANCH ESQ<br>2029 CENTURY PARK E 26TH FL<br>LOS ANGELES, CA 90067 | 2190 | EXHIBIT A - DUPLICATE CLAIMS |
| ARIZONA PUBLIC SERVICE CO | COMMERCIAL CREDIT SUPERVISOR<br>PO BOX 53933<br>MAIL STATION 3209<br>PHOENIX, AZ 85072-3933 | 478 | EXHIBIT A - DUPLICATE CLAIMS |

In re: RCC Liquidating Corp.
Case No. 09-10617 (MFW)

Third Omnibus Claims Objection

Schedule 1 - Claimants And Related Claims Subject To Third Omnibus Claims Objection

| Claim Holder | Claim Holder Address | Claim | Exhibit |
|---|---|---|---|
| ARLINGTON COUNTY TREASURERS OFFICE | ATTN PATRICIA A WETH<br>2100 CLARENDON BLVD NO 217<br>ARLINGTON, VA 22201 | 3147 | EXHIBIT A - DUPLICATE CLAIMS |
| ARLINGTON COUNTY VIRGINIA | TREASURERS OFFICE<br>2100 CLARENDON BLVD STE 217<br>ARLINGTON, VA 22201 | 3145 | EXHIBIT C - LATE FILED |
| ATECH FLASH TECHNOLOGY INC | 46045 WARM SPRINGS BLVD<br>FREMONT, CA 94539 | 3208 | EXHIBIT C - LATE FILED |
| AVENTURA MALL VENTURE | C/O TURNBERRY AVENTURA MALL COMPANY LTD<br>19501 BISCAYNE BLVD STE 400<br>STORE NO 1384<br>AVENTURA, FL 33180 | 1890 | EXHIBIT A - DUPLICATE CLAIMS |
| BART BOOZER | | 1886 | EXHIBIT A - DUPLICATE CLAIMS |
| BASS SECURITY SERVICES INC | 26701 RICHMOND RD<br>BEDFORD HEIGHTS, OH 44146 | 1183 | EXHIBIT B - BOOKS AND RECORDS |
| BAUGH DALTON CARLSON & RYAN LLC | MARY KAY MORRISSEY<br>55 W MONROE ST STE 600<br>CHICAGO, IL 60603 | 1696 | EXHIBIT A - DUPLICATE CLAIMS |
| BENTON COUNTY TREASURER | DUANE A DAVIDSON<br>BENTON COUNTY PROSECUTING ATTORNEY<br>7122 W OKANOGAN PL BLDG A<br>KENNEWICK, WA 99336-2359 | 425 | EXHIBIT B - BOOKS AND RECORDS |
| BENTON COUNTY WASHINGTON TREASURER | DUANE A DAVIDSON<br>620 MARKET ST<br>PO BOX 630<br>PROSSER, WA 99350-0630 | 2244 | EXHIBIT B - BOOKS AND RECORDS |
| BLUE SEA SYSTEMS | 425 SEQUOIA DR<br>BELLINGHAM, WA 98226 | 2713 | EXHIBIT A - DUPLICATE CLAIMS |
| BLUE VALLEY SCHOOL DISTRICT | TERRA M BARROWS<br>15020 METCALF<br>PO BOX 23901<br>OVERLAND PARK, KS 66283-0901 | 2157 | EXHIBIT A - DUPLICATE CLAIMS |
| BOATERS WORLD PROPERTIES LLP | ATTN NANCY L MANZER<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>1875 PENNSYLVANIA AVE NW<br>WASHINGTON, DC 20009 | 2524 | EXHIBIT A - DUPLICATE CLAIMS |
| BOATERS WORLD PROPERTIES LLP | ATTN WADE MAYBERRY<br>250 WEST JOYCE LN<br>ARNOLD, MD 21012 | 2642 | EXHIBIT A - DUPLICATE CLAIMS |

In re: RCC Liquidating Corp.
Case No. 09-10617 (MFW)

Third Omnibus Claims Objection

Schedule 1 - Claimants And Related Claims Subject To Third Omnibus Claims Objection

| Claim Holder | Claim Holder Address | Claim | Exhibit |
|---|---|---|---|
| BOAZ PROPERTIES LLC | 1310 S TYRON ST NO 104<br>CHARLOTTE, NC 28203 | 344 | EXHIBIT A - DUPLICATE CLAIMS |
| BOAZ PROPERTIES LLC | 1310 S TYRON ST NO 104<br>CHARLOTTE, NC 28203 | 346 | EXHIBIT A - DUPLICATE CLAIMS |
| BOULEVARD ASSOCIATES A DEBTOR IN POSSESSION SD NY NO 09 11977 | STEPHEN WARSH<br>C O GENERAL GROWTH PROPERTIES<br>110 N WACKER DR BSC 1 26<br>CHICAGO, IL 60606 | 1465 | EXHIBIT A - DUPLICATE CLAIMS |
| BRADFORD BALDWIN | | 1659 | EXHIBIT A - DUPLICATE CLAIMS |
| BRANDON SHOPPING CENTER PARTNERS LTD | C O NICLAS A FERLAND ESQ<br>LECLAIRRYAN<br>555 LONG WHARF DR 8TH FL<br>NEW HAVEN, CT 06511 | 1859 | EXHIBIT A - DUPLICATE CLAIMS |
| BRYAN YOUNG | | 2427 | EXHIBIT A - DUPLICATE CLAIMS |
| CAHABA VILLAGE RETAIL COMPANY LLC | C O HEATHER A LEE<br>BURR & FORMAN LLP<br>420 N 20TH ST STE 3400<br>BIRMINGHAM, AL 35203 | 2593 | EXHIBIT D - AMENDED |
| CAMERON COUNTY | DIANE W SANDERS<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>THE TERRACE II 2700 VIA FORTUNA DR STE 400<br>PO BOX 17428<br>AUSTIN, TX 78760-7428 | 533 | EXHIBIT D - AMENDED |
| CARL G CAPORALI | | 937 | EXHIBIT A - DUPLICATE CLAIMS |
| CAROLINA HANDLING LLC | PO BOX 7548<br>CHARLOTTE, NC 28241-7548 | 3197 | EXHIBIT C - LATE FILED |
| CHARLES COUNTY MARYLAND | C O MEYERS RODBELL & ROSENBAUM PA<br>6801 KENILWORTH AVE STE 400<br>RIVERDALE, MD 20737-1385 | 2579 | EXHIBIT B - BOOKS AND RECORDS |
| CHARLES T KOSKI | | 1855 | EXHIBIT A - DUPLICATE CLAIMS |
| CHARLES T KOSKI | | 1856 | EXHIBIT A - DUPLICATE CLAIMS |
| CHASE PAYMENTECH | MICHAEL G MENKOWITZ ESQ<br>FOX ROTHSCHILD LLP<br>2000 MARKET ST 10TH FL<br>PHILADELPHIA, PA 19103-3291 | 29 | EXHIBIT A - DUPLICATE CLAIMS |
| CHASE PAYMENTECH | PRINCE ALTEE THOMAS ESQ<br>FOX ROTHSCHILD LLP<br>2000 MARKET ST 10TH FL<br>PHILADELPHIA, PA 19103-3291 | 962 | EXHIBIT A - DUPLICATE CLAIMS |

In re: RCC Liquidating Corp.
Case No. 09-10617 (MFW)

Third Omnibus Claims Objection

Schedule 1 - Claimants And Related Claims Subject To Third Omnibus Claims Objection

| Claim Holder | Claim Holder Address | Claim | Exhibit |
|---|---|---|---|
| CITY OF ANN ARBOR | CITY ATTORNEYS OFFICE<br>100 N FIFTH AVE<br>ANN ARBOR, MI 48104 | 1503 | EXHIBIT D - AMENDED |
| CITY OF ASPEN CO | KATHRYN YANG<br>130 S GALENA ST<br>ASPEN, CO 81611 | 2159 | EXHIBIT A - DUPLICATE CLAIMS |
| CITY OF BIRMINGHAM REVENUE DIVISION | 710 N 20TH ST<br>RM TL 100 CITY HALL<br>BIRMINGHAM, AL 35203 | 661 | EXHIBIT B - BOOKS AND RECORDS |
| CITY OF BRENTWOOD BUSINESS TAXES | PO BOX 788<br>BRENTWOOD, TN 37024-0788 | 1780 | EXHIBIT B - BOOKS AND RECORDS |
| CITY OF CARLSBAD CA | PO BOX 9009<br>CARLSBAD, CA 92018-9009 | 1592 | EXHIBIT A - DUPLICATE CLAIMS |
| CITY OF CHATTANOOGA | M A MAMAHAN & K O FRITZ<br>101 E 11TH ST RM 100<br>CHATTANOOGA, TN 37402 | 718 | EXHIBIT B - BOOKS AND RECORDS |
| CITY OF CHESAPEAKE | BARBARA O CARRAWAY TREASURER<br>PO BOX 16495<br>CHESAPEAKE, VA 23328 | 696 | EXHIBIT B - BOOKS AND RECORDS |
| CITY OF CONYERS | 1184 SCOTT ST<br>CONYERS, GA 30012 | 3209 | EXHIBIT C - LATE FILED |
| CITY OF DANVILLE | VALERIA A TOOMER<br>PO BOX 3308<br>DANVILLE, VA 24543 | 2996 | EXHIBIT A - DUPLICATE CLAIMS |
| CITY OF GROSSE POINTE WOODS | 20025 MACK PLAZA DR<br>GROSSE POINTE WOOD, MI 48236 2397 | 1301 | EXHIBIT B - BOOKS AND RECORDS |
| CITY OF HAMPTON | CITY OF HAMPTON TREASURER<br>1 FRANKLIN ST STE 100<br>HAMPTON, VA 23669 | 951 | EXHIBIT A - DUPLICATE CLAIMS |
| CITY OF HAPEVILLE | CAROLYN MEIER<br>3468 N FOLTON AVE<br>HAPEVILLE, GA 30354 | 1585 | EXHIBIT A - DUPLICATE CLAIMS |
| CITY OF MONTGOMERY ALABAMA | MEMORY & DAY<br>FOR CITY OF MONTGOMERY<br>PO BOX 4054<br>MONTGOMERY, AL 36103 | 896 | EXHIBIT B - BOOKS AND RECORDS |
| CITY OF NEWPORT | NEWPORT MUNICIPAL COURT<br>CITY HALL COLL DEP<br>43 BROADWAY<br>NEWPORT, RI 02840 | 2212 | EXHIBIT A - DUPLICATE CLAIMS |

In re: RCC Liquidating Corp.
Case No. 09-10617 (MFW)

Third Omnibus Claims Objection

Schedule 1 - Claimants And Related Claims Subject To Third Omnibus Claims Objection

| Claim Holder | Claim Holder Address | Claim | Exhibit |
|---|---|---|---|
| CITY OF ROANOKE | OFFICE OF BILLINGS & COLLECTIONS<br>215 CHURCH AVE SW RM 252<br>RONOAKE, VA 24011 | 845 | EXHIBIT B - BOOKS AND RECORDS |
| CITY OF SALISBURY | TERRY L KING<br>125 N DIVISION ST RM 104<br>SALISBURY, MD 21801 | 3166 | EXHIBIT C - LATE FILED |
| CITY OF SCRANTON | MARY LOU MURRAY<br>340 N WASHINGTON AVE<br>SCRANTON, PA 18503 | 1699 | EXHIBIT A - DUPLICATE CLAIMS |
| CLARENCE DYE | | 3211 | EXHIBIT C - LATE FILED |
| CLEAR CHANNEL | 27675 HALSTEAD RD<br>FARMINGTON HILLS, MI 48331 | 371 | EXHIBIT A - DUPLICATE CLAIMS |
| CLEAR CHANNEL BROADCASTING INC | PORTLAND MARKET 5670 COLLECTIONS CENTER<br>DR<br>CHICAGO, IL 60693 | 1359 | EXHIBIT A - DUPLICATE CLAIMS |
| CLEAR CHANNEL BROADCASTING INC DBA WTAK<br>FM | WALTER J BURSON BUS MGR<br>PO BOX 21008<br>HUNTSVILLE, AL 35813-5008 | 762 | EXHIBIT A - DUPLICATE CLAIMS |
| COLES LOCK & KEY | 7 HUNTING RIDGE RD<br>NEWARK, DE 19702 | 2946 | EXHIBIT A - DUPLICATE CLAIMS |
| COMM WORKS LLC | PO BOX 88280<br>MILWAUKEE, WI 53288 | 2059 | EXHIBIT A - DUPLICATE CLAIMS |
| COMMONWEALTH OF MASSACHUSETTS<br>DEPARTMENT OF REVENUE | STEPHEN KOBIALKA<br>PO BOX 9564<br>BOSTON, MA 02114-9564 | 1691 | EXHIBIT D - AMENDED |
| COMPUTER PRODUCTS CORPORATION | GARY W SCHULTZ<br>2106 FLORENCE AVE<br>CINCINNATI, OH 45206 | 1251 | EXHIBIT A - DUPLICATE CLAIMS |
| CONNECTICUT WATER COMPANY | PO BOX 9683<br>MANCHESTER, NH 03108-9683 | 3151 | EXHIBIT C - LATE FILED |
| COUNTY OF LOUDOUN VIRGINIA | ATTN KAREN STAPLETON ASST COUNTY ATTY<br>PO BOX 7000<br>MSC NO 06<br>LEESBURG, VA 20177-7000 | 2122 | EXHIBIT D - AMENDED |
| COUNTY OF SANTA CLARA | TAX COLLECTOR<br>COUNTY GOVERNMENT CENTER 6TH FL EAST WING<br>70 W HEDDING ST<br>SAN JOSE, CA 95110 | 1363 | EXHIBIT B - BOOKS AND RECORDS |
| COUSINS PROPERTIES INCORPORATED | DUSTIN P BRANCH ESQ<br>2029 CENTURY PARK E 26TH FL<br>LOS ANGELES, CA 90067 | 2339 | EXHIBIT A - DUPLICATE CLAIMS |

In re: RCC Liquidating Corp.
Case No. 09-10617 (MFW)

Third Omnibus Claims Objection

Schedule 1 - Claimants And Related Claims Subject To Third Omnibus Claims Objection

| Claim Holder | Claim Holder Address | Claim | Exhibit |
|---|---|---|---|
| COUSINS PROPERTIES INCORPORATED WEST COBB 335932 15 | DUSTIN P BRANCH ESQ<br>2029 CENTURY PARK E 26TH FL<br>LOS ANGELES, CA 90067 | 2270 | EXHIBIT A - DUPLICATE CLAIMS |
| CUSTOM COMMUNICATIONS INC | CUSTOM ALARM<br>1661 GREENVIEW DR SW<br>ROCHESTER, MN 55902 | 1441 | EXHIBIT A - DUPLICATE CLAIMS |
| CVR ASSOCIATES LIMITED PARTNERSHIP | JOHN H CAPITANO ESQ<br>K&L GATES LLP<br>HEARST TOWER 47TH FL<br>214 N TRYON ST<br>CHARLOTTE, NC 28202 | 2565 | EXHIBIT D - AMENDED |
| DALLAS COUNTY | ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>2323 BRYAN ST STE 1600<br>DALLAS, TX 75201 | 535 | EXHIBIT D - AMENDED |
| DANNY L BLAIR | | 1753 | EXHIBIT A - DUPLICATE CLAIMS |
| DAYCON PRODUCTS COMPANY | C O DAVID WALLACE<br>16001 TRADE ZONE AVE<br>UPPER MARLBORO, MD 20774 | 1719 | EXHIBIT A - DUPLICATE CLAIMS |
| DENISE BUTLER | | 3162 | EXHIBIT C - LATE FILED |
| DENISE BUTLER | | 3163 | EXHIBIT C - LATE FILED |
| DIXIE PRINTING & PACKING LLC | WILLIAM A HOPP<br>7354 BALTIMORE ANNAPOLIS BLVD<br>GLEN BURNIE, MD 21061 | 500 | EXHIBIT A - DUPLICATE CLAIMS |
| DOUG BELDEN HILLSBOROUGH COUNTY TAX COLLECTOR | ATTN DOUG BELDEN<br>TAX COLLECTOR HILLSBOROUGH COUNTY<br>601 E KENNEDY BLVD 14TH FL<br>PO BOX 172920<br>TAMPA, FL 33672-2920 | 1894 | EXHIBIT D - AMENDED |
| DOUG BELDEN HILLSBOROUGH COUNTY TAX COLLECTOR | ATTN DOUG BELDEN<br>TAX COLLECTOR HILLSBOROUGH COUNTY<br>601 E KENNEDY BLVD 14TH FL<br>PO BOX 172920<br>TAMPA, FL 33672-2920 | 1963 | EXHIBIT D - AMENDED |
| DOUG BELDEN HILLSBOROUGH COUNTY TAX COLLECTOR | ATTN DOUG BELDEN<br>TAX COLLECTOR HILLSBOROUGH COUNTY<br>601 E KENNEDY BLVD 14TH FL<br>PO BOX 172920<br>TAMPA, FL 33672-2920 | 1965 | EXHIBIT D - AMENDED |

In re: RCC Liquidating Corp.
Case No. 09-10617 (MFW)

Third Omnibus Claims Objection

Schedule 1 - Claimants And Related Claims Subject To Third Omnibus Claims Objection

| Claim Holder | Claim Holder Address | Claim | Exhibit |
|---|---|---|---|
| DOUG BELDEN HILLSBOROUGH COUNTY TAX COLLECTOR | ATTN DOUG BELDEN<br>TAX COLLECTOR HILLSBOROUGH COUNTY<br>601 E KENNEDY BLVD 14TH FL<br>PO BOX 172920<br>TAMPA, FL 33672-2920 | 3203 | EXHIBIT A - DUPLICATE CLAIMS |
| DOUG BELDEN HILLSBOROUGH COUNTY TAX COLLECTOR | ATTN DOUG BELDEN<br>TAX COLLECTOR HILLSBOROUGH COUNTY<br>601 E KENNEDY BLVD 14TH FL<br>PO BOX 172920<br>TAMPA, FL 33672-2920 | 3204 | EXHIBIT A - DUPLICATE CLAIMS |
| DOUG BELDEN HILLSBOROUGH COUNTY TAX COLLECTOR | ATTN DOUG BELDEN<br>TAX COLLECTOR HILLSBOROUGH COUNTY<br>601 E KENNEDY BLVD 14TH FL<br>PO BOX 172920<br>TAMPA, FL 33672-2920 | 3205 | EXHIBIT A - DUPLICATE CLAIMS |
| DOUG BELDEN HILLSBOROUGH COUNTY TAX COLLECTOR | ATTN DOUG BELDEN<br>TAX COLLECTOR HILLSBOROUGH COUNTY<br>601 E KENNEDY BLVD 14TH FL<br>PO BOX 172920<br>TAMPA, FL 33672-2920 | 3207 | EXHIBIT A - DUPLICATE CLAIMS |
| DOUG HOOVER | | 2167 | EXHIBIT A - DUPLICATE CLAIMS |
| DOUGLAS COUNTY | DOUGLAS COUNTY TREASURER<br>ATTN STEPHANIE COOK<br>100 THIRD ST<br>CASTLE ROCK, CO 80104 | 1972 | EXHIBIT A - DUPLICATE CLAIMS |
| DOUGLAS HILTZ | | 2735 | EXHIBIT A - DUPLICATE CLAIMS |
| EAST BAY MUNICIPAL UTILITY DISTRICT | ANITA DICKEY<br>375 11TH ST<br>OAKLAND, CA 94607 | 1374 | EXHIBIT A - DUPLICATE CLAIMS |
| EAST MESA ASSOCIATES MACERICH SUPERSTITION 203270 1527 | DUSTIN P BRANCH ESQ<br>2029 CENTURY PARK E 26TH FL<br>LOS ANGELES, CA 90067 | 2271 | EXHIBIT A - DUPLICATE CLAIMS |
| ENTERCOM COMMUNICATIONS DBA KOIT FM | 201 THIRD ST STE 1200<br>SAN FRANCISCO, CA 94103 | 3185 | EXHIBIT C - LATE FILED |
| FARIAS INC | 5832 STAR LN<br>HOUSTON, TX 77057 | 2170 | EXHIBIT A - DUPLICATE CLAIMS |
| FLORIDA FISHING WEEKLY | RITA BATTISTONI<br>1070 E INDIANTOWN RD STE 200<br>JUPITER, FL 33477 | 180 | EXHIBIT A - DUPLICATE CLAIMS |

In re: RCC Liquidating Corp.
Case No. 09-10617 (MFW)

Third Omnibus Claims Objection

Schedule 1 - Claimants And Related Claims Subject To Third Omnibus Claims Objection

| Claim Holder | Claim Holder Address | Claim | Exhibit |
|---|---|---|---|
| FORMOST GRAPHIC COMMUNICATIONS INC | MARY SZITA<br>7564 STANDISH PL STE 115<br>ROCKVILLE, MD 20855 | 3146 | EXHIBIT C - LATE FILED |
| FORSYTH COUNTY | TAX COMMISSIONER<br>1092 TRIBBLE GAP RD<br>CUMMING, GA 30040 | 3157 | EXHIBIT C - LATE FILED |
| FORT BEND COUNTY | TARA L GRUNDEMEIER<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | 450 | EXHIBIT B - BOOKS AND RECORDS |
| FRANK STANGEL JR | | 1344 | EXHIBIT B - BOOKS AND RECORDS |
| FRED TONKIN | | 1664 | EXHIBIT A - DUPLICATE CLAIMS |
| FULTON COUNTY TAX COMMISSIONER | 101 PRYOR ST STE 1113<br>ATLANTA, GA 30303 | 818 | EXHIBIT D - AMENDED |
| GARY FORD | 31222 CEDAR CREEK RD<br>HINCKLEY, MN 55037 | 2253 | EXHIBIT A - DUPLICATE CLAIMS |
| GATEWAY FAIRVIEW INC | DUSTIN P BRANCH ESQ<br>2029 CENTURY PARK E 26TH FL<br>LOS ANGELES, CA 90067 | 2335 | EXHIBIT A - DUPLICATE CLAIMS |
| GEORGIA DEPARTMENT OF REVENUE | DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>BANKRUPTCY SECTION<br>PO BOX 161108<br>ATLANTA, GA 30321 | 3161 | EXHIBIT C - LATE FILED |
| GGP GRANDVILLE LLC A DEBTOR IN POSSESSION SD NY NO 09 11977 | STEPHEN WARSH<br>GENERAL GROWTH PROPERTIES<br>110 N WACKER DR BSC 1 26<br>CHICAGO, IL 60606 | 1431 | EXHIBIT A - DUPLICATE CLAIMS |
| GGP MAINE MALL LLC A DEBTOR IN POSSESSION SD NY NO 09 11977 | STEPHEN WARSH MANAGER BANKRUPTCY<br>SERVICES AGENT FOR CLAIMANT<br>C O GENERAL GROWTH PROPERTIES<br>110 N WACKER DR BSC 1 26<br>CHICAGO, IL 60606 | 1513 | EXHIBIT A - DUPLICATE CLAIMS |
| GGP MALL OF LOUISIANA LP A DEBTOR IN POSSESSION SD NY NO 09 11977 | C O STEPHEN WARSH<br>GENERAL GROWTH PROPERTIES INC<br>110 N WACKER DR BSC 1 26<br>CHICAGO, IL 60606 | 3192 | EXHIBIT C - LATE FILED |

In re: RCC Liquidating Corp.
Case No. 09-10617 (MFW)

Third Omnibus Claims Objection

Schedule 1 - Claimants And Related Claims Subject To Third Omnibus Claims Objection

Page 9 of 21

| Claim Holder | Claim Holder Address | Claim | Exhibit |
|---|---|---|---|
| GGP NORTH POINT INC A DEBTOR IN POSSESSION SD NY NO 09 11977 | STEPHEN WARSH MANAGER BANKRUPTCY SERVICES AGENT FOR CLAIMANT C O GENERAL GROWTH PROPERTIES 110 N WACKER DR BSC 1 26 CHICAGO, IL 60606 | 1509 | EXHIBIT A - DUPLICATE CLAIMS |
| GGP STEEPLEGATE INC A DEBTOR IN POSSESSION SD NY NO 09 11977 | STEPHEN WARSH GENERAL GROWTH PROPERTIES 110 N WACKER DR BSC 1 26 CHICAGO, IL 60606 | 1424 | EXHIBIT A - DUPLICATE CLAIMS |
| GGP TUCSON MALL LLC A DEBTOR IN POSSESSION SD NY NO 09 11977 | STEPHEN WARSH C O GENERAL GROWTH PROPERTIES 110 N WACKER DR BSC 1 26 CHICAGO, IL 60606 | 1417 | EXHIBIT A - DUPLICATE CLAIMS |
| GOLIGHT INC | 37146 OLD HWY 17 CULBERTSON, NE 69024-8226 | 1265 | EXHIBIT A - DUPLICATE CLAIMS |
| GOOGLE INC | WENDY W SMITH BINDER & MALTER LLP 2775 PARK AVE SANTA CLARA, CA 95050 | 2124 | EXHIBIT B - BOOKS AND RECORDS |
| GRAND TRAVERSE MALL PARTNERS LP A DEBTOR IN POSSESSION SD NY NO 09 119977 | STEPHEN WARSH C O GENERAL GROWTH PROPERTIES 110 N WACKER DR BSC 1 26 CHICAGO, IL 60606 | 1474 | EXHIBIT A - DUPLICATE CLAIMS |
| GREEN MOUNTAIN POWER GMP | PO BOX 1915 BRATTLEBORO, VT 05302-1915 | 3154 | EXHIBIT C - LATE FILED |
| GREG HARBIN | | 1266 | EXHIBIT A - DUPLICATE CLAIMS |
| GREGORY M KASHUBA | | 2249 | EXHIBIT A - DUPLICATE CLAIMS |
| GS II UPTOWN SOLON LLC | C O ERIC C COTTON ASST GENERAL COUNSEL DEVELOPERS DIVERSIFIED REALTY 3300 ENTERPRISE PKWY PO BOX 228042 BEACHWOOD, OH 44122 | 2587 | EXHIBIT A - DUPLICATE CLAIMS |
| GUARDIAN FIRE PROTECTION SERV LLC | 7668 STANDISH PL ROCKVILLE, MD 20855 | 1935 | EXHIBIT A - DUPLICATE CLAIMS |
| HARFORD COUNTY MARYLAND | DEPARTMENT OF REVENUE COLLECTIONS 220 S MAIN ST 1ST FL BEL AIR, MD 21014 | 3164 | EXHIBIT C - LATE FILED |
| HARFORD COUNTY MARYLAND | DEPT OF LAW 220 S MAIN ST BEL AIR, MD 21014 | 844 | EXHIBIT D - AMENDED |
| HELEN R FICHTE | | 1350 | EXHIBIT A - DUPLICATE CLAIMS |

Schedule 1 - Claimants And Related Claims Subject To Third Omnibus Claims Objection

| Claim Holder | Claim Holder Address | Claim | Exhibit |
|---|---|---|---|
| HENRICO COUNTY VIRGINIA ACCT NO R02068002 R02070002 | RHYSA GRIFFITH SOUTH ASSISTANT COUNTY ATTORNEY PO BOX 90775 HENRICO, VA 23273-0775 | 1811 | EXHIBIT B - BOOKS AND RECORDS |
| HOLLYWOODFOTOFIX INC | MARK LONG 130 W MAIN ST LEHI, UT 84043 | 1287 | EXHIBIT A - DUPLICATE CLAIMS |
| HOME & GARDEN TELEVISION | C O SZABO ASSOCIATES INC 3355 LENOX RD NE 9TH FL ATLANTA, GA 30326 | 884 | EXHIBIT B - BOOKS AND RECORDS |
| HOOVER MALL LIMITED LLC | STEPHEN WARSH GENERAL GROWTH PROPERTIES 110 N WACKER DR BSC 1 26 CHICAGO, IL 60606 | 1437 | EXHIBIT A - DUPLICATE CLAIMS |
| HUMBOLDT COUNTY TAX COLLECTOR | 825 5TH ST ROOM 125 EUREKA, CA 95501-1100 | 2893 | EXHIBIT B - BOOKS AND RECORDS |
| INTERNATIONAL FAMILY ENTERTAINMENT INC ABC FAMILY CHANNEL | ATTN ADRIAN TUSTIN 500 S BUENA VISTA ST BURBANK, CA 91521-9750 | 1045 | EXHIBIT B - BOOKS AND RECORDS |
| INVESTMENT PROPERTIES LLC OWNER AGENT FOR | INVESTMENT PROPERTIES LLC OWNER AGENT FOR LAKE MEAD AND BUFFALO PARTNERSHIP T A SUMMERLIN GATEWAY PLAZA JEFFREY MEYERS ESQ C O BALLARD SPAHR ANDREWS & INGERSOLL LLP 1735 MARKET ST 51ST FL PHILADELPHIA, PA 19103 | 3168 | EXHIBIT C - LATE FILED |
| INVESTMENT PROPERTIES LLC OWNER AGENT FOR LAKE MEAD AND BUFFALO PARTNERSHIP T A SUMMERLIN GATEWAY PLAZA | C O JEFF MEYERS ESQ BALLARD SPAHR ANDREWS & INGERSOLL LLP 1735 MARKET ST 51ST FL PHILADELPHIA, PA 19103 | 3169 | EXHIBIT C - LATE FILED |
| ITW PERMATEX INC | ATTN SUSAN BARRY CREDIT MGR 10 COLUMBUS BLVD HARTFORD, CT 06106 | 989 | EXHIBIT A - DUPLICATE CLAIMS |
| J BARC INC | JOSEPH BLUMENTHAL 21 PLEASANT ST NORTHHAMPTON, MA 01060 | 1313 | EXHIBIT A - DUPLICATE CLAIMS |
| JACKEE ZWEEKHORST | | 2905 | EXHIBIT A - DUPLICATE CLAIMS |
| JACLYN WASMANN | | 1456 | EXHIBIT A - DUPLICATE CLAIMS |
| JAMES L EASLEY | | 1527 | EXHIBIT A - DUPLICATE CLAIMS |
| JAMES OBRIEN | | 3212 | EXHIBIT C - LATE FILED |

In re: RCC Liquidating Corp.
Case No. 09-10617 (MFW)

Third Omnibus Claims Objection

Schedule 1 - Claimants And Related Claims Subject To Third Omnibus Claims Objection

| Claim Holder | Claim Holder Address | Claim | Exhibit |
|---|---|---|---|
| JAMES PIERCE | | 2586 | EXHIBIT A - DUPLICATE CLAIMS |
| JANICE COZZENS | | 3186 | EXHIBIT C - LATE FILED |
| JEANNE BRYAN | | 1834 | EXHIBIT A - DUPLICATE CLAIMS |
| JEFFERSON COUNTY ALABAMA | C O A ALLEN RAMSEY PC<br>PO BOX 100247<br>BIRMINGHAM, AL 35210 | 955 | EXHIBIT B - BOOKS AND RECORDS |
| JENNIFER MILLS | | 1628 | EXHIBIT A - DUPLICATE CLAIMS |
| JOHN C TURCHETTI | | 2556 | EXHIBIT A - DUPLICATE CLAIMS |
| JOHN CANTONWINE | | 3160 | EXHIBIT C - LATE FILED |
| JOHN FREEMAN | | 1624 | EXHIBIT A - DUPLICATE CLAIMS |
| JONATHON DYE | | 3210 | EXHIBIT C - LATE FILED |
| KANSAS DEPARTMENT OF REVENUE | CIVIL TAX ENFORCEMENT<br>PO BOX 12005<br>TOPEKA, KS 66612-2005 | 3189 | EXHIBIT C - LATE FILED |
| KATHY MOSES | | 1277 | EXHIBIT A - DUPLICATE CLAIMS |
| KC INDUSTRIAL PRODUCTS INC | PO BOX 250<br>FULLERTON, CA 92836 | 3144 | EXHIBIT C - LATE FILED |
| KDR OSWEGO ASSOCIATES LP | MARK A GERSHON<br>DLA PIPER LLP<br>203 N LASALLE ST STE 1900<br>CHICAGO, IL 60601-1293 | 2097 | EXHIBIT D - AMENDED |
| KEY PLAZA LAND TRUST | C O AUBURNDALE PROPERTIES INC<br>50 TICE BLVD<br>WOODCLIFF LAKE, NJ 07677 | 1016 | EXHIBIT D - AMENDED |
| KEY PLAZA LAND TRUST | SHALAM WALL VICE PRESIDENT<br>50 TICE BLVD<br>WOODCLIFF LAKE, NJ 07677 | 3159 | EXHIBIT C - LATE FILED |
| KF SCHAUMBURG LLC C O JOSEPH FREED AND ASS LLC | 33 S STATE ST NO 400<br>CHICAGO, IL 60603 | 2865 | EXHIBIT A - DUPLICATE CLAIMS |
| KINSEY BERGANTINO | | 2168 | EXHIBIT A - DUPLICATE CLAIMS |
| KNOX COUNTY CLERK | PO BOX 1566<br>KNOXVILLE, TN 37901 | 1262 | EXHIBIT B - BOOKS AND RECORDS |
| LA COUNTY TREASURER & TAX COLLECTOR | ATTN B SANDOZ<br>PO BOX 54110<br>LOS ANGELES, CA 90054-0110 | 89 | EXHIBIT B - BOOKS AND RECORDS |
| LARRY MEDLIN | | 1627 | EXHIBIT A - DUPLICATE CLAIMS |
| LEE COUNTY TAX COLLECTOR | CATHERINE M CURTIS<br>C O LEGAL DEPARTMENT<br>PO BOX 850<br>FORT MYERS, FL 33902-0280 | 2381 | EXHIBIT D - AMENDED |

In re: RCC Liquidating Corp.
Case No. 09-10617 (MFW)

Third Omnibus Claims Objection

Schedule 1 - Claimants And Related Claims Subject To Third Omnibus Claims Objection

| Claim Holder | Claim Holder Address | Claim | Exhibit |
|---|---|---|---|
| LEWIS INVESTMENTS & HOLDINGS LLC ET AL | GEORGE D LEWIS<br>PO BOX 8216<br>MISSOULA, MT 59807 | 2632 | EXHIBIT D - AMENDED |
| LIFE IS GOOD WHOLESALE | 15 HUDSON PK DR<br>HUDSON, NH 03051 | 241 | EXHIBIT A - DUPLICATE CLAIMS |
| LINDA SZAFRANSKI | | 2878 | EXHIBIT A - DUPLICATE CLAIMS |
| LINK MARK INTERNATIONAL LIMITED | WONG TUNG TUNG OP MGR<br>UNIT NO 6 5F METRO CENTRE II<br>NO 21 LAM HING ST<br>KOWLOON BAY KOWLOON, HONG KONG | 571 | EXHIBIT A - DUPLICATE CLAIMS |
| LUCAS COUNTY TREASURER | ONE GOVERNMENT CTR STE 500<br>TOLEDO, OH 43604 | 601 | EXHIBIT B - BOOKS AND RECORDS |
| LUPES CLEANING | 6791 HWY 2 NO 4<br>COMMERCE CITY, CO 80022 | 2751 | EXHIBIT A - DUPLICATE CLAIMS |
| LYNDA HALL TAX COLLECTOR | MADISON COUNTY COURTHOUSE<br>100 NORTHSIDE SQ<br>HUNTSVILLE, AL 35801 | 302 | EXHIBIT B - BOOKS AND RECORDS |
| LYNNHAVEN MALL LLC A DEBTOR IN POSSESSION SD NY 09 11977 | STEPHEN WARSH<br>C O GENERAL GROWTH PROPERTIES<br>110 N WACKER DR BSC 1 26<br>CHICAGO, IL 60606 | 1468 | EXHIBIT A - DUPLICATE CLAIMS |
| MACERICH FIESTA MALL LLC MACERICH203270 1519 | BRIAN D HUBEN ESQ<br>2029 CENTURY PARK E 26TH FL<br>LOS ANGELES, CA 90067 | 2265 | EXHIBIT A - DUPLICATE CLAIMS |
| MACERICH LOS CERRITOS LLC | DUSTIN P BRANCH ESQ<br>2029 CENTRUY PARK E 26TH FL<br>LOS ANGELES, CA 90067 | 2229 | EXHIBIT A - DUPLICATE CLAIMS |
| MARICOPA COUNTY TREASURER | MADELEIME C WANSLEE<br>GUST ROSENFELD PLC<br>201 E WASHINGTON STE 800<br>PHOENIX, AZ 85004 | 697 | EXHIBIT B - BOOKS AND RECORDS |
| MARIN COUNTY TAX COLLECTOR | PO BOX 4220<br>SAN RAFAEL, CA 94913 | 1629 | EXHIBIT B - BOOKS AND RECORDS |
| MARITAL TRUST U W O MARL M CUMMINGS JR ETAL | DAVID A BOYETT III<br>3800 AIRPORT BLVD STE 203<br>MOBILE, AL 36608 | 3100 | EXHIBIT A - DUPLICATE CLAIMS |
| MARK A GERSHON | POLSINELLI SHUGHART PC<br>161 N CLARK ST STE 4200<br>CHICAGO, IL 60601 | 3191 | EXHIBIT A - DUPLICATE CLAIMS |
| MCGIFFERT & ASSOCIATES | PO BOX 20559<br>TUSCALOOSA, AL 35402-0559 | 1803 | EXHIBIT A - DUPLICATE CLAIMS |

In re: RCC Liquidating Corp.
Case No. 09-10617 (MFW)

Third Omnibus Claims Objection

Schedule 1 - Claimants And Related Claims Subject To Third Omnibus Claims Objection

| Claim Holder | Claim Holder Address | Claim | Exhibit |
|---|---|---|---|
| MELVIN DAGOVITZ & ANGELA DAGOVITZ | C O LAW OFFICES OF CHARLES J PHILLIPS<br>PO BOX 7047<br>CORTE MADERA, CA 94976 | 1971 | EXHIBIT A - DUPLICATE CLAIMS |
| MERIDEN TAX COLLECTOR | 142 E MAIN ST RM 117<br>MERIDEN, CT 06450 | 1114 | EXHIBIT B - BOOKS AND RECORDS |
| MERIDIAN CHARTER TOWNSHIP | TREASURERS OFFICE<br>5151 MARSH RD<br>OKEMOS, MI 48864 | 678 | EXHIBIT D - AMENDED |
| METRO OUTDOOR SERVICES | 8155 EAGLE CREEK AVE<br>PRIOR LAKE, MN 55372 | 1728 | EXHIBIT A - DUPLICATE CLAIMS |
| METROPOLITAN GOVERNMENT TRUSTEE | ANDREW D MCCLANAHAN<br>METROPOLITAN DEPARTMENT OF LAW<br>PO BOX 196300<br>NASHVILLE, TN 37219-6300 | 187 | EXHIBIT B - BOOKS AND RECORDS |
| METROPOLITAN GOVERNMENT TRUSTEE | ANDREW D MCCLANAHAN<br>METROPOLITAN DEPARTMENT OF LAW<br>PO BOX 196300<br>NASHVILLE, TN 37219-6300 | 188 | EXHIBIT B - BOOKS AND RECORDS |
| METROPOLITAN GOVERNMENT TRUSTEE | ANDREW D MCCLANAHAN<br>METROPOLITAN DEPARTMENT OF LAW<br>PO BOX 196300<br>NASHVILLE, TN 37219-6300 | 189 | EXHIBIT B - BOOKS AND RECORDS |
| METROPOLITAN GOVERNMENT TRUSTEE | ANDREW D MCCLANAHAN<br>METROPOLITAN DEPARTMENT OF LAW<br>PO BOX 196300<br>NASHVILLE, TN 37219-6300 | 190 | EXHIBIT B - BOOKS AND RECORDS |
| METROPOLITAN GOVERNMENT TRUSTEE | ANDREW D MCCLANAHAN<br>METROPOLITAN DEPARTMENT OF LAW<br>PO BOX 196300<br>NASHVILLE, TN 37219-6300 | 191 | EXHIBIT B - BOOKS AND RECORDS |
| METROPOLITAN GOVERNMENT TRUSTEE | ANDREW D MCCLANAHAN<br>METROPOLITAN DEPARTMENT OF LAW<br>PO BOX 196300<br>NASHVILLE, TN 37219-6300 | 192 | EXHIBIT B - BOOKS AND RECORDS |
| METROPOLITAN GOVERNMENT TRUSTEE | ANDREW D MCCLANAHAN<br>METROPOLITAN DEPARTMENT OF LAW<br>PO BOX 196300<br>NASHVILLE, TN 37219-6300 | 193 | EXHIBIT B - BOOKS AND RECORDS |
| METROPOLITAN GOVERNMENT TRUSTEE | C O ANDREW D MCCLANAHAN<br>DEPARTMENT OF LAW<br>PO BOX 196300<br>NASHVILLE, TN 37216 | 1983 | EXHIBIT B - BOOKS AND RECORDS |

In re: RCC Liquidating Corp.
Case No. 09-10617 (MFW)

Third Omnibus Claims Objection

Schedule 1 - Claimants And Related Claims Subject To Third Omnibus Claims Objection

| Claim Holder | Claim Holder Address | Claim | Exhibit |
|---|---|---|---|
| MICHAEL CROCE | | 1649 | EXHIBIT A - DUPLICATE CLAIMS |
| MICHAEL R MARIANO | | 2349 | EXHIBIT A - DUPLICATE CLAIMS |
| MICHELLE STEARNES | | 575 | EXHIBIT A - DUPLICATE CLAIMS |
| MJ REIDER ASSOCIATES INC | ATTN GERE S RAUTZHAN 107 ANGELICA ST READING, PA 19611 | 1594 | EXHIBIT A - DUPLICATE CLAIMS |
| MONTGOMERY COUNTY | TARA L GRUNDMEIER LINEBARGER GOGGAN BLAIR & SAMPSON LLP PO BOX 3064 HOUSTON, TX 77253-3064 | 449 | EXHIBIT B - BOOKS AND RECORDS |
| MUNICIPALITY OF ANCHORAGE | DANIEL A MOORE MUNICIPALITY OF ANCHORAGE DEPARTMENT OF LAW PO BOX 196650 ANCHORAGE, AK 99519-6650 | 522 | EXHIBIT B - BOOKS AND RECORDS |
| MYVU CORPORATION | MARK GIROLAMO 31 DARTMOUTH ST WESTWOOD, MA 02090 | 2024 | EXHIBIT A - DUPLICATE CLAIMS |
| NANCE & UNDERWOOD RIGGING & | 262 S W 33RD ST FT LAUDERDALE, FL 33315 | 1688 | EXHIBIT A - DUPLICATE CLAIMS |
| NANCE & UNDERWOOD RIGGING & SAILING INC | ALLAN NAULT 262 SW 33RD ST FORT LAUDERDALE, FL 33315-3328 | 1694 | EXHIBIT A - DUPLICATE CLAIMS |
| NORTH RICHLAND HILLS PLAZA LP | DEPARTMENT 325 PO BOX 4343 HOUSTON, TX 77210-4346 | 3011 | EXHIBIT A - DUPLICATE CLAIMS |
| NORTH RICHLAND HILLS PLAZA LP | ENAYATOLLAH GOLSHANI 5455 WILSHIRE BLVD STE 1807 LOS ANGELES, CA 90036 | 1550 | EXHIBIT A - DUPLICATE CLAIMS |
| NORTH RICHLAND HILLS PLAZA LP | PLAZA PROPERTY 5455 WILSHIRE BLVD STE 1807 LOS ANGELES, CA 90036 | 1485 | EXHIBIT A - DUPLICATE CLAIMS |
| NORTH RICHLAND HILLS PLAZA LP | PLAZA PROPERTY 5455 WILSHIRE BLVD STE 1807 LOS ANGELES, CA 90036 | 3010 | EXHIBIT B - BOOKS AND RECORDS |
| NORTH SPORTS INC | BRIAN GRIFFIN 1 NORTH SHORE DR SE WHITE SALMON, WA 98672 | 494 | EXHIBIT A - DUPLICATE CLAIMS |
| NORTHBROOK SUB, LLC AND NORTHBROOK PLIC, LLC AND NORTHBROOK VNBP, LLC | VILLAGE SQUARE OF NORTHBROOK 31 N SKOKIE BLVD NORTHBROOK, IL 60062 | 2844 | EXHIBIT A - DUPLICATE CLAIMS |

In re: RCC Liquidating Corp.
Case No. 09-10617 (MFW)

Third Omnibus Claims Objection

Schedule 1 - Claimants And Related Claims Subject To Third Omnibus Claims Objection

| Claim Holder | Claim Holder Address | Claim | Exhibit |
|---|---|---|---|
| NUECES COUNTY | DIANE W SANDERS<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>THE TERRACE II 2700 VIA FORTUNA DR STE 400<br>PO BOX 17428<br>AUSTIN, TX 78760-7428 | 455 | EXHIBIT D - AMENDED |
| OAKBROOK SHOPPING CENTER LLC | C O STEPHEN WARSH<br>GENERAL GROWTH PROPERTIES INC<br>110 N WACKER DR BSC 1 26<br>CHICAGO, IL 60606 | 1508 | EXHIBIT A - DUPLICATE CLAIMS |
| OKUMA FISHING TACKLE CORP | CHARLENE WILLIAMS<br>EULER HERMES ACI<br>AGENT OF OKUMA FISHING TACKLE CORP<br>800 RED BROOK BLVD<br>OWINGS MILLS, MD 21117 | 392 | EXHIBIT A - DUPLICATE CLAIMS |
| OLD ENGLISH CLEANING SERVICE INC | PO BOX 1475<br>BROOKLINE, MA 02446 | 791 | EXHIBIT A - DUPLICATE CLAIMS |
| ORANGE COUNTY TREASURER TAX COLLECTOR | ATTN BANKRUPTCY UNIT<br>PO BOX 1438<br>SANTA ANA, CA 92702 | 2985 | EXHIBIT B - BOOKS AND RECORDS |
| PAMELA B COPENHAVER | | 1264 | EXHIBIT A - DUPLICATE CLAIMS |
| PARALLEL PATH CORPORATION | 4888 PEARL E CIR NO 110<br>BOULDER, CO 80301 | 393 | EXHIBIT A - DUPLICATE CLAIMS |
| PARK MALL LLC A DEBTOR IN POSSESSION SD NY NO 09 11977 | STEPHEN WARSH<br>C O GENERAL GROWTH PROPERTIES<br>110 N WACKER DR BSC 1 26<br>CHICAGO, IL 60606 | 1459 | EXHIBIT A - DUPLICATE CLAIMS |
| PATRICIA A EUANS | | 2866 | EXHIBIT A - DUPLICATE CLAIMS |
| PIERCE BUILDING ASSOCIATES LP | ROSEMARY A MACERO<br>MACERO & ASSOCIATES<br>PO BOX 410115<br>CAMBRIDGE, MA 02144 | 2750 | EXHIBIT A - DUPLICATE CLAIMS |
| PIERCE COUNTY BUDGET & FINANCE | 615 S 9TH ST STE 100<br>TACOMA, WA 98405 | 662 | EXHIBIT B - BOOKS AND RECORDS |
| PIERCE COUNTY BUDGET & FINANCE | 615 S 9TH ST STE 100<br>TACOMA, WA 98405 | 663 | EXHIBIT B - BOOKS AND RECORDS |
| PIXFUSION LLC | ATTN ACCTS RECEIVABLE<br>390 PARK AVE SOUTH 3RD FL<br>NEW YORK, NY 10016 | 3152 | EXHIBIT C - LATE FILED |
| PLACER COUNTY TAX COLLECTOR | PLACER COUNTY TAX COLLECTORS OFFICE<br>2976 RICHARDSON DR<br>AUBURN, CA 95603 | 1806 | EXHIBIT B - BOOKS AND RECORDS |

In re: RCC Liquidating Corp.
Case No. 09-10617 (MFW)

Third Omnibus Claims Objection

Schedule 1 - Claimants And Related Claims Subject To Third Omnibus Claims Objection

| Claim Holder | Claim Holder Address | Claim | Exhibit |
|---|---|---|---|
| PR SPRINGFIELD DELCO LIMITED PARTNERSHIP | C O JEFFREY KURTZMAN ESQ KLEHR HARRISON HARVEY BRANZBURG & ELLERS LLP 260 S BROAD ST PHILADELPHIA, PA 19102 | 310 | EXHIBIT D - AMENDED |
| PROPER PITCH LLC | PO BOX 314 19 DIXON ST SELBYVILLE, DE 19975 | 2799 | EXHIBIT A - DUPLICATE CLAIMS |
| PROPTALK MEDIA LLC | MARY LIFF EWENSON 612 THIRD ST STE 3C ANNAPOLIS, MD 21403 | 178 | EXHIBIT B - BOOKS AND RECORDS |
| PYRAMID WALDEN COMPANY LP | ATTN KEVIN M NEWMAN ESQ MENTER RUDIN & TRIVELPIECE PC 308 MALTBIE ST STE 200 SYRACUSE, NY 13204-1498 | 1056 | EXHIBIT A - DUPLICATE CLAIMS |
| QUANTUM INSTRUMENTS INC | 10 COMMERCE DR HAUPPAUGE, NY 11788-3968 | 1394 | EXHIBIT A - DUPLICATE CLAIMS |
| RARITAN ENGINEERING CO | ARTHUR J BRETNALL PRES 530 ORANGE ST MILLVILLE, NJ 08332 | 2584 | EXHIBIT A - DUPLICATE CLAIMS |
| REGENCY CENTERS LP | ATTN ROBERT L LEHANE ESQ KELLEY DRYE & WARREN LLP 101 PARK AVE NEW YORK, NY 10178 | 2542 | EXHIBIT D - AMENDED |
| RICHARD BASCIANO | 303 W 42ND ST REALTY CO 303 W 43RD ST NEW YORK, NY 10036 | 815 | EXHIBIT A - DUPLICATE CLAIMS |
| RICHARD HAGEN | | 2055 | EXHIBIT A - DUPLICATE CLAIMS |
| RICHARD S HANNYE | | 3199 | EXHIBIT C - LATE FILED |
| RIDGEDALE CENTER LLC A DEBTOR IN POSSESSION SD NY NO 09 11977 | STEPHEN WARSH GENERAL GROWTH PROPERTIES 110 N WACKER DR BSC 1 26 CHICAGO, IL 60606 | 1440 | EXHIBIT A - DUPLICATE CLAIMS |
| ROBERT SHEARER | | 2718 | EXHIBIT A - DUPLICATE CLAIMS |
| ROBIN KOMEJAN | | 2254 | EXHIBIT A - DUPLICATE CLAIMS |
| ROBINSON PROPERTIES AND INVESTMENTS LLC | 500 S E EVERETT MALL WAY STE A7 EVERETT, WA 98208-8111 | 976 | EXHIBIT A - DUPLICATE CLAIMS |

In re: RCC Liquidating Corp.
Case No. 09-10617 (MFW)

Third Omnibus Claims Objection

Schedule 1 - Claimants And Related Claims Subject To Third Omnibus Claims Objection

| Claim Holder | Claim Holder Address | Claim | Exhibit |
|---|---|---|---|
| ROUND ROCK ISD | DIANE W SANDERS<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>THE TERRACE II 2700 VIA FORTUNA DR STE 400<br>PO BOX 17428<br>AUSTIN, TX 78760-7428 | 454 | EXHIBIT D - AMENDED |
| ROUSE ORLANDO LLC A DEBTOR IN POSSESSION SD NY NO 0911977 | STEPHEN WARSH<br>C O GENERAL GROWTH PROPERTIES<br>110 N WACKER DR BSC 1 26<br>CHICAGO, IL 60606 | 1461 | EXHIBIT A - DUPLICATE CLAIMS |
| ROUSE PROVIDENCE LLC A DEBTOR IN POSSESSION SD NY NO 11977 | STEPHEN WARSH<br>GENERAL GROWTH PROPERTIES<br>110 N WACKER DR BSC 1 26<br>CHICAGO, IL 60606 | 1446 | EXHIBIT A - DUPLICATE CLAIMS |
| RS PROPERTIES INC A DEBTOR IN POSSESSION SD NY NO 11977 | C O STEPHEN WARSH<br>GENERAL GROWTH PROPERTIES INC<br>110 N WACKER DR BSC 1 26<br>CHICAGO, IL 60606 | 1442 | EXHIBIT A - DUPLICATE CLAIMS |
| RS PROPERTIES INC A DEBTOR IN POSSESSION SD NY NO 11977 | C O STEPHEN WARSH<br>GENERAL GROWTH PROPERTIES INC<br>110 N WACKER DR BSC 1 26<br>CHICAGO, IL 60606 | 1443 | EXHIBIT A - DUPLICATE CLAIMS |
| SAKER ENTERPRISES OF FREEHOLD LLC | DONALD F CAMPBELL JR ESQ<br>GIORDANO HALLERAN & CIESLA PC<br>PO BOX 190<br>MIDDLETOWN, NJ 07748 | 1113 | EXHIBIT A - DUPLICATE CLAIMS |
| SALISBURY CITY | ATTN TERRY KING<br>125 N DIVISION ST ROOM 104<br>SALISBURY, MD 21801 | 3165 | EXHIBIT C - LATE FILED |
| SALT LAKE COUNTY TREASURER | ATTN RAY LANCASTER<br>2001 S STATE ST NO N1200<br>SALT LAKE CITY, UT 84190 | 604 | EXHIBIT B - BOOKS AND RECORDS |
| SARASOTA COUNTY TAX COLLECTOR | BARBARA FORD COATES<br>101 S WASHINGTON BLVD<br>SARASOTA, FL 34236-6940 | 3097 | EXHIBIT D - AMENDED |
| SARASOTA COUNTY TAX COLLECTOR | BARBARA FORD COATES<br>101 S WASHINGTON BLVD<br>SARASOTA, FL 34236-6940 | 3221 | EXHIBIT A - DUPLICATE CLAIMS |
| SIERRA DESIGN MANUFACTURING INC | CYNTHIA L MOORE<br>1113 GREENVILLE RD<br>LIVERMORE, CA 94550-9266 | 1243 | EXHIBIT A - DUPLICATE CLAIMS |

In re: RCC Liquidating Corp.
Case No. 09-10617 (MFW)

Third Omnibus Claims Objection

Schedule 1 - Claimants And Related Claims Subject To Third Omnibus Claims Objection

| Claim Holder | Claim Holder Address | Claim | Exhibit |
|---|---|---|---|
| SIRK & COMPANY COMMERCIAL DIVISION | ATTN GEORGE SIRK<br>VALLEY ROAD PROPERTIES LLC<br>817 BROADWAY<br>PADUCAH, KY 270-442-7810 | 2755 | EXHIBIT B - BOOKS AND RECORDS |
| SOLANO COUNTY TAX COLLECTOR | SANDRA FERNANDEZ<br>675 TEXAS ST STE 1900<br>FAIRFIELD, CA 94533 | 493 | EXHIBIT B - BOOKS AND RECORDS |
| SONOMA COUNTY CENTRAL COLLECTIONS | PO BOX 3569<br>SANTA ROSA, CA 95403 | 1044 | EXHIBIT D - AMENDED |
| SOUTH SANTEE AQUACULTURE INC | 401 S SANTEE RD<br>MCCLELLANVILLE, SC 29458 | 1416 | EXHIBIT A - DUPLICATE CLAIMS |
| SOUTH SANTEE AQUACULTURE INC | 401 S SANTEE RD<br>MCCLELLANVILLE, SC 29458 | 327 | EXHIBIT A - DUPLICATE CLAIMS |
| SOUTHERN MARYLAND ELECTRIC COOPERATIVE INC | DIANE WASHINGTON CREDIT SPVR<br>PO BOX 1937<br>HUGHESVILLE, MD 20637-1937 | 257 | EXHIBIT D - AMENDED |
| SOUTHLAKE MALL LLC A DEBTOR IN POSSESSION SD NY NO 09 11977 | STEPHEN WARSH<br>GENERAL GROWTH PROPERTIES<br>110 N WACKER DR BSC 1 26<br>CHICAGO, IL 60606 | 1428 | EXHIBIT A - DUPLICATE CLAIMS |
| SPEEDWAY UNIVERSITY LLC | 1310 SOUTH TRYON ST STE 104<br>STORE NO 1600<br>CHARLOTTE, NC 28203 | 347 | EXHIBIT A - DUPLICATE CLAIMS |
| SPORTAILOR INC | LUCIA GARRIGO<br>6501 NE 2ND CT<br>MIAMI, FL 33144 | 497 | EXHIBIT A - DUPLICATE CLAIMS |
| SPRINGER JULIE | 13433 TANGERINE BLVD<br>WEST PALM BEACH, FL 33412 | 2624 | EXHIBIT A - DUPLICATE CLAIMS |
| STATE OF MICHIGAN DEPARTMENT OF TREASURY | DEBORAH B WALDMEIR<br>3030 W GRAND BLVD<br>CADILLAC PLACE STE 10 200<br>DETROIT, MI 48202 | 2967 | EXHIBIT D - AMENDED |
| STRATFORD HALL INC | C/P GRUBB & ELLIS MANAGEMENT SERVICES INC<br>445 SOUTH FIGUEROA ST STE 3300<br>LOS ANGELES, CA 90071 | 2281 | EXHIBIT A - DUPLICATE CLAIMS |
| SUMNER COUNTY CLERK | C O LEAH MAY DENNEN ATTORNEY<br>355 N BELVEDERE DR RM 303<br>GALLATIN, TN 37066 | 465 | EXHIBIT B - BOOKS AND RECORDS |
| SUPERCIRCUITS INC | 11000 NORTH MOPAC EXPRESSWAY STE 300<br>AUSTIN, TX 78759 | 1310 | EXHIBIT A - DUPLICATE CLAIMS |

In re: RCC Liquidating Corp.
Case No. 09-10617 (MFW)

Third Omnibus Claims Objection

Schedule 1 - Claimants And Related Claims Subject To Third Omnibus Claims Objection

| Claim Holder | Claim Holder Address | Claim | Exhibit |
|---|---|---|---|
| SUPERSTATION INC | DAVID VIGILANTE ESQ<br>TURNER BROADCASTING SYSTEM INC<br>ONE CNN CENTER<br>ATLANTA, GA 30303 | 2445 | EXHIBIT B - BOOKS AND RECORDS |
| SW WASHINGTON ANGLERS | 1701 BROADWAY NO 246<br>VANCOUVER, WA 98663 | 3206 | EXHIBIT C - LATE FILED |
| SYNNEX CORPORATION | STEVE SHUMASE<br>39 PELHAM RIDGE DR<br>GREENVILLE, SC 29615 | 550 | EXHIBIT B - BOOKS AND RECORDS |
| TALLON MARINE LIMITED | DUNCAN GOOD<br>3758 GREEN VALLEY RD<br>GRIFFIN, GA 30224 | 215 | EXHIBIT A - DUPLICATE CLAIMS |
| TAMRON USA INC | ATTN LORENZO MARINUZZI<br>1290 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10104 | 2313 | EXHIBIT A - DUPLICATE CLAIMS |
| TARRANT COUNTY | ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>2323 BRYAN ST STE 1600<br>DALLAS, TX 75201 | 534 | EXHIBIT D - AMENDED |
| TAX COLLECTOR PINELLAS COUNTY | ATTN BERRY A GRAMLEY TAX MANAGER<br>PO BOX 2943<br>CLEARWATER, FL 33757-2943 | 377 | EXHIBIT A - DUPLICATE CLAIMS |
| TAX COLLECTOR SANTA ROSA COUNTY | ATTN DELINQUENT TAX DEPARTMENT<br>PO BOX 7100<br>MILTON, FL 32572 | 1226 | EXHIBIT D - AMENDED |
| TAX COLLECTOR SANTA ROSA COUNTY | ATTN DELINQUENT TAX DEPARTMENT<br>PO BOX 7100<br>MILTON, FL 32572 | 651 | EXHIBIT A - DUPLICATE CLAIMS |
| THE COMMISSIONER OF REVENUE OF THE STATE OF TENNESSEE | WILBUR E HOOKS<br>C O ATTORNEY GENERAL<br>TAX ENFORCEMENT DIVISION TENNESSEE DEPT OF REVENUE<br>PO BOX 20207<br>NASHVILLE, TN 37202-0207 | 265 | EXHIBIT B - BOOKS AND RECORDS |
| THE SACRAMENTO BEE | DENNIS C GODFREY CREDIT MGR<br>2100 Q ST<br>SACRAMENTO, CA | 701 | EXHIBIT A - DUPLICATE CLAIMS |
| THE SAN DIEGO UNION TRIBUNE | ATTN VICKIE BOLINGER CREDIT MANAGER<br>PO BOX 121222<br>SAN DIEGO, CA 92112 | 3216 | EXHIBIT C - LATE FILED |

In re: RCC Liquidating Corp.
Case No. 09-10617 (MFW)

Third Omnibus Claims Objection

Schedule 1 - Claimants And Related Claims Subject To Third Omnibus Claims Objection

| Claim Holder | Claim Holder Address | Claim | Exhibit |
|---|---|---|---|
| THE WOODLANDS MALL ASSOCIATES LLC | C O STEPHEN WARSH<br>GENERAL GROWTH PROPERTIES INC<br>110 N WACKER DR BSC 1 26<br>CHICAGO, IL 60606 | 1384 | EXHIBIT A - DUPLICATE CLAIMS |
| THOMAS HALEY | | 1799 | EXHIBIT B - BOOKS AND RECORDS |
| TMT BEAR CREEK VILLAGE SHOPPING CENTER INC | THOMAS J LEANSE ESQ<br>C O KATTEN MUCHIN ROSENMAN LLC<br>2029 CENTURY PARK E 26TH FL<br>LOS ANGELES, CA 90067 | 1750 | EXHIBIT D - AMENDED |
| TOCAD AMERICA INC | 53 GREEN POND RD STE 5<br>ROCKAWAY, NJ 07866 | 2269 | EXHIBIT A - DUPLICATE CLAIMS |
| TORRANCE TOWNE CENTER ASSOCIATES LLC | C O IAN S LANDSBERG<br>LANDSBERG MARGULIES LLP<br>16030 VENTURA BLVD STE 470<br>ENCINO, CA 91436 | 2538 | EXHIBIT A - DUPLICATE CLAIMS |
| TOWER SQUARE SHOPPING CENTER MINNEAPOLIS, MN LP | KRISTIN RETENSKI<br>270 COMMERCE DR<br>ROCHESTER, NY 14623 | 2178 | EXHIBIT A - DUPLICATE CLAIMS |
| TOWN OF FARMINGTON | FARMINGTON TAX COLLECTOR<br>1 MONTEITH DR<br>FARMINGTON, CT 06032-1082 | 1704 | EXHIBIT A - DUPLICATE CLAIMS |
| TOWN OF SOUTH KINGSTOWN | TOWN CLERKS OFFICE<br>PO BOX 31<br>WAKEFIELD, RI 02880-0031 | 3014 | EXHIBIT B - BOOKS AND RECORDS |
| TOWN OF SOUTHBURY | TAX COLLECTOR<br>PO BOX 467<br>100 MAIN ST NORTH<br>SOUTHBURY, CT 6488 | 1354 | EXHIBIT B - BOOKS AND RECORDS |
| TOYA FAMILY REVOCABLE TRUST | ANNE K WILBUR AUTHORIZED AGENT<br>790 HIGH ST<br>PALO ALTO, CA 94301 | 2119 | EXHIBIT A - DUPLICATE CLAIMS |
| TWC II PRESCOTT MALL LLC | THOMAS J LEANSE ESQ<br>C O KATTEN MUCHIN ROSENMAN LLC<br>2029 CENTURY PARK E 26TH FL<br>LOS ANGELES, CA 90067 | 1744 | EXHIBIT A - DUPLICATE CLAIMS |
| TWIN FALLS COUNTY TREASURER | BOX 88<br>TWIN FALLS, ID 83303-0088 | 2237 | EXHIBIT D - AMENDED |
| TYLER J BELLO | | 2787 | EXHIBIT A - DUPLICATE CLAIMS |
| UNIDEN AMERICA CORPORATION | ATTN LEGAL DEPARTMENT<br>4700 AMON CARTER BLVD<br>FORTH WORTH, TX 76155 | 589 | EXHIBIT A - DUPLICATE CLAIMS |

In re: RCC Liquidating Corp.
Case No. 09-10617 (MFW)

Third Omnibus Claims Objection

Schedule 1 - Claimants And Related Claims Subject To Third Omnibus Claims Objection

| Claim Holder | Claim Holder Address | Claim | Exhibit |
|---|---|---|---|
| USM | 1880 MARKLEY ST NORRISTOWN, PA 19401 | 3194 | EXHIBIT C - LATE FILED |
| VICTOR JOHN REED | | 2248 | EXHIBIT A - DUPLICATE CLAIMS |
| VICTOR SCHWANKE | | 2912 | EXHIBIT A - DUPLICATE CLAIMS |
| WALTER D MACFANN | | 1315 | EXHIBIT A - DUPLICATE CLAIMS |
| WATERFORD TAX COLLECTOR | 15 ROPE FERRY RD WATERFORD, CT 06385 | 2351 | EXHIBIT B - BOOKS AND RECORDS |
| WE CLEAN EVERYTHING INC | 4707 NE MINNEHAHA NO 401 VANCOUVER, WA 98661 | 1561 | EXHIBIT A - DUPLICATE CLAIMS |
| WICOMICO COUNTY FINANCE OFFICE | PO BOX 4036 SALISBURY, MD 21803 | 132 | EXHIBIT B - BOOKS AND RECORDS |
| WILDMAN HARROLD ALLEN & DIXON LLP | JEFFREY CHANG ESQ 225 W WACKER DR STE 2800 CHICAGO, IL 60606 | 2551 | EXHIBIT A - DUPLICATE CLAIMS |
| WILLIAM TAIT | | 2920 | EXHIBIT A - DUPLICATE CLAIMS |
| WOODBRIDGE CENTER PROPERTY LLC A DEBTOR IN POSSESSION SD NY NO 09 11977 | STEPHEN WARSH MANAGER C O GENERAL GROWTH PROPERTIES 110 N WACKER DR BSC 1 26 CHICAGO, IL 60606 | 1535 | EXHIBIT A - DUPLICATE CLAIMS |
| WV SUB LLC | CORINNE ARGUERO RE WHALERS VILLAGE PO BOX 31000 5511 HONOLULU, HI 96849-5511 | 1340 | EXHIBIT A - DUPLICATE CLAIMS |
| YOLO COUNTY TREASURER TAX | TAX COLLECTOR PO DRAWER 1995 WOODLAND, CA 95776 | 2983 | EXHIBIT B - BOOKS AND RECORDS |
| YOLO COUNTY TREASURER TAX | TAX COLLECTOR PO DRAWER 1995 WOODLAND, CA 95776 | 3080 | EXHIBIT A - DUPLICATE CLAIMS |
| ZEPPELIN PRODUCTS INC | GERMAN LEBEDIN 3178 PEMBROKE RD PEMBROKE PARK, FL 33009 | 362 | EXHIBIT A - DUPLICATE CLAIMS |
| ZEPPELIN PRODUCTS INC | GERMAN LEBEDIN 3178 PEMBROKE RD PEMBROKE PARK, FL 33009 | 442 | EXHIBIT A - DUPLICATE CLAIMS |