# SCHEDULE 1

# MASTER LIST OF CLAIMANTS AND CLAIMS
# Affected by this Fourth Omnibus Objection

In re: RCC Liquidating Corp.
Case No. 09-10617 (MFW)

Fourth Omnibus Claims Objection

Schedule 1 - Claimants And Related Claims Subject To Fourth Omnibus Claims Objection

| Claim Holder | Claim Holder Address | Claim | Exhibit |
|---|---|---|---|
| CHARLES WAYNE PUSEY | | 1922 | EXHIBIT A - INCORRECT CLASSIFICATION |
| DAVID B DIMONT | | 1724 | EXHIBIT A - INCORRECT CLASSIFICATION |
| ES RITCHIE & SONS INC DBA RITCHIE NAVIGATIONS | JON SHERMAN<br>PO BOX 548<br>PEMBROKE, MA 02359 | 1976 | EXHIBIT A - INCORRECT CLASSIFICATION |
| F P DUFFY INCORPORATED | FAIN M MORAN<br>2931 FRANCIS SCOTT KEY HWY<br>TANEYTOWN, MD 21787 | 174 | EXHIBIT A - INCORRECT CLASSIFICATION |
| FRED TONKIN | | 1662 | EXHIBIT A - INCORRECT CLASSIFICATION |
| JAMES TRENT BARNES | | 2164 | EXHIBIT A - INCORRECT CLASSIFICATION |
| LEONARD WAYNE | | 2353 | EXHIBIT A - INCORRECT CLASSIFICATION |
| MCW RC G A HOWELL MILL VILLAGE LLC | ATTN ROBERT L LEHANE ESQ<br>KELLEY DRYE & WARREN LLP<br>101 PARK AVE<br>NEW YORK, NY 10178 | 2546 | EXHIBIT A - INCORRECT CLASSIFICATION |
| MOULTRIE PLAZA LLC | 654 COLEMAN BLVD<br>MT PLEASANT, SC 29464 | 2817 | EXHIBIT A - INCORRECT CLASSIFICATION |
| ROBERT DEVITA | | 1984 | EXHIBIT A - INCORRECT CLASSIFICATION |
| RUSSELL B STARNES | | 2009 | EXHIBIT A - INCORRECT CLASSIFICATION |
| RUSSELL J BRUZZONE INC LANDLORD | RUSSELL J BRUZZONE INC<br>399 HOPE LAND<br>LAFAYETTE, CA 94549 | 879 | EXHIBIT A - INCORRECT CLASSIFICATION |
| THE COMMERCIAL APPEAL | DEBBIE WRIGHT<br>495 UNION AVE<br>MEMPHIS, TN 38103 | 512 | EXHIBIT A - INCORRECT CLASSIFICATION |
| THE POST REGISTER | PO BOX 1800<br>IDAHO FALLS, ID 83404 | 847 | EXHIBIT A - INCORRECT CLASSIFICATION |
| ULTRA PANEL MARINE INC | 6891 NW 73RD COURT<br>MIAMI, FL 33166 | 288 | EXHIBIT A - INCORRECT CLASSIFICATION |
| WILLIAM A GAST | | 1928 | EXHIBIT A - INCORRECT CLASSIFICATION |