# SCHEDULE 1

# MASTER LIST OF CLAIMANTS AND CLAIMS
# Affected by this Fifth Omnibus Objection

In re: RCC Liquidating Corp.
Case No. 09-10617 (MFW)

Fifth Omnibus Claims Objection

Schedule 1 - Claimants And Related Claims Subject To Fifth Omnibus Claims Objection

| Claim Holder | Claim Holder Address | Claim | Exhibit |
|---|---|---|---|
| ANSLEY 11 LTD | 1100 SPRING ST NW STE 550<br>ATLANTA, GA 30309-2848 | 2924 | EXHIBIT A - MODIFICATION |
| ANTONIOS S KEROS | 200 RENAISSANCE CENTER STE 3145<br>DETROIT, MI 48243 | 2824 | EXHIBIT A - MODIFICATION |
| ARC ASHBROOK RETAIL CONSULTANTS LLC | 8150 LEESBURG PIKE STE 1100<br>VIENNA, VA 22182 | 2518 | EXHIBIT A - MODIFICATION |
| ARC ASHBROOK RETAIL CONSULTANTS LLC | C O ATLANTIC REALTY COMPANIES INC<br>8150 LEESBURG PIKE STE 1100<br>VIENNA, VA 22182 | 2819 | EXHIBIT A - MODIFICATION |
| AVONDALE CHATTANOOGA LLC | 7 SUSSEX RD<br>STORE NO 1739<br>AVONDALE ESTATES, GA 03002 | 2683 | EXHIBIT A - MODIFICATION |
| BELLINGTON REALTY | DAVID A SOSNE<br>SUMMERS COMPTON WELLS<br>8909 LADUE RD<br>ST LOUIS, MO 63124 | 974 | EXHIBIT A - MODIFICATION |
| BLC II LLC | JENNIFER L STENMAN ATTORNEY<br>1228 FIFTEENTH ST STE 200<br>DENVER, CO 80202 | 2080 | EXHIBIT A - MODIFICATION |
| BOAZ PROPERTIES LLC | JAMES H PULLIAM<br>KILPATRICK STOCKTON LLP<br>214 N TRYON ST STE 2500<br>CHARLOTTE, NC 28202 | 2308 | EXHIBIT A - MODIFICATION |
| BOULEVARD ASSOCIATES A DEBTOR IN POSSESSION SDNY NO 09 11977 | GENERAL GROWTH PROPERTIES INC<br>C O STEPHEN WARSH<br>110 N WACKER DR<br>BSC 1 26<br>CHICAGO, IL 60606 | 1014 | EXHIBIT A - MODIFICATION |
| BROOKDALE CORNER LLC | C/O WELSH COMPANIES<br>4350 BAKER RD STE 400<br>MINNETONKA, MN 55343 | 2615 | EXHIBIT A - MODIFICATION |
| BWP LLC | ATTN NANCY L MANZER<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>1875 PENNSYLVANIA AVE NW<br>WASHINGTON, DC 20006 | 2662 | EXHIBIT A - MODIFICATION |
| BWP LLC | ATTN WADE MAYBERRY<br>250 W JOYCE LN<br>ARNOLD, MD 21012 | 2665 | EXHIBIT A - MODIFICATION |

In re: RCC Liquidating Corp.
Case No. 09-10617 (MFW)

Fifth Omnibus Claims Objection

Schedule 1 - Claimants And Related Claims Subject To Fifth Omnibus Claims Objection

| Claim Holder | Claim Holder Address | Claim | Exhibit |
|---|---|---|---|
| CAROUSEL CENTER COMPANY LP | ATTN KEVIN M NEWMAN ESQ<br>MENTER RUDIN & TRIVELPIECE PC<br>308 MALTBIE ST STE 200<br>SYRACUSE, NY 13204-1498 | 1142 | EXHIBIT A - MODIFICATION |
| CAROUSEL CENTER COMPANY LP | ATTN KEVIN M NEWMAN ESQ<br>MENTER RUDIN & TRIVELPIECE PC<br>308 MALTBIE ST STE 200<br>SYRACUSE, NY 13204-1498 | 1307 | EXHIBIT A - MODIFICATION |
| CARY ARBORETUM LLC | ROBERT K IMPERIAL<br>WILLIAMS MULLEN<br>PO DRAWER 19764<br>RALEIGH, NC 27619 | 853 | EXHIBIT A - MODIFICATION |
| CHANDLER VILLAGE CENTER LLC | THOMAS J LEANSE ESQ<br>C O KATTEN MUCHIN ROSENMAN LLP<br>2029 CENTURY PARK E 26TH FL<br>LOS ANGELES, CA 90067 | 1765 | EXHIBIT A - MODIFICATION |
| CHICO ENTERPRISE RECORD | CARLENE SPRINGER<br>PO BOX 9<br>CHICO, CA 95927 | 1447 | EXHIBIT A - MODIFICATION |
| CITY AND COUNTY OF DENVER TREASURY | ATTN KAREN KATROS BANKRUPTCY ANALYST<br>MCNICHOLS CIVIC CENTER BLDG<br>144 W COLFAX AVE RM 384<br>DENVER, CO 80202-5391 | 2860 | EXHIBIT A - MODIFICATION |
| CLARKS OF ENGLAND | PO BOX 415388<br>BOSTON, MA 02241-5388 | 1720 | EXHIBIT A - MODIFICATION |
| CLEAR CHANNEL BROADCASTING INC | ATTN KATIE HOLLOWAY<br>200 E BASSE RD<br>SAN ANTONIO, TX 78209 | 3027 | EXHIBIT A - MODIFICATION |
| CLIFF PLAZA LLC | ROBERT E GROOTWASSINK<br>6440 FLYING CLOUD DR STE 203<br>EDEN PRAIRIE, MN 55344 | 2128 | EXHIBIT A - MODIFICATION |
| COLISEUM CROSSING ASSOCIATES | C O JOHN D MCINTYRE ESQ<br>WILLCOX & SAVAGE PC<br>ONE COMMERCIAL PL STE 1800<br>NORFOLK, VA 23510 | 1355 | EXHIBIT A - MODIFICATION |
| COLUMBIA SPORTSWEAR CO | PO BOX 535118<br>ATLANTA, GA 30353-5118 | 2019 | EXHIBIT A - MODIFICATION |
| CORNERSTONE REAL ESTATE INVESTMENT ADVISORS LLC AS AGENT FOR OAKLEY GROVE DEVELOPMENT LLC | DOUGLAS R VAN VALKENBURG ESQ<br>DAY PITNEY LLP<br>242 TRUMBULL ST<br>HARTFORD, CT 06103-1212 | 2506 | EXHIBIT A - MODIFICATION |

In re: RCC Liquidating Corp.
Case No. 09-10617 (MFW)

Fifth Omnibus Claims Objection

Schedule 1 - Claimants And Related Claims Subject To Fifth Omnibus Claims Objection

| Claim Holder | Claim Holder Address | Claim | Exhibit |
|---|---|---|---|
| COSTA DEL MAR | 2361 MADISON AVE STE 100<br>DAYTONA BEACH, FL 32117 | 256 | EXHIBIT A - MODIFICATION |
| CRJ SEC CAMERA REPAIR JAPAN | 3435 BRECKINRIDGE BLVD STE 110<br>DULUTH, GA 30096 | 1520 | EXHIBIT A - MODIFICATION |
| CSHV QUARRY LLC A DELAWARE LIMITED LIABILITY COMPANY | AS LANDLORD FOR THE QUARRY SHOPPING CENTER HODGKINS IL<br>C O ROBERT D TEPPER<br>SCHENK ANNES BROOKMAN & TEPPER LTD<br>311 S WACKER DR STE 5125<br>CHICAGO, IL 60606 | 1889 | EXHIBIT A - MODIFICATION |
| DAIWA CORPORATION | PO BOX 6031<br>ARTESIA, CA 90702-6031 | 1063 | EXHIBIT A - MODIFICATION |
| DDRTC CP LLC | C O ERIC C COTTON ASSOCIATE GENERAL COUNSEL<br>DEVELOPERS DIVERSIFIED REALTY CORPORATION<br>3300 ENTERPRISE PKWY<br>BEACHWOOD, OH 44122 | 2575 | EXHIBIT A - MODIFICATION |
| DELCO LLC | ATTN CHRISTAIN D LOMAX ASSET MANAGER<br>200 CAMPBELL RD STE 200<br>WILLINGBORO, NJ 08046 | 2473 | EXHIBIT A - MODIFICATION |
| DELCO LLC | CHRISTIAN D LOMAX ASSET MANAGER<br>DELCO DEVELOPMENT<br>200 CAMPBELL RD STE 200<br>WILLINGBORO, NJ 08046 | 2474 | EXHIBIT A - MODIFICATION |
| DRAGONFLY INNOVATION CORP | THOMAS B ECKERT<br>4921 SUNDOWNER COURT<br>RANCHO CUCAMONGA, CA 91737 | 422 | EXHIBIT A - MODIFICATION |
| DSV AIR & SEA INC | 100 WALNUT AVE STE 405<br>CLARK, NJ 07066 | 894 | EXHIBIT A - MODIFICATION |
| EDENS & AVANT | 1901 MAIN ST STE 900<br>COLUMBIA, SC 29201 | 2777 | EXHIBIT A - MODIFICATION |
| EXIDE TECHNOLOGIES | C O B HOLLAND PITCHARD ESQ<br>13000 DEERFIELD PKWY BLDG 200<br>MILTON, GA 30004 | 2734 | EXHIBIT A - MODIFICATION |
| EXPEDIA INC | ATTN RAMIE N ONEILL<br>K&L GATES LLP<br>925 FOURTH AVE STE 2900<br>SEATTLE, WA 98104 | 2626 | EXHIBIT A - MODIFICATION |

In re: RCC Liquidating Corp.
Case No. 09-10617 (MFW)

Fifth Omnibus Claims Objection

Schedule 1 - Claimants And Related Claims Subject To Fifth Omnibus Claims Objection

| Claim Holder | Claim Holder Address | Claim | Exhibit |
|---|---|---|---|
| FESTIVAL AT HAMILTON LLC | C/O PARAMOUNT REALTY SERVICES<br>1195 ROUTE 70 STE 2000<br>STORE NO 0274<br>LAKEWOOD, NJ 08701 | 2095 | EXHIBIT A - MODIFICATION |
| FESTIVAL AT HAMILTON LLC AND FESTIVAL AT HAMILTON LLC II TENANTS IN COMMON | 1195 ROUTE 70 STE 2000<br>LAKEWOOD, NJ 08701 | 2096 | EXHIBIT A - MODIFICATION |
| FJ WESTCOTT COMPANY | ATT JEFF COHEN<br>PO BOX 1596<br>TOLEDO, OH 43603 | 745 | EXHIBIT A - MODIFICATION |
| GG ODYSSEY LP OWNER OF PROPERTY LOCATED AT 7731 KINGSTON PIKE KNOXVILLE TN | C O LESLIE C HEILMAN ESQ<br>BALLARD SPAHR ANDREWS & INGERSOLL LLP<br>919 N MARKET ST 12TH FL<br>WILMINGTON, DE 19801 | 2184 | EXHIBIT A - MODIFICATION |
| GGP NORTH POINT INC A DEBTOR IN POSSESSION SD NY NO 09 11977 | C O STEPHEN WARSH<br>GENERAL GROWTH PROPERTIES INC<br>110 N WACKER DR BSC 1 26<br>CHICAGO, IL 60606 | 3000 | EXHIBIT A - MODIFICATION |
| GGP STEEPLEGATE INC A DEBTOR IN POSSESSION SDNY NO 09 11977 | GENERAL GROWTH PROPERTIES INC<br>C O STEPHEN WARSH<br>110 N WACKER DRIVE<br>BSC 1 26<br>CHICAGO, IL 60606 | 1006 | EXHIBIT A - MODIFICATION |
| GLIMCHER WESTSHORE LLC | SHARISSE CUMBERBATCH ESQ<br>GLIMCHER PROPERTIES LIMITED PARTNERSHIP<br>180 E BROAD ST 21ST FL<br>COLUMBUS, OH 43215 | 2789 | EXHIBIT A - MODIFICATION |
| GOOGLE INC | C O WENDY W SMITH<br>BINDER & MALTER LLP<br>2775 PARK AVE<br>SANTA CLARA, CA 95050 | 2123 | EXHIBIT A - MODIFICATION |
| HACKETT POINT LLC | ATTN NANCY L MANZER<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>1875 PENNSYLVANIA AVE NW<br>WASHINGTON, DC 20006 | 2522 | EXHIBIT A - MODIFICATION |
| HACKETT POINT LLC | ATTN WADE MAYBERRY<br>250 W JOYCE LN<br>ARNOLD, MD 21012 | 2638 | EXHIBIT A - MODIFICATION |
| HURON PLAZA LLC | 200 RENAISSANCE CENTER<br>STE 3145<br>STORE NO 0795<br>DETROIT, MI 48243-1301 | 2268 | EXHIBIT A - MODIFICATION |

In re: RCC Liquidating Corp.
Case No. 09-10617 (MFW)

Fifth Omnibus Claims Objection

Schedule 1 - Claimants And Related Claims Subject To Fifth Omnibus Claims Objection

| Claim Holder | Claim Holder Address | Claim | Exhibit |
|---|---|---|---|
| HURON PLAZA LLC | 200 RENAISSANCE CENTER STE 3145 STORE NO 0795 DETROIT, MI 48243-1301 | 2773 | EXHIBIT A - MODIFICATION |
| ICOM AMERICA INC | ATTN JOSH RATAEZYK DAVIS WRIGHT TREMAINE LLP 1201 THIRD AVE STE 2200 SEATTLE, WA 98101-3045 | 2336 | EXHIBIT A - MODIFICATION |
| ICON INTERNATIONAL INC | 107 ELM ST 4 STAMFORD PLAZA STAMFORD, CT 06902 | 280 | EXHIBIT A - MODIFICATION |
| JAMES CITTA & SONS INC | 248 WASHINGTON ST PO BOX 4 TOMS RIVER, NJ 08754 | 2858 | EXHIBIT A - MODIFICATION |
| JEANINE LINSENENMEYER | | 2183 | EXHIBIT A - MODIFICATION |
| JOHNSON CONTROLS INC | ATTN BRIAN WILDERMAN M 72 507 E MICHIGAN ST MILWAUKEE, WI 53202 | 984 | EXHIBIT A - MODIFICATION |
| KINGSTOWN ROAD CVS INC | C O RICK PLOTKIN ESQ GRAY ROBINSON PA 50 N LAURA ST STE 1100 JACKSONVILLE, FL 32202 | 1640 | EXHIBIT A - MODIFICATION |
| KIR FEDERAL WAY 035 LLC | ATTN NEIL E HERMAN ESQ C O MORGAN LEWIS & BOCKIUS LLP 101 PARK AVE NEW YORK, NY 10178 | 1238 | EXHIBIT A - MODIFICATION |
| KIR FEDERAL WAY 035 LLC | ATTN NEIL E HERMAN ESQ C O MORGAN LEWIS & BOCKIUS LLP 101 PARK AVE NEW YORK, NY 10178 | 1242 | EXHIBIT A - MODIFICATION |
| KIR FEDERAL WAY 035 LLC | ATTN NEIL E HERMAN ESQ C O MORGAN LEWIS & BOCKIUS LLP 101 PARK AVE NEW YORK, NY 10178 | 1548 | EXHIBIT A - MODIFICATION |
| LAKHA FEDERAL WAY PROPERTIES | C O PREMIER CENTERS MGT INC PO BOX 52668 BELLEVUE, WA 98015 | 2616 | EXHIBIT A - MODIFICATION |
| LOWEPRO | 1003 GRAVENSTEN HWY N STE 200 SEBASTOPOL, CA 95472 | 1667 | EXHIBIT A - MODIFICATION |

In re: RCC Liquidating Corp.
Case No. 09-10617 (MFW)

Fifth Omnibus Claims Objection

Schedule 1 - Claimants And Related Claims Subject To Fifth Omnibus Claims Objection

| Claim Holder | Claim Holder Address | Claim | Exhibit |
|---|---|---|---|
| MADISON WALDORF LLC | C O MITCHELL B WEITZMAN ESQ & BEAN KINNEY & KORMAN PC<br>2300 WILSON BLVD 7TH FL<br>ARLINGTON, VA 22201 | 1105 | EXHIBIT A - MODIFICATION |
| MARINCO | 2655 NAPA VALLEY CORP DR<br>NAPA, CA 94558 | 693 | EXHIBIT A - MODIFICATION |
| MAUI MARKETPLACE INVESTMENT GROUP INC C O LASALLE INVESTMENT MANAGEMENT INC | DENISE W KILLEBREW<br>BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ PC<br>420 20TH ST N STE 1600<br>BIRMINGHAM, AL 35203 | 2752 | EXHIBIT A - MODIFICATION |
| MICHAEL REILLY | | 2196 | EXHIBIT A - MODIFICATION |
| MIDLAND MALL LLC BY CBL & ASSOCIATES MANAGEMENT INC MANAGING AGENT | GARY L RODDY SENIOR DIRECTOR OF COLLECTIONS<br>CBL & ASSOCIATES PROPERTIES INC<br>CBL CENTER STE 500<br>2030 HAMILTON PL<br>CHATTANOOGA, TN 37421-6000 | 2504 | EXHIBIT A - MODIFICATION |
| MOELLER MARINE PRODUCTS | PO BOX 200615<br>PITTSBURGH, PA 15251-0615 | 2449 | EXHIBIT A - MODIFICATION |
| MUSCA PROPERTIES LLC | C O JOSEPH MUSCA<br>4700 ROCKSIDE RD NO 603<br>INDEPENDENCE, OH 44131 | 1010 | EXHIBIT A - MODIFICATION |
| MYRTLE BEACH FARMS | ATTN BETSY J BURN ESQ<br>NELSON MULLINS RILEY & SCARBOROUGH LLP<br>PO BOX 11070<br>COLUMBIA, SC 29211 | 1080 | EXHIBIT A - MODIFICATION |
| NANCY A WASHINGTON ESQ | SAIBER LLC<br>ONE GATEWAY CENTER 13TH FL<br>NEWARK, NJ 07102 | 2294 | EXHIBIT A - MODIFICATION |
| NEW SUMMIT CORPORATION | C/O SHELTER REALTY LTD<br>445 GRANT AVE<br>STE 301<br>STORE NO 1329<br>SAN FRANCISCO, CA 94108 | 2772 | EXHIBIT A - MODIFICATION |
| NOFFRE LIMITED PARTNERSHIP | ATTN CHARLES ROYCE<br>K&L GATES LLP<br>925 FOURTH AVE STE 2900<br>SEATTLE, WA 98104-1158 | 1111 | EXHIBIT A - MODIFICATION |
| NORCOLD INC | PO BOX 75545<br>CHARLOTTE, NC 28275-0545 | 2121 | EXHIBIT A - MODIFICATION |

In re: RCC Liquidating Corp.
Case No. 09-10617 (MFW)

Fifth Omnibus Claims Objection

Schedule 1 - Claimants And Related Claims Subject To Fifth Omnibus Claims Objection

| Claim Holder | Claim Holder Address | Claim | Exhibit |
|---|---|---|---|
| NORTH TOWN MALL LLC | C O STEPHEN WARSH<br>GENERAL GROWTH PROPERTIES INC<br>110 N WACKER DR BSC 1 26<br>CHICAGO, IL 60606 | 609 | EXHIBIT A - MODIFICATION |
| OAK PARK MALL LLC BY CBL & ASSOCIATES MANAGEMENT INC MANAGING AGENT | GARY L RODDY SENIOR DIRECTOR OF COLLECTIONS<br>CBL & ASSOCIATES PROPERTIES INC<br>CBL CENTER STE 500<br>2030 HAMILTON PL BLVD<br>CHATTANOOGA, TN 37421-6000 | 2501 | EXHIBIT A - MODIFICATION |
| OBRIEN DIV MOTION WATER SPORTS | PO BOX 97087<br>REDMOND, WA 98073 | 1969 | EXHIBIT A - MODIFICATION |
| OMEGA ACQUISITION CORPORATION DBA OMEGASATTER | OMEGA ACQUISITION CORPORATION<br>ATTN DANA ZACHARIAS<br>1041 S CARROLL ST<br>HAMPSTEAD, MD 21074 | 584 | EXHIBIT A - MODIFICATION |
| OWINGS MILLS LIMITED PARTNERSHIP | C O STEPHEN WARSH<br>GENERAL GROWTH PROPERTIES INC<br>110 N WACKER DR BSC 1 26<br>CHICAGO, IL 60606 | 617 | EXHIBIT A - MODIFICATION |
| PK II MARINA VILLAGE LP | ATTN NEIL E HERMAN ESQ<br>C O MORGAN LEWIS & BOCKIUS LLP<br>101 PARK AVE<br>NEW YORK, NY 10178 | 1059 | EXHIBIT A - MODIFICATION |
| PK II OLYMPIA WEST CENTER LLC | ATTN NEIL E HERMAN ESQ<br>C O MORGAN LEWIS & BOCKIUS LLP<br>101 PARK AVE<br>NEW YORK, NY 10178 | 1078 | EXHIBIT A - MODIFICATION |
| PLANO MOLDING COMPANY | JOHN PREUSSER CFO<br>PLANO MOLDING COMPANY<br>431 E SOUTH ST<br>PLANO, IL 60545-1601 | 567 | EXHIBIT A - MODIFICATION |
| PLAZA BONITA LP | NICLAS A FERLAND ESQ & ILAN MARKUS ESQ<br>LECLAIRRYAN A PROFESSIONAL CORPORATION<br>555 LONG WHARF DR 8TH FL<br>NEW HAVEN, CT 06511 | 1882 | EXHIBIT A - MODIFICATION |
| PLAZA PASEO REAL ASSOCIATES LLC | MITCHELL B WEITZMAN ESQ<br>2300 WILSON BLVD 7TH FL<br>ARLINGTON, VA 22201 | 2571 | EXHIBIT A - MODIFICATION |

In re: RCC Liquidating Corp.
Case No. 09-10617 (MFW)

Fifth Omnibus Claims Objection

Schedule 1 - Claimants And Related Claims Subject To Fifth Omnibus Claims Objection

| Claim Holder | Claim Holder Address | Claim | Exhibit |
|---|---|---|---|
| PLAZA PASEO REAL ASSOCIATES LLC | MITCHELL B WEITZMAN ESQ<br>BEAN KINNEY & KORMAN PC<br>2300 WILSON BLVD 7TH FL<br>ARLINGTON, VA 22201 | 675 | EXHIBIT A - MODIFICATION |
| PLYMOUTH EXIT 5 PHASE 2 LLC | PAUL W CAREY ESQ<br>MIRRICK OCONNELL DEMALLIE & LOUGEE LLP<br>100 FRONT ST<br>WORCESTER, MA 01608 | 2451 | EXHIBIT A - MODIFICATION |
| POLYFORM US LTD | THOMAS J CASE<br>7030 S 224TH<br>KENT, WA 98032-1986 | 212 | EXHIBIT A - MODIFICATION |
| PREMIERE GLOBAL SERVICES | PO BOX 404351<br>ATLANTA, GA 30384-9108 | 634 | EXHIBIT A - MODIFICATION |
| PROVIDENCE POLICE DEPARTMENT | ALARM REGISTRATION UNIT<br>325 WASHINGTON ST<br>PROVIDENCE, RI 02903 | 1331 | EXHIBIT A - MODIFICATION |
| RANDS 910 CENTER LLC | PACE MANAGEMENT LLC<br>PO BOX 873<br>STORE NO 1042<br>FREELAND, WA 98249 | 2407 | EXHIBIT A - MODIFICATION |
| RETAIL PROPERTY INVESTORS LLC | ATTN NANCY L MANZER<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>1875 PENNSYLVANIA AVE NW<br>WASHINGTON, DC 20006 | 2523 | EXHIBIT A - MODIFICATION |
| RETAIL PROPERTY INVESTORS LLC | ATTN NANCY L MANZER<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>1875 PENNSYLVANIA AVE NW<br>WASHINGTON, DC 20006 | 3136 | EXHIBIT A - MODIFICATION |
| RETAIL PROPERTY INVESTORS LLC | ATTN WADE MAYBERRY<br>250 W JOYCE LN<br>ARNOLD, MD 21012 | 2637 | EXHIBIT A - MODIFICATION |
| RICHARD TRANCHIDA | 1556 WIDOWS MITE RD<br>STORE NO 0815<br>EDGEWATER, MD 21037 | 1552 | EXHIBIT A - MODIFICATION |
| SANTA ANITA SHOPPINGTOWN LP | C O NICLAS A FERLAND ESQ<br>LECLAIRRYAN<br>555 LONG WHARF DR 8TH FL<br>NEW HAVEN, CT 06511 | 2324 | EXHIBIT A - MODIFICATION |

In re: RCC Liquidating Corp.
Case No. 09-10617 (MFW)

Fifth Omnibus Claims Objection

Schedule 1 - Claimants And Related Claims Subject To Fifth Omnibus Claims Objection

| Claim Holder | Claim Holder Address | Claim | Exhibit |
|---|---|---|---|
| SAVANNAH CROSSINGS I & II LLC | C O FRANK J PERCH III<br>HUNTER MACLEAN EXLEY & DUNN PC<br>PO BOX 9848<br>SAVANNAH, GA 31412 | 2577 | EXHIBIT A - MODIFICATION |
| SHOPS AT WAILEA LP | CHRISTOPHER J MUZZI ESQ<br>1100 ALAKEA ST 23RD FL<br>HONOLULU, HI 96813 | 2397 | EXHIBIT A - MODIFICATION |
| SPERRY TOPSIDER | C O KAREN KWONG<br>STRIDE RITE CORP<br>191 SPRING ST<br>LEXINGTON, MA 02420 | 790 | EXHIBIT A - MODIFICATION |
| ST LOUIS CO COLLECTOR OF REVENUE | 41 S CENTRAL AVE<br>CLAYTON, MO 63105 | 247 | EXHIBIT A - MODIFICATION |
| STANDARD FUSEE CORPORATION | ATTN DAVID<br>DBA ORION SAFETY PRODUCTS<br>PO BOX 1047<br>EASTON, MD 21601 | 285 | EXHIBIT A - MODIFICATION |
| STEADFAST SUNRISE V LLC | ATTN NANCY J NEWMAN ESQ<br>HANSON BRIDGETT LLP<br>425 MARKET ST 26TH FL<br>SAN FRANCISCO, CA 94105 | 1034 | EXHIBIT A - MODIFICATION |
| STEADFAST SUNRISE V LLC | ATTN NANCY J NEWMAN ESQ<br>HANSON BRIDGETT LLP<br>425 MARKET ST 26TH FL<br>SAN FRANCISCO, CA 94105 | 858 | EXHIBIT A - MODIFICATION |
| STRIDE RITE CHILDRENS | KAREN KWONG<br>STRIDE RITE CORP<br>191 SPRING ST<br>LEXINGTON, MA 02420 | 789 | EXHIBIT A - MODIFICATION |
| SUCCESS FACTORS INC | 1500 FASHION ISLAND<br>STE 300<br>SAN MATEO, CA 94404 | 1684 | EXHIBIT A - MODIFICATION |
| SUCCESS FACTORS INC | SAGI SOLOMON<br>1500 FASHION ISLAND BLVD<br>STE 300<br>SAN MATEO, CA 94404 | 1683 | EXHIBIT A - MODIFICATION |
| SUNFORCE PRODUCTS INC | MICHAEL DAHAN<br>9015 AVON ST STE NO 2017<br>MONTREAL WEST, QC H4X 2G8<br>CANADA | 487 | EXHIBIT A - MODIFICATION |

In re: RCC Liquidating Corp.
Case No. 09-10617 (MFW)

Fifth Omnibus Claims Objection

Schedule 1 - Claimants And Related Claims Subject To Fifth Omnibus Claims Objection

| Claim Holder | Claim Holder Address | Claim | Exhibit |
|---|---|---|---|
| SUNGARD AVAILABILITY SERVICES LP | MAUREEN M MCGREEVEY ESQ<br>680 E SWEDESFORD RD<br>WAYNE, PA 19087 | 159 | EXHIBIT A - MODIFICATION |
| SYLVANIA LIGHTING SERVICES | NANCY PIERGENTILI<br>100 ENDICOTT ST<br>DANVERS, MA 01923 | 956 | EXHIBIT A - MODIFICATION |
| TOCAD AMERICAN INC | 53 GREEN POND RD STE 5<br>ROCKWAY, NJ 07866 | 1094 | EXHIBIT A - MODIFICATION |
| UNIDEN AMERICA CORPORATION | EULER HERMES ACI<br>AGENT OF UNIDEN AMERICA CORPORATION<br>800 RED BROOK BLVD<br>OWINGS MILLS, MD 21117 | 717 | EXHIBIT A - MODIFICATION |
| VALASSIS DIRECT MAIL INC | 235 GREAT POND DR<br>WINDSOR, CT 06095 | 808 | EXHIBIT A - MODIFICATION |
| VALLEY ROAD PROPERTIES LLC | ATTN GEORGE G SIRK JR MAI CCIM<br>SIRK & COMPANY COMMERCIAL DIVISION<br>SIRK APPRAISAL COMPANY<br>817 BORADWAY<br>PADUCAH, KY 42001 | 2291 | EXHIBIT A - MODIFICATION |
| WE CLEAN EVERYTHING INC | WARREN MERRILL<br>4707 NE MINNEHAHA NO 401<br>VANCOUVER, WA 98661 | 1557 | EXHIBIT A - MODIFICATION |
| WEA CHICAGO RIDGE LLC | NICLAS A FERLAND ESQ & ILAN MARKUS ESQ<br>LECLAIRRYAN A PROFESSIONAL CORPORATION<br>555 LONG WHARF DR 8TH FL<br>NEW HAVEN, CT 06511 | 1870 | EXHIBIT A - MODIFICATION |
| WEINGARTEN REALTY INVESTORS | ATTN JENNY J HYUN ESQ<br>2600 CITADEL PLAZA DR STE 125<br>HOUSTON, TX 77008 | 2805 | EXHIBIT A - MODIFICATION |
| WEST FARMS MALL LLC | ANDREW S CONWAY<br>200 E LONG LAKE RD STE 300<br>BLOOMFIELD HILLS, MI 48304 | 2759 | EXHIBIT A - MODIFICATION |
| WESTDAY ASSOCIATES LIMITED PARTNERSHIP | THOMAS J LEANSE ESQ<br>C O KATTEN MUCHIN ROSENMAN LLP<br>2029 CENTURY PARK E 25TH FL<br>LOS ANGELES, CA 90067 | 1772 | EXHIBIT A - MODIFICATION |
| WESTWOOD MALL LLC A DEBTOR IN POSSESSION SDNY NO 09 11977 | GENERAL GROWTH PROPERTIES INC<br>CO STEPHEN WARSH<br>110 N WACKER DR<br>BSC 1 26<br>CHICAGO, IL 60606 | 1008 | EXHIBIT A - MODIFICATION |

In re: RCC Liquidating Corp.
Case No. 09-10617 (MFW)

Fifth Omnibus Claims Objection

Schedule 1 - Claimants And Related Claims Subject To Fifth Omnibus Claims Objection

| Claim Holder | Claim Holder Address | Claim | Exhibit |
|---|---|---|---|
| WHEEL & SPROCKET 1451 WASHBURN LLC | CHRIS KEGEL<br>5722 S 108TH ST<br>HALES CORNERS, WI 53130 | 1905 | EXHIBIT A - MODIFICATION |
| WILDMAN HARROLD ALLEN & DIXON LLP | C O JEFFREY CHANG DAVID J FISCHER<br>225 W WACKER DR<br>CHICAGO, IL 60606 | 2554 | EXHIBIT A - MODIFICATION |
| WOODBRIDGE CENTER PROPERTY LLC | C O STEPHEN WARSH<br>GENERAL GROWTH PROPERTIES INC<br>110 N WACKER DR BSC 1 26<br>CHICAGO, IL 60606 | 673 | EXHIBIT A - MODIFICATION |