# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| RCC LIQUIDATING CORP.[1] | Case No. 09-10617 (MFW) |
| Debtor. | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON MARCH 1, 2010 AT 11:30 A.M. BEFORE THE HONORABLE MARY F. WALRATH

### UNCONTESTED MATTER GOING FORWARD

1. Joint Motion of the Debtor and the Official Committee of Unsecured Creditors for Entry of an Order (I) Approving the Disclosure Statement, (II) Determining Dates, Procedures, and Forms Applicable to the Solicitation Process, (III) Establishing Voting Tabulation Procedures and (IV) Establishing an Objection Deadline and Scheduling a Hearing to Consider Confirmation of the Plan of Liquidation filed November 9, 2009 [Docket No. 1080]

   Response Deadline: December 3, 2009 at 4:00 p.m. (ET), extended to December 8, 2009 for RCI, Inc.

   Responses Filed: None

   Related Documents:

   A) Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code with Respect to the Joint Plan of Liquidation Under Chapter 11 of the United States Bankruptcy Code Proposed by the Debtor and the Official Committee of Unsecured Creditors, Dated October 23, 2009 filed October 23, 2009 [Docket No. 1046]

   B) Notice of Hearing to Consider Approval of Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code with Respect to the Joint Plan of Liquidation Under Chapter 11 of the United States Bankruptcy Code Proposed by the Debtor and the Official Committee of Unsecured Creditors, Dated October 23, 2009 filed November 9, 2009 [Docket No. 1081]

   Status: This matter is going forward.

---

[1] The last four digits of the Debtor's federal tax identification number are 6025.

Dated: February 25, 2010

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: /s/ Karen M. McKinley
Norman L. Pernick (No. 2290)
Karen M. McKinley (No. 4372)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
(302) 652-3131
(302) 652-3117 (fax)

-and-

Irving E. Walker, Esquire
Gary H. Leibowitz, Esquire
G. David Dean, Esquire
300 East Lombard Street, Suite 2000
Baltimore, MD 21202
(410) 230-0660
(410) 230-0667 (fax)

Counsel for Debtor and
Debtor in Possession