# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | RCC Liquidating Corp. | | |
| **Case Number:** | 09-10617-MFW | **Chapter:** | 11 |
| **Date / Time / Room:** | MONDAY, MARCH 01, 2010 11:30 AM   CRT#4, 5TH FL. | | |
| **Bankruptcy Judge:** | MARY F. WALRATH | | |
| **Courtroom Clerk:** | LAURIE CAPP | | |
| **Reporter / ECR:** | BRANDON MCCARTHY | | |

## *Matter:*

Disclosure - Cont'd from 12/10 at request of all parties

**R / M #:**    0 /  0

## *Appearances:*

See attached sign-in sheet

## *Proceedings:*

Agenda Matters:
   Item 1 - Order due under Certification of Counsel