# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

**Debtor:** RCC Liquidating Corp.
**Case Number:** 09-10617-MFW  **Chapter:** 11
**Date / Time / Room:** TUESDAY, APRIL 20, 2010 11:30 AM  CRT#4, 5TH FL.
**Bankruptcy Judge:** MARY F. WALRATH
**Courtroom Clerk:** LAURIE CAPP
**Reporter / ECR:** BRANDON MCCARTHY

## *Matter:*

Omnibus
**R / M #:** 1,529 / 0

## *Appearances:*

See attached sign-in sheet

## *Proceedings:*

Agenda Matters:
    Items 1 through 3 - Continued
    Item 4 - Order entered
    Item 5 - Order entered under CNO
    Item 6 - Order entered
    Item 7 - Continued