# Exhibit I.A.92.

# Retained Assets

1615389 v3/NY
46460/0002-6457323v4

## Retained Assets

"Retained Assets", as defined in Section I.A.92. of the Plan, shall consist of the following:

- All of the Debtor's rights and interests to recover refunds or other monies due or recoverable by the Debtor, for the benefit of the Debtor and the Debtor's creditors, under any policy or contract of insurance; and

- The Wachovia Cash Collateral.