# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> RCC LIQUIDATING CORP. f/k/a/ Ritz Camera Centers, Inc., <br><br> Debtor. | Chapter 11 <br><br> Case No.: 09-10617 (MFW) |

## SUBSTITUTION OF APPEARANCE OF COUNSEL
## AND REQUEST FOR SERVICE OF NOTICES AND PAPERS

PLEASE TAKE NOTICE that the law firm of Miller Nash LLP hereby substitutes its appearance for Cairncross & Hempelmann, P.S., as counsel for T-Mobile USA, Inc. ("T-Mobile") in the above-captioned cases and requests that all notices given or required to be given and all papers served or required to be served, including but not limited to orders, reports, pleadings, motions, applications, petitions, requests, complaints, plans, disclosure statements, or demands, whether formal or informal, whether transmitted or conveyed by mail, delivery, telephone, telecopy, telex, email, or otherwise, be given to and served upon the following:

John R. Knapp, Jr.
Miller Nash LLP
4400 Two Union Square
601 Union Street
Seattle, Washington 98101-2352
Telephone: (206) 622-8484
Facsimile: (206) 622-7485
Email: john.knapp@millernash.com

This entry of appearance shall not apply to any proceeding outside this Court or to any proceeding or transaction occurring in another proceeding before this Court.

Dated: May 12th, 2010

| CAIRNCROSS & HEMPELMANN, P.S. | MILLER NASH LLP |
|---|---|
| By: /s/ *John R. Knapp Jr.*<br>John R. Knapp, Jr., Del. I.D. 3681<br>524 Second Ave., Suite 500<br>Seattle, Washington, 98104-2323<br>Telephone: (206) 587-0700<br>Facsimile: (206) 587-2308<br>*FORMER COUNSEL* | By: /s/ *John R. Knapp Jr.*<br>John R. Knapp, Jr., Del. I.D. 3681<br>4400 Two Union Square<br>601 Union Street<br>Seattle, Washington 98101-2352<br>Telephone: (206) 622-8484<br>Facsimile: (206) 622-7485<br>*NEW COUNSEL* |
| Attorneys for T-Mobile USA, Inc. | Attorneys for T-Mobile USA, Inc. |