# United States Bankruptcy Court
## District of Delaware

In re RCC Liquidating Corp.,   Case No. 09-10617 (MFW)

Chapter 11

Court ID (court use only) _____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a). Transferee hereby gives notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

**Contrarian Funds, LLC**
Name of Transferee

Name and Address where notices to transferee should be sent

**Contrarian Funds, LLC**
411 West Putnam Ave., Ste. 425
Greenwich, CT 06830
Attn: Alisa Mumola
Phone 203-862-8211

**Mercer**
Name of Transferor

Name and Current Address of Transferor

**Mercer**
PO Box 100260
Pasadena, CA 91189

**Claim No. 729 for $2,848.00**

I declare under penalty of perjury that the information provided in this notice
is true and correct to the best of my knowledge and belief.

By:_____/s/ *Alisa Mumola*_____           Date: _____June 22, 2010 _____
Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

Mercer, Inc., a _____ corporation, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated May 15, 2010, has hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC its successors and assigns (collectively, "Assignee") the general unsecured claim (the "Claim"), in the principal amount of $2,848.00, claim number 729, against Ritz Camera, (the "Debtor") in the bankruptcy proceedings (the "Proceedings") in the United States Bankruptcy Court for the District of Delaware, case no. 09-10617 or any other court with jurisdiction over such proceedings.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this 15th day of May 2010.

(Assignor)
Mercer, Inc.

By: _____
Name: Alison Bredier
Title: Sr. Litigation Counsel

(Assignee)
CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, L.L.C.,
as manager

By: _____
Name: JANICE M. STANTON
Title: MEMBER

(Assignor)
WITNESS:

By: _____
Name: Kim Walk
Title: Admin Ask