IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:

RITZ CAMERA CENTERS, INC.

Debtors.

Bankruptcy No. 09-10617 (MFW)
(Chapter 11)

## REQUEST FOR SPECIAL NOTICE

PLEASE TAKE NOTICE that Madison Waldorf, LLC, Plaza Paseo Real Associates, LLC and Madison Marquette Realty Services, respectfully request that notice be sent to the address below and that undersigned be added to the service list maintained by the Clerk's Office and counsel of record. These parties request that all notice, motions, orders and papers required to be served in this case, be given to and served upon the undersigned at the following address:

> James R. Schroll, Esquire
> BEAN, KINNEY & KORMAN, P.C.
> 2300 Wilson Boulevard, 7th Floor
> Arlington, Virginia 22201
> (703) 525-4000
> (703) 525-2207 Facsimile
> Jschroll@beankkinney.com

Respectfully submitted,

By: _____
James R. Schroll, Esq.
Bean, Kinney & Korman, P.C.
2300 Wilson Boulevard, 7th Floor
Arlington, Virginia 22201
(703) 525-4000
(703) 525-2207 fax

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2010 a copy of the foregoing Request for Notice was mailed to:

Karen M. McKinley
Norman L. Pernick
Cole Scholtz Meisel Forman Leonard, PA
1000 N. West Street Suite 1200
Wilmington, DE 19801

Irving E. Walker
Gary H. Leibowitz
300 E. Lombard Street, Suite 2000
Baltimore, MD 21202

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

Francis T. Rafferty
Ober, Kaler Grimes & Shriver
120 E. Baltimore Street
Baltimore, MD 21202

James R. Schroll

2