# SCHEDULE 1

# MASTER LIST OF CLAIMANTS AND CLAIMS

In re: RCC Liquidating Corp.
Case No. 09-10617 (MFW)

Schedule 1 - Claimants And Related Claims Subject To Seventeenth Omnibus Claims Objection

Seventeenth Omnibus Claims Objection

| Claim Holder | Claim Holder Address | Claim | Exhibit |
|---|---|---|---|
| ALTOONA AREA SCHOOL DISTRICT TAX OFFICE | KIMBERLY A SCHIMMINGER<br>200 E CRAWFORD AVE<br>ALTOONA, PA 16602 | 3075 | EXHIBIT A - MODIFICATION |
| ARDEN FAIR ASSOCIATES LP MACERICH 203270 1513 | DUSTIN P BRANCH ESQ<br>2029 CENTURY PARK E 26TH FL<br>LOS ANGELES, CA 90067 | 3444 | EXHIBIT A - MODIFICATION |
| BENENSON BELLEVUE II LP | C O GARY SEDORUK<br>BENENSON CAPITAL PARTNERS LLC<br>708 THIRD AVE 28TH FL<br>NEW YORK, NY 10017 | 2820 | EXHIBIT A - MODIFICATION |
| BENENSON BELLEVUE II LP | ZUCKERMAN SPAEDER LLP<br>919 MARKET ST STE 990<br>PO BOX 1028<br>WILMINGTON, DE 19801-3036 | 2821 | EXHIBIT A - MODIFICATION |
| BEXAR COUNTY | DAVID G AELVOET<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>711 NAVARRO STE 300<br>SAN ANTONIO, TX 78205 | 3325 | EXHIBIT A - MODIFICATION |
| CHANDLER VILLAGE CENTER LLC MACERICH 203270 1516 | DUSTIN P BRANCH ESQ<br>2029 CENTURY PARK E 26TH FL<br>LOS ANGELES, CA 90067 | 3447 | EXHIBIT A - MODIFICATION |
| CITY AND COUNTY OF DENVER / TREASURY | ATTN KAREN KATROS BANKRUPTCY ANALYST<br>MCNICHOLS CIVIC CENTER BLDG<br>144 W COLFAX AVE RM 384<br>DENVER, CO 80202-5391 | 1077 | EXHIBIT A - MODIFICATION |
| CITY OF ALEXANDRIA VIRGINIA | MICHELE M HARLOW<br>REVENUE DIVISION<br>PO BOX 178<br>ALEXANDRIA, VA 22313 | 365 | EXHIBIT A - MODIFICATION |
| CITY OF CHANDLER | ATTN JAMES R CAIRNS III ASST CITY ATTY<br>PO BOX 4008<br>MS 602<br>CHANDLER, AZ 85244 | 684 | EXHIBIT A - MODIFICATION |
| CITY OF CHANDLER | ATTN JAMES R CAIRNS III ASST CITY ATTY<br>PO BOX 4008<br>MS 602<br>CHANDLER, AZ 85244 | 823 | EXHIBIT A - MODIFICATION |
| CITY OF CHESAPEAKE | BARBARA O CARRAWAY TREASURER<br>PO BOX 16495<br>CHESAPEAKE, VA 23328 | 692 | EXHIBIT A - MODIFICATION |

In re: RCC Liquidating Corp.
Case No. 09-10617 (MFW)

Schedule 1 - Claimants And Related Claims Subject To Seventeenth Omnibus Claims Objection

| Claim Holder | Claim Holder Address | Claim | Exhibit |
|---|---|---|---|
| CITY OF KNOXVILLE | DOUGLAS GORDON ATTORNEY FOR THE CITY OF KNOXVILLE<br>PO BOX 1028<br>KNOXVILLE, TN 37901 | 1202 | EXHIBIT A - MODIFICATION |
| CITY OF MOBILE | FLORENCE A KESSLER<br>PO BOX 1827<br>MOBILE, AL 36633 | 699 | EXHIBIT A - MODIFICATION |
| CLAYTON CTY TAX COMMISSIONER | ADMINISTRATION ANNEX 3<br>2ND FL<br>121 S MCDONOUGH ST<br>JONESBORO, GA 30236 | 2915 | EXHIBIT A - MODIFICATION |
| COMMONWEALTH OF PENNSYLVANIA | DEPARTMENT OF REVENUE<br>BUREAU OF COMPLIANCE<br>PO BOX 280946<br>HARRISBURG, PA 17128-0946 | 3337 | EXHIBIT A - MODIFICATION |
| CONNECTICUT DEPARTMENT OF REVENUE SERVICES | C&E DIVISION BANKRUPTCY SECTION<br>DEPARTMENT OF REVENUE SERVICES<br>25 SIGOURNEY ST<br>HARTFORD, CT 06106-5032 | 3045 | EXHIBIT A - MODIFICATION |
| CPRE 1 END LAKELINE LP | C O ENDEAVOR REAL ESTATE GROUP<br>221 W SIXTH ST STE 1300<br>AUSTIN, TX 78701 | 3140 | EXHIBIT A - MODIFICATION |
| CPRE 1 END LAKELINE LP | C/O ENDEAVOR REAL ESTATE GROUP<br>221 W SIXTH ST STE 1300<br>AUSTIN, TX 78701 | 2589 | EXHIBIT A - MODIFICATION |
| CYPRESS FAIRBANKS ISD | JOHN P DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | 3242 | EXHIBIT A - MODIFICATION |
| CYZNER PROPERTIES | 334 ELI AVE<br>SOMERSET, NJ 8873 | 579 | EXHIBIT A - MODIFICATION |
| DALLAS COUNTY | ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>2323 BRYAN ST STE 1600<br>DALLAS, TX 75201 | 3215 | EXHIBIT A - MODIFICATION |
| DEPARTMENT OF WATER & POWER CITY OF LOS ANGELES | ATTN BANKRUPTCY<br>PO BOX 51111<br>LOS ANGELES, CA 90051-5700 | 3412 | EXHIBIT A - MODIFICATION |
| DISTRICT OF COLUMBIA TREASURY | GOVT OF THE DISTRICT OF COLUMBIA<br>OFFICE OF TAX & REVENUE<br>PO BOX 37559<br>WASHINGTON, DC 20013 | 909 | EXHIBIT A - MODIFICATION |

In re: RCC Liquidating Corp.
Case No. 09-10617 (MFW)

Schedule 1 - Claimants And Related Claims Subject To Seventeenth Omnibus Claims Objection

Seventeenth Omnibus Claims Objection

| Claim Holder | Claim Holder Address | Claim | Exhibit |
|---|---|---|---|
| EASTMAN KODAK COMPANY | ATTN DANIEL W SKLAR<br>NIXON PEABODY LLP<br>900 ELM ST<br>MANCHESTER, NH 3101 | 2099 | EXHIBIT A - MODIFICATION |
| EL PASO COUNTY TREASURER | ATTN SANDRA J DAMRON<br>PO BOX 2007<br>COLORADO SPRINGS, CO 80901-2007 | 405 | EXHIBIT A - MODIFICATION |
| FORT BEND COUNTY | TARA L GRUNDEMEIER<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | 3317 | EXHIBIT A - MODIFICATION |
| FREEMALL ASSOCIATES LLC MACERICH FREEHOLD 203270 1521 | DUSTIN P BRANCH ESQ<br>2029 CENTURY PARK E 26TH FL<br>LOS ANGELES, CA 90067 | 3441 | EXHIBIT A - MODIFICATION |
| FRISCO ISD TAX | GAY MCCALL ISAACKS ET AL<br>777 E 15TH ST<br>PLANO, TX 75074 | 889 | EXHIBIT A - MODIFICATION |
| HARRIS COUNTY ET AL | TARA L GRUNDEMEIER<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | 3239 | EXHIBIT A - MODIFICATION |
| HIGHLAND PARK INDEPENDENT SCHOOL DISTRICT | ELIZABETH BANDA CALVO<br>PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>PO BOX 13430<br>ARLINGTON, TX 76094-0430 | 3299 | EXHIBIT A - MODIFICATION |
| HOWARD COUNTY MARYLAND | MARGARET ANN NOLAN & CAMELA J SANDMANN ESQ<br>HOWARD COUNTY OFFICE OF LAW<br>3430 COURTHOUSE DR<br>ELLICOTT CITY, MD 21043 | 3464 | EXHIBIT A - MODIFICATION |
| IKON OFFICE SOLUTIONS | ACCOUNTS RECEIVABLE CENTER<br>ATTN BANKRUPTCY TEAM<br>3920 ARKWRIGHT RD STE 400<br>MACON, GA 31210 | 599 | EXHIBIT A - MODIFICATION |
| IREDELL COUNTY TAX COLLECTOR | PO BOX 1027<br>STATESVILLE, NC 28687 | 3063 | EXHIBIT A - MODIFICATION |
| JENNIFER MILLS | | 3416 | EXHIBIT A - MODIFICATION |
| KATY ISD | TARA L GRUNDEMEIER<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | 3241 | EXHIBIT A - MODIFICATION |

In re: RCC Liquidating Corp.
Case No. 09-10617 (MFW)

Seventeenth Omnibus Claims Objection

Schedule 1 - Claimants And Related Claims Subject To Seventeenth Omnibus Claims Objection

| Claim Holder | Claim Holder Address | Claim | Exhibit |
|---|---|---|---|
| KEN BURTON JR CFC | TAX COLLECTOR MANATEE COUNTY<br>PO BOX 25300<br>BRANDENTON, FL 34206-5300 | 119 | EXHIBIT A - MODIFICATION |
| KEN BURTON JR CFC | TAX COLLECTOR MANATEE COUNTY<br>PO BOX 25300<br>BRANDENTON, FL 34206-5300 | 217 | EXHIBIT A - MODIFICATION |
| KEN BURTON JR CFC | TAX COLLECTOR MANATEE COUNTY<br>PO BOX 25300<br>BRANDENTON, FL 34206-5300 | 218 | EXHIBIT A - MODIFICATION |
| KEY PLAZA I INC | C/0 FLEET BANK<br>PO BOX 414167<br>BOSTON, MA 02241-4167 | 3158 | EXHIBIT A - MODIFICATION |
| LAYMAN SHREVES | STEPHEN GIORDANO<br>21730 RED RUM DR STE 182<br>ASHBURN, VA 20147 | 3389 | EXHIBIT A - MODIFICATION |
| LUCIDIOM INC | | 80 | EXHIBIT A - MODIFICATION |
| M NACASTRO | THOMAS J LEANSE ESQ<br>2029 CENTURY PARK E 26TH FL<br>LOS ANGELES, CA 90067 | 3468 | EXHIBIT A - MODIFICATION |
| MACERICH FIESTA MALL LLC MACERICH 203270 1519 | DUSTIN P BRANCH ESQ<br>2029 CENTURY PARK E 26TH FL<br>LOS ANGELES, CA 90067 | 3435 | EXHIBIT A - MODIFICATION |
| MACERICH LOS CERRITOS LLC 203270 1522 | DUSTIN P BRANCH ESQ<br>2029 CENTURY PARK E 26TH FL<br>LOS ANGELES, CA 90067 | 3440 | EXHIBIT A - MODIFICATION |
| MACERICH OAKS LLC 203270 1523 | DUSTIN P BRANCH ESQ<br>2029 CENTURY PARK E 26TH FL<br>LOS ANGELES, CA 90067 | 3439 | EXHIBIT A - MODIFICATION |
| MB MINNEAPOLIS 8TH STREET LLC | C O INLAND AMERICAN OFFICE MANAGEMENT LLC<br>C O BERT BITTOURNA ESQ<br>INLAND REAL ESTATE GROUP<br>2901 BUTTERFIELD RD 3RD FL<br>OAK BROOK, IL 60523 | 2367 | EXHIBIT A - MODIFICATION |
| MEGAPATH INC | WILLIAM A HAZELTINE<br>SULLIVAN HAZELTINE ALLINSON LLC<br>4 E 8TH ST STE 400<br>WILMINGTON, DE 19801 | 3381 | EXHIBIT A - MODIFICATION |
| METROPOLITAN GOVERNMENT TRUSTEE | METROPOLITAN DEPARTMENT OF LAW<br>PO BOX 196300<br>NASHVILLE, TN 37219-6300 | 3301 | EXHIBIT A - MODIFICATION |
| METROPOLITAN GOVERNMENT TRUSTEE | METROPOLITAN DEPARTMENT OF LAW<br>PO BOX 196300<br>NASHVILLE, TN 37219-6300 | 3302 | EXHIBIT A - MODIFICATION |

In re: RCC Liquidating Corp.
Case No. 09-10617 (MFW)

Schedule 1 - Claimants And Related Claims Subject To Seventeenth Omnibus Claims Objection

Seventeenth Omnibus Claims Objection

| Claim Holder | Claim Holder Address | Claim | Exhibit |
|---|---|---|---|
| METROPOLITAN GOVERNMENT TRUSTEE | METROPOLITAN DEPARTMENT OF LAW PO BOX 196300 NASHVILLE, TN 37219-6300 | 3303 | EXHIBIT A - MODIFICATION |
| METROPOLITAN GOVERNMENT TRUSTEE | METROPOLITAN DEPARTMENT OF LAW PO BOX 196300 NASHVILLE, TN 37219-6300 | 3305 | EXHIBIT A - MODIFICATION |
| METROPOLITAN GOVERNMENT TRUSTEE | METROPOLITAN DEPARTMENT OF LAW PO BOX 196300 NASHVILLE, TN 37219-6300 | 3306 | EXHIBIT A - MODIFICATION |
| MIAMI DADE COUNTY TAX COLLECTOR | MIAMI DADE COUNTY BANKRUPTCY UNIT 140 W FLAGLER ST STE 1403 MIAMI, FL 33130 | 3244 | EXHIBIT A - MODIFICATION |
| MIKE OLSON TAX COLLECTOR | PO BOX 276 DADE CITY, FL 33526-0276 | 3266 | EXHIBIT A - MODIFICATION |
| MONTGOMERY COUNTY | TARA L GRUNDEMEIER LINEBARGER GOGGAN BLAIR & SAMPSON LLP PO BOX 3064 HOUSTON, TX 77253-3064 | 3240 | EXHIBIT A - MODIFICATION |
| MONTGOMERY COUNTY TREASURER | 755 ROANOKE ST STE 1B CHRISTIANSBURG, VA 24073 | 183 | EXHIBIT A - MODIFICATION |
| NAVICO INC | ATTN MICHAEL REED 12000 E SKELLY DR TULSA, OK 74128 | 54 | EXHIBIT A - MODIFICATION |
| NUECES COUNTY | DIANE W SANDERS LINEBARGER GOGGAN BLAIR & SAMPSON LLP THE TERRACE II 2700 VIA FORTUNA DR STE 400 PO BOX 17428 AUSTIN, TX 78760-7428 | 3218 | EXHIBIT A - MODIFICATION |
| NYC DEPARTMENT OF FINANCE | OFFICE OF LEGAL AFFAIRS COLLECTIONS 345 ADAMS ST BROOKLYN, NY 11201 | 3475 | EXHIBIT A - MODIFICATION |
| OUACHITA PARISH TAX COLLECTOR | PO BOX 1803 MONROE, LA 71210-1803 | 3314 | EXHIBIT A - MODIFICATION |
| PALM BEACH COUNTY TAX COLLECTOR | PO BOX 3715 WEST PALM BEACH, FL 33402-3715 | 3247 | EXHIBIT A - MODIFICATION |
| PALM BEACH COUNTY TAX COLLECTOR | PO BOX 3715 WEST PALM BEACH, FL 33402-3715 | 3248 | EXHIBIT A - MODIFICATION |
| PALM BEACH COUNTY TAX COLLECTOR | PO BOX 3715 WEST PALM BEACH, FL 33402-3715 | 3249 | EXHIBIT A - MODIFICATION |
| PALM BEACH COUNTY TAX COLLECTOR | PO BOX 3715 WEST PALM BEACH, FL 33402-3715 | 3250 | EXHIBIT A - MODIFICATION |

In re: RCC Liquidating Corp.
Case No.: 09-10617 (MFW)

Schedule 1 - Claimants And Related Claims Subject To Seventeenth Omnibus Claims Objection

Seventeenth Omnibus Claims Objection

| Claim Holder | Claim Holder Address | Claim | Exhibit |
|---|---|---|---|
| PALM BEACH COUNTY TAX COLLECTOR | PO BOX 3715<br>WEST PALM BEACH, FL 33402-3715 | 3251 | EXHIBIT A - MODIFICATION |
| PALM BEACH COUNTY TAX COLLECTOR | PO BOX 3715<br>WEST PALM BEACH, FL 33402-3715 | 3252 | EXHIBIT A - MODIFICATION |
| PALM BEACH COUNTY TAX COLLECTOR | PO BOX 3715<br>WEST PALM BEACH, FL 33402-3715 | 3253 | EXHIBIT A - MODIFICATION |
| PALM BEACH COUNTY TAX COLLECTOR | PO BOX 3715<br>WEST PALM BEACH, FL 33402-3715 | 3254 | EXHIBIT A - MODIFICATION |
| PENNSYLVANIA DEPARTMENT OF REVENUE | BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG, PA 17128-0946 | 3458 | EXHIBIT A - MODIFICATION |
| PIEDMONT NATURAL GAS COMPANY | ATTN CBO BANKRUPTCY<br>4339 S TRYON ST<br>CHARLOTTE, NC 28217-1733 | 631 | EXHIBIT A - MODIFICATION |
| PIERCE COUNTY BUDGET & FINANCE | 615 S 9TH ST STE 100<br>TACOMA, WA 98405 | 1383 | EXHIBIT A - MODIFICATION |
| PIERCE COUNTY BUDGET & FINANCE | 615 S 9TH ST STE 100<br>TACOMA, WA 98405 | 2148 | EXHIBIT A - MODIFICATION |
| PIERCE COUNTY BUDGET & FINANCE | 615 S 9TH ST STE 100<br>TACOMA, WA 98405 | 665 | EXHIBIT A - MODIFICATION |
| REGENCY CENTERS LP | ATTN ROBERT L LEHANE ESQ<br>KELLEY DRYE & WARREN LLP<br>101 PARK AVE<br>NEW YORK, NY 10178 | 2643 | EXHIBIT A - MODIFICATION |
| ROUND ROCK ISD | DIANE W SANDERS<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>THE TERRACE II 2700 VIA FORTUNA DR STE 400<br>PO BOX 17428<br>AUSTIN, TX 78760-7428 | 3286 | EXHIBIT A - MODIFICATION |
| SAGINAW CHARTER TOWNSHIP MI | PO BOX 6400<br>SAGINAW, MI 48608 | 2953 | EXHIBIT A - MODIFICATION |
| SAKER ENTERPRISES OF FREEHOLD LLC | DONALD F CAMPBELL JR ESQ<br>GIORDANO HALLERAN & CIESLA PC<br>PO BOX 190<br>MIDDLETOWN, NJ 7748 | 1073 | EXHIBIT A - MODIFICATION |
| SARASOTA COUNTY TAX COLLECTOR<br>SONIA SANCHEZ | BARBARA FORD COATES<br>101 S WASHINGTON BLVD<br>SARASOTA, FL 34236-6940 | 3235<br>3484 | EXHIBIT A - MODIFICATION<br>EXHIBIT A - MODIFICATION |

In re: RCC Liquidating Corp.
Case No. 09-10617 (MFW)

Schedule 1 - Claimants And Related Claims Subject To Seventeenth Omnibus Claims Objection

Seventeenth Omnibus Claims Objection

| Claim Holder | Claim Holder Address | Claim | Exhibit |
|---|---|---|---|
| SONY ELECTRONICS INC | ATTN ALAN RUBIN<br>1 SONY DR MD 3E6<br>PARK RIDGE, NJ 7656 | 2276 | EXHIBIT A - MODIFICATION |
| SYNNEX CORPORATION | STEVE SHUMASE<br>39 PELHAM RIDGE DR<br>GREENVILLE, SC 29615 | 550 | EXHIBIT A - MODIFICATION |
| TARRANT COUNTY | ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>2323 BRYAN ST STE 1600<br>DALLAS, TX 75201 | 3214 | EXHIBIT A - MODIFICATION |
| TAX COLLECTOR SANTA ROSA COUNTY | ATTN DELINQUENT TAX DEPARTMENT<br>6495 CAROLINE ST STE E<br>MILTON, FL 32570 | 3200 | EXHIBIT A - MODIFICATION |
| TENNESSEE DEPARTMENT OF REVENUE | C O ATTORNEY GENERAL<br>PO BOX 20207<br>NASHVILLE, TN 37202-0207 | 3428 | EXHIBIT A - MODIFICATION |
| THE COMMISSIONER OF REVENUE OF THE STATE OF TENNESSEE | WILBUR E HOOKS<br>C O ATTORNEY GENERAL<br>TAX ENFORCEMENT DIVISION TENNESSEE DEPT OF REVENUE<br>PO BOX 20207<br>NASHVILLE, TN 37202-0207 | 3427 | EXHIBIT A - MODIFICATION |
| THE MACERICH PARTNERSHIP LP CHESTERFIELD 203270 1517 | DUSTIN P BRANCH ESQ<br>2029 CENTURY PARK E 26TH FL<br>LOS ANGELES, CA 90067 | 3442 | EXHIBIT A - MODIFICATION |
| THE WOODLANDS ROAD UTILITY DISTRICT NO 1 | MICHAEL J DARLOW<br>PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>1235 N LOOP W STE 600<br>HOUSTON, TX 77008 | 2004 | EXHIBIT A - MODIFICATION |
| THURSTON COUNTY TREASURER | 2000 LAKERIDGE DR SW<br>OLYMPIA, WA 98502-6080 | 602 | EXHIBIT A - MODIFICATION |
| TRISTAN LEE | 27225 OCEAN DUNES ST<br>MORENO VALLEY, CA 92555 | 2840 | EXHIBIT A - MODIFICATION |
| TRISTAN LEE C O INFINITY COMM | TRISTAN LEE C O INFINITY COMM REAL ESTATE<br>660 N CENTRAL EXPRESSWAY NO 120<br>PLANO, TX 75024 | 2838 | EXHIBIT A - MODIFICATION |
| VERIZON | AFNI VERIZON EAST<br>PO BOX 3037<br>BLOOMINGTON, IL 61702-3037 | 2876 | EXHIBIT A - MODIFICATION |

In re: RCC Liquidating Corp.
Case No. 09-10617 (MFW)

Seventeenth Omnibus Claims Objection

Schedule 1 - Claimants And Related Claims Subject To Seventeenth Omnibus Claims Objection

| Claim Holder | Claim Holder Address | Claim | Exhibit |
|---|---|---|---|
| VERIZON INC | AFNI VERIZON<br>404 BROCK DR<br>BLOOMINGTON, IL 61701 | 2888 | EXHIBIT A - MODIFICATION |
| VOLUSIA COUNTY FINANCE DEPARTMENT | 123 W INDIANA AVE RM 103<br>DELAND, FL 32720-4602 | 3341 | EXHIBIT A - MODIFICATION |
| WESTDAY ASSOCIATES LIMITED PARTNERSHIP<br>PARADISE VALLEY 203270 1525 | DUSTIN P BRANCH ESQ<br>2029 CENTURY PARK E 26TH FL<br>LOS ANGELES, CA 90067 | 3438 | EXHIBIT A - MODIFICATION |
| WILSON SCHOOL DISTRICT | ATTN BUSINESS TAX SPEC<br>2601 GRANDVIEW BLVD<br>WEST LAWN, PA 19609-1324 | 243 | EXHIBIT A - MODIFICATION |
| ZUHAIR HILLAIL | | 3391 | EXHIBIT A - MODIFICATION |