## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| RCC LIQUIDATING CORP, | Case No. 09-10617 (MFW) |
| Debtor. | |

## REQUEST FOR SPECIAL NOTICE

**PLEASE TAKE NOTICE** that Blakeley & Blakeley LLP ("B&B"), counsel for Creditor, Google Inc., requests special notice of all matters and copies of all pleadings pertaining to the above-referenced bankruptcy proceeding.

B&B requests that for all notice purposes, the following address be used and that this address be included on the master mailing matrix:

> Johnny White, Esq.
> Blakeley & Blakeley LLP
> 2 Park Plaza, Suite 400
> Irvine, California 92614
> Telephone: (949) 260-0611
> Facsimile: (949) 260-0613
> E-Mail: JWhite@BlakeleyLLP.com

Dated: October 26, 2010　　　　　　　　　BLAKELEY & BLAKELEY LLP
Irvine, California

　　　　　　　　　　　　　　　　　　　　By: __/s/Johnny White_____
　　　　　　　　　　　　　　　　　　　　　　Johnny White
　　　　　　　　　　　　　　　　　　　　　　2 Park Plaza, Suite 400
　　　　　　　　　　　　　　　　　　　　　　Irvine, California 92614
　　　　　　　　　　　　　　　　　　　　　　Telephone: (949) 260-0611
　　　　　　　　　　　　　　　　　　　　　　Facsimile: (949) 260-0613
　　　　　　　　　　　　　　　　　　　　　　Email: JWhite@blakeleyllp.com
　　　　　　　　　　　　　　　　　　　　　　California State Bar No. 269306
　　　　　　　　　　　　　　　　　　　　　　Counsel for Google Inc.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| RCC LIQUIDATING CORP, | Case No. 09-10617 (MFW) |
| Debtor. | |

## CERTIFICATE OF SERVICE

I, Ludmila Pires, hereby certify that I am not less than 18 years of age, and that on October 26, 2010, a true and correct copy of the foregoing **Request for Special Notice** was electronically transmitted through the Court's ECF system to all parties indicated on the electronic filing receipt. Additionally, the foregoing was served via U.S. Mail on October 26, 2010 upon:

**Debtor's Counsel**
Karen M. Grivner, Esq.
Cole Scholtz Meisel Forman Leonard, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

**U.S. Trustee**
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Room 2207, Lockbox #35
Wilmington, DE 19899-0035
Attn.: Joseph McMahon

**Counsel to the Official Committee of Unsecured Creditors**
Francis T. Rafferty, Esq.
M&T Credit Services, LLC
25 S. Charles St., 10th Floor
Baltimore, MD 21201

**Claims and Noticing Agent**
Kurtzman Carson Consultants, LLC
2335 Alaska Avenue
El Segundo, CA 90245
Attn.: Jonathan Carson

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 26, 2010, at Irvine, California.

Dated: October 26, 2010

_____/s/Ludmila Pires_____
Ludmila Pires