# CERTIFICATE OF SERVICE

I, Theodore J. Tacconelli, certify that I am not less than 18 years of age, and that service of this *Entry of Appearance, Request For Service of Papers, and Reservation of Rights* was made on November 1, 2010, upon the following parties in the manner indicated:

**BY HAND DELIVERY**

Karen M. Grivner, Esq.
Cole, Schotz, Meisel, Forman &
Leonard, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

**BY FIRST-CLASS U.S. MAIL**

Irving E. Walker, Esq.
Gary H. Leibowitz, Esq.
Cole, Schotz, Meisel, Forman &
Leonard, P.A.
300 E. Lombard Street, Suite 2000
Baltimore, MD 21202

Under penalty of perjury, I declare that the foregoing is true and correct.

/s/ Theodore J. Tacconelli
Theodore J. Tacconelli (No. 2678)