# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>RCC LIQUIDATING CORP.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 09-10617 (MFW) |

## DECLARATION OF CHARLES REEVES IN SUPPORT OF RCC LIQUIDATING CORP. LIQUIDATING TRUST'S TWENTY-FIRST OMNIBUS OBJECTION (SUBSTANTIVE) TO CERTAIN MODIFIED CLAIMS

Charles Reeves, hereby declares under penalty of perjury, as follows:

1. I am the Trustee of the RCC Liquidating Corp Liquidation Trust.

2. This Declaration is submitted in support of the RCC Liquidating Corp. Liquidation Trust's Twenty-First Omnibus Objection (Substantive) to certain Modified Claims (the "Twenty-First Omnibus Objection").[2]

3. I have read and reviewed the Twenty-First Omnibus Objection and am familiar with the information contained therein, and the Exhibits annexed thereto. Upon examining the Proofs of Claims, I have determined that the disputed claims set forth in **Exhibit A** assert overstated claim amounts and thus should be modified as requested in the Twentieth Omnibus Objection.

---

[1] The last four digits of the Debtor's federal tax identification number are 6025.
[2] All capitalized terms not defined herein shall have the meanings ascribed to them in the Twenty-First Omnibus Objection.

48322/0001-7201525v1

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: December 7, 2010

Charles Reeves

*Trustee of the RCC Liquidating Corp. Liquidation Trust*

48322/0001-7220645v1

# SCHEDULE 1

# MASTER LIST OF CLAIMANTS AND CLAIMS

In re: RCC Liquidating Corp.
Case No. 09-10617 (MFW)

Twenty-First Omnibus Claims Objection

Schedule 1 - Claimants And Related Claims Subject To Twenty-First Omnibus Claims Objection

| Claim Holder | Claim Holder Address | Claim | Exhibit |
|---|---|---|---|
| COMMISSIONER OF REVENUE OF THE STATE OF TENNESSEE | ANDREW JACKSON STATE OFFICE BLDG<br>NASHVILLE, TN 37242 | 3496 | EXHIBIT A - MODIFICATION |
| EASTMAN KODAK COMPANY | ATTN DANIEL W SKLAR ESQ<br>C O NIXON PEABODY LLP<br>900 ELM ST<br>MANCHESTER, NH 3101 | 3431 | EXHIBIT A - MODIFICATION |
| GENERAL ELECTRIC CAPITAL CORPORATION | C/O KATHLEEN MURPHY<br>REED SMITH LLP<br>1201 N MARKET ST STE 1500<br>WILMINGTON, DE 19801 | 3503 | EXHIBIT A - MODIFICATION |
| M M BLOOMINGTON ASSOCIATES LLC | ATTN MICHAEL R DOCHERTY<br>4600 WEST 77TH ST STE 227<br>EDINA, MN 55435 | 1116 | EXHIBIT A - MODIFICATION |
| ROBERT W ELTON | | 2279 | EXHIBIT A - MODIFICATION |
| T MOBILE USA INC | C O JOHN R KNAPP JR<br>CAIRNCROSS & HEMPELMANN PS<br>524 SECOND AVE STE 500<br>SEATTLE, WA 98104-2323 | 2438 | EXHIBIT A - MODIFICATION |
| WADE MAYBERRY | ATTN CRAIG GOLDBLATT NANCY L MANZER<br>WILMER CUTLER PICKERING HALE & DORR LLP<br>1875 PENNSYLVANIA AVE NW<br>WASHINGTON, DC 20006 | 2822 | EXHIBIT A - MODIFICATION |