# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| RCC LIQUIDATING CORP.,[1] | Case No. 09-10617 (MFW) |
| Debtor. | Related to Docket Nos. 1893, 1894 and 1895<br>Hearing Date: January 6, 2011 at 10:30 a.m. (ET) |

## NOTICE OF SUBMISSION OF PROOFS OF CLAIM

PLEASE TAKE NOTICE that on December 7, 2010, RCC Liquidating Corp. Liquidating Trust (the "Trust") filed the Trust's **Nineteenth Omnibus Objection (Non-Substantive) to Certain (A) Duplicate, (B) Amended or Superseded and (C) Late Filed Claims** [Docket No. 1893] (the "Nineteenth Omnibus Objection") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that on December 7, 2010, RCC Liquidating Corp. Liquidating Trust (the "Trust") filed the Trust's **Twentieth Omnibus Objection (Substantive) to No Liability Claims** [Docket No. 1894] (the "Twentieth Omnibus Objection") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that on December 7, 2010, RCC Liquidating Corp. Liquidating Trust (the "Trust") filed the Trust's **Twenty-First Omnibus Objection (Substantive) to Certain Modified Claims** [Docket No. 1895] (the "Twenty-First Omnibus Objection") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

---

[1] The last four digits of the Debtor's federal tax identification number are 6025.

The proofs of claim (the "Proofs of Claim") that are the subject to the Nineteenth, Twentieth and Twenty-First Omnibus Objections, along with all attachments and copies of the Nineteenth, Twentieth and Twenty-First Omnibus Objections, have been delivered to Chambers in accordance with Rule 3007-1(e)(iv) of the Local Rules for the United States Bankruptcy Court District of Delaware. Copies of any Proof of Claim can be requested from counsel to the Trust.

Dated: Wilmington, Delaware
December 21, 2010

**COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.**

By: /s/ Karen U. Grivner
Norman L. Pernick (No. 2290)
Karen M. Grivner (No. 4372)
500 Delaware Ave., Suite 1410
Wilmington, DE 19801
(302) 652-3131
(302) 652-3117 (fax)

-and-

Irving E. Walker, Esquire
Gary H. Leibowitz, Esquire
300 East Lombard Street, Suite 2000
Baltimore, MD 21202
(410) 230-0660
(410) 230-0667 (fax)

*Counsel for RCC Liquidating Corp. Liquidating Trust*

48322/0001-7256668v1