# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>RCC LIQUIDATING CORP.[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 09-10617 (MFW)<br><br>**Related to Docket No. 1893**<br>**Objection Deadline: December 29, 2010 at 4:00 p.m.**<br>**Hearing Date: January 6, 2011 at 10:30 a.m.** |

## CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 1893

The undersigned, counsel to Charles Reeves (the "Trustee"), on behalf of the RCC Liquidating Corp. Liquidating Trust (the "Trust"), successor in interest to the above-captioned debtor (the "Debtor"), hereby certifies as follows:

1. On December 7, 2010, the **RCC Liquidating Corp. Liquidating Trust's Nineteenth Omnibus Objection (Non-Substantive) to Certain (A) Duplicate, (B) Amended or Superceded and (C) Late Filed Claims** (the "Objection") [Docket No. 1893] was filed with the Court.

2. Pursuant to the Notice responses if any, to the Objection were required to have been filed with the Court and served no later than 4:00 p.m. on December 29, 2010 (the "Objection Deadline").

3. The Objection Deadline has passed and no responses appear on the docket or were served upon the undersigned counsel. Accordingly, the order approving the Objection may be entered.

---

[1] The last four digits of the Debtor's federal tax identification number are 6025.
46460/0002-7278501v1

Dated: January 4, 2011

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: /s/ Karen M. Grivner
Norman L. Pernick (No. 2290)
Karen M. Grivner (No. 4372)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
(302) 652-3131

-and-

Irving E. Walker, Esquire
G. David Dean, Esquire
300 East Lombard Street, Suite 2000
Baltimore, MD 21202
(410) 230-0660
(410) 230-0667 (fax)

Counsel to the RCC Liquidating Corp.
Liquidation Trust

2

46460/0002-7278501v1