IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
| --- | --- |
| RCC LIQUIDATING CORP.[1] | Case No. 09-10617 (MFW) |
| Debtor. | |

## NOTICE OF AGENDA OF MATTERS
## SCHEDULED FOR HEARING ON JANUARY 6, 2011
## AT 10:30 A.M. BEFORE THE HONORABLE MARY F. WALRATH

RESOLVED MATTER

1. RCC Liquidating Corp. Liquidating Trust's Sixth Omnibus Objection (Substantive) to Certain Modified Claims filed June 25, 2010 [Docket No. 1673]

   Related Documents:

   A) Notice of Submission of Proofs of Claim in Connection with RCC Liquidating Corp. Liquidating Trust's Sixth Omnibus Objection (Substantive) to Certain Modified Claims filed July 14, 2010 [Docket No. 1695]

   B) Notice of Withdrawal of RCC Liquidating Corp. Liquidating Trust's Sixth Omnibus Objection (Substantive) to Certain Modified Claims with Respect to Claim Numbers 1771, 2711, 3030 and 3035 filed January 4, 2011 [Docket No. 1908]

   Response Deadline: July 21, 2010 at 4:00 p.m. (ET); extended to August 17, 2010 for Developers Diversified Realty

   Responses Filed:

   A) Informal Response by Developers Diversified regarding proof of claim number 2711

   Status: All items regarding this matter have been sustained, resolved or withdrawn.

---

[1] The last four digits of the Debtor's federal tax identification number are 6025.

46460/0002-7275310v1

ADJOURNED MATTER

2.  RCC Liquidating Corp. Liquidating Trust's Eighteenth Omnibus Objection (Substantive) to No Liability Claims filed September 30, 2010 [Docket No. 1836]

    Related Documents:

    A)  Notice of Submission of Proofs of Claim filed October 25, 2010 [Docket No. 1850]

    Response Deadline: November 1, 2010 at 4:00 p.m. (ET)

    Responses Filed:

    A)  Response of Conrad Marker, Executor of the Estate of Harvey C. Johnston, to the RCC Liquidating Corp. Liquidating Trust's Eighteenth Omnibus Objection (Substantive) to No Liability Claims filed October 29, 2010 [Docket No. 1854]

    Status: This matter is adjourned to the next omnibus hearing.

UNCONTESTED MATTER GOING FORWARD

3.  RCC Liquidating Corp. Liquidating Trust's Nineteenth Omnibus Objection (Non-Substantive) to Certain (A) Duplicate, (B) Amended or Superseded and (C) Late Filed Claims filed December 7, 2010 [Docket No. 1893]

    Related Documents:

    A)  Notice of Submission of Proofs of Claim filed December 21, 2010 [Docket No. 1902]

    B)  Certification of No Objection Regarding Docket No. 1893 filed January 4, 2011 [Docket No. 1907]

    C)  Proposed form of order regarding docket no. 1893

    Response Deadline: December 29, 2010 at 4:00 p.m. (ET)

    Responses Filed: None

    Status: This matter is going forward.

## CONTESTED MATTERS GOING FORWARD

4.  RCC Liquidating Corp. Liquidating Trust's Seventeenth Omnibus Objection (Substantive) to Certain Modified Claims filed September 30, 2010 [Docket No. 1835]

    Related Documents:

    A) Notice of Submission of Proofs of Claim filed October 25, 2010 [Docket No. 1850]

    B) Notice of Withdrawal of RCC Liquidating Corp. Liquidating Trust's Seventeenth Omnibus Objection (Substantive) to Certain Modified Claims With Respect to Claim Number 3341 filed November 3, 2010 [Docket No. 1860]

    C) Certification of Counsel Regarding Docket Number 1835 filed December 3, 2010 [Docket No. 1890]

    D) Notice of Withdrawal of RCC Liquidating Corp. Liquidating Trust's Seventeenth Omnibus Objection (Substantive) to Certain Modified Claims With Respect to Claim Numbers 3337, 3458, and 3464 filed January 4, 2011 [Docket No. 1909]

    Response Deadline: November 1, 2010 at 4:00 p.m. (ET); Extended to December 17, 2010 for Sony Electronics Inc.

    Responses Filed:

    A) Informal Response by Pennsylvania Department of Revenue

    B) Informal Response by Howard County Office of Law

    C) Informal Response by the Palm Beach County Tax Collector

    D) Informal Response by Sony Electronics, Inc

    E) Informal Response by City and County of Denver/Treasury

    Status: The objection with respect to items A and B has been withdrawn. The objection with respect to items C, D, and E is adjourned to the next omnibus hearing. This matter is going forward with respect to the remaining claims subject to the objection.

5.  RCC Liquidating Corp. Liquidating Trust's Twentieth Omnibus Objection (Substantive) to No Liability Claims filed December 7, 2010 [Docket No. 1894]

    Related Documents:

    A) Notice of Submission of Proofs of Claim filed December 21, 2010 [Docket No. 1902]

    Response Deadline: December 29, 2010 at 4:00 p.m. (ET); extended to January 4, 2011 for Flashpoint Technology, Inc. and extended to January 17, 2011 for T Mobile USA, Inc.

    Responses Filed:

    A) Response to Trustee's Objection to Claim filed by the City of Lewisville Texas filed December 17, 2010 [Docket No. 1900]

    B) Letter response filed by Allison Earnest December 29, 2010 [Docket No. 1905]

    C) Informal response by Lorraine Boyce

    D) Informal response by The Travelers Indemnity Company and Its Affiliates

    E) Informal response by Atlantic Town Center

    F) Informal response by Flashpoint Technology Inc.

    Status: This matter is adjourned with respect to items A, B, C, D, E and F. This matter is going forward with respect to the remaining claims subject to the objection.

6.  RCC Liquidating Corp. Liquidating Trust's Twenty-First Omnibus Objection (Substantive) to Certain Modified Claims filed December 7, 2010 [Docket No. 1895]

    Related Documents:

    A) Notice of Submission of Proofs of Claim filed December 21, 2010 [Docket No. 1902]

    B) Notice of Withdrawal of RCC Liquidating Corp. Liquidating Trust's Twenty-First Omnibus Objection (Substantive) to Certain Modified Claims with Respect to Claims Numbers 3431 and 3496 filed January 4, 2011 [Docket No. 1906]

    Response Deadline: December 29, 2010 at 4:00 p.m. (ET)

Responses Filed:

A) Informal response by T Mobile USA, Inc.

B) Informal response by MM Bloomington

C) Informal response by General Electric Capital Corporation

D) Informal response by Wade Mayberry

E) Informal response by Commissioner of Revenue of the State of Tennessee

F) Informal response by Eastman Kodak Company

Status: The objection with respect to items E and F has been withdrawn. This matter is adjourned with respect to items A, B, C and D. This matter is going forward with respect to the remaining claims subject to the objection.

## PRE-TRIAL CONFERENCE

7. RCC Liquidation Trust's Complaint for Turnover and Other Relief filed November 15, 2010 [adv. case no. 10-55359; docket no. 1]

   Related Documents:

   A) Summons and Notice of Pre-trial Conference [Docket No. 3]

   Response Deadline: December 15, 2010 at 4:00 p.m. (ET)

   Responses Filed:

   A) Canon U.S.A., Inc.'s Answer to RCC Liquidation Trust's Complaint for Turnover and Other Relief filed December 23, 2010 [Docket No. 3]

   Status: A status conference on this matter is going forward.

Dated: January 4, 2011

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: /s/ Karen M. Grivner
Norman L. Pernick (No. 2290)
Karen M. Grivner (No. 4372)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
(302) 652-3131
(302) 652-3117 (fax)

-and-

Irving E. Walker, Esquire
Gary H. Leibowitz, Esquire
G. David Dean, Esquire
300 East Lombard Street, Suite 2000
Baltimore, MD 21202
(410) 230-0660
(410) 230-0667 (fax)

Counsel for RCC Liquidating Corp.
Liquidating Trust