IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
| --- | --- |
| RCC LIQUIDATING CORP.,[2] | Case No. 09-10617 (MFW) |
| Debtor. | Related to Docket No. 1418 |

## ORDER SCHEDULING OMNIBUS HEARING DATES

Pursuant to Del. Bankr. L. R. 2002-1(a), the Court has scheduled the following hearing[3] dates in the above-captioned chapter 11 case:

| DATE | TIME |
| --- | --- |
| February 7, 2011 | 11:30 a.m. (ET) |
| March 4, 2011 | 11:30 a.m. (ET) |
| April 8, 2011 | 10:30 a.m. (ET) |
| May 10, 2011 | 11:30 a.m. (ET) |
| June 8, 2011 | 10:30 a.m. (ET) |

Dated: January 10, 2011

THE HONORABLE MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE

---

[2] The last four digits of the Debtor's federal tax identification number are 6025.
[3] All hearings will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom No. 4, Wilmington, DE 19801.

46460/0001-7288825v1