IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| RCC LIQUIDATING CORP., | Case No. 09-10617 (MFW) |
| Debtor. | |

# POST CONFIRMATION QUARTERLY SUMMARY REPORT
# FOR THE PERIOD OCTOBER 1, 2010 – DECEMBER 31, 2010

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
(302) 652-3131
(302) 652-3117 (fax)

Office of the United States Trustee - Region 3
Post-Confirmation Quarterly Summary Report

This report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: Ritz Camera Centers, Inc.
Case Number: 09-10617 (MFW)
Effective Date: June 10, 2010
Reporting Period: October 1, 2010 - December 31, 2010

| Bank: | Wilmington Trust | Wilmington Trust | Wilmington Trust | Wilmington Trust | Wilmington Trust | Wilmington Trust | Wilmington Trust | Wilmington Trust | Ritz Camera & Image |
|---|---|---|---|---|---|---|---|---|---|
| Account Number: | 3012-9490 | 098984-001 | 3012-9482 | 098984-000 | 098985-000 | 2996-8764 | 094259-000 | 094259-001 | |
| Purpose of Account: | Disputed Admin | Expense Reserve | Expense Reserve | Trust Account | Disputed Unsecured | Pre-Confirm. Checking | Pre-Confirm. Custody | Pre-Confirm. Custody | Intercompany |
| Account Type: | DDA | Custody | DDA | Custody | Custody | DDA | Custody | Custody | |
| **Beginning Cash Balance** | $ 13,560,275 | $ 7,632,707 | $ 4,115 | $ 496,489 | $ 460,868 | $ - | $ - | $ - | $ - 0 |
| **All receipts received by the debtor:** | | | | | | | | | |
| Cash Sales: | - | - | - | - | - | - | - | - | - |
| Sale of Debtor's Assets*: | - | 308,834 | - | - | - | - | - | - | - |
| Collection of Accounts Receivable**: | - | 1,120,173 | - | - | - | - | - | - | - |
| Interest and Other: | - | 425 | - | 27 | 24.81 | - | - | - | - 0 |
| Total of Cash Received: | - | 1,429,432 | - | 27 | 25 | - | - | - | |
| Total of Cash Available: | 13,560,275 | 9,062,138 | 4,115 | 496,515 | 460,893 | - | - | - | - |
| **Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:** | | | | | | | | | |
| Disbursements made under the plan: | (1,325,272) | - | - | - | - | - | - | - | - |
| Disbursements made to bankruptcy professionals: | - | (954,889) | (10,400) | - | - | - | - | - | - |
| All other disbursements made in the ordinary course****: | (3,876) | (89,245) | (9,406) | - | - | - | - | - | - |
| Total Disbursements: | (1,329,147) | (1,044,134) | (19,806) | - | - | - | - | - | - |
| Internal Account Transfers | - | (35,000) | 35,000 | - | - | - | - | - | - |
| **Ending Cash Balance:** | $ 12,231,127 | $ 7,983,005 | $ 19,309 | $ 496,515 | $ 460,893 | $ - | $ - | $ - | $ - 0 |
| Add: Outstanding Checks | $ 2,638.08 | $ 234,395.09 | $ (9.50) | $ (29.45) | $ - | $ - | $ - | $ (56.75) | $ - |
| **Ending Bank Balance** | $ 12,228,489.41 | $ 7,748,609.53 | $ 19,318.42 | $ 496,544.91 | $ 460,892.67 | $ - | $ - | $ 56.75 | $ (236,946.97) |
| | | | | | | | | | $ 236,946.97 0.00 |

*Represents the sale of the Idaho Falls, UT property, Vernal, UT property, and one of the Ray Enterprise lots.
**Includes collection of the RCI Note Receivable, utility deposits, state tax refunds, vendor receivables, rent stream on owned real estate, and other miscellaneous A/R.
***Includes disbursements for 2010 and 2011 insurance, 2009 tax returns, utilities related to owned real estate, and other miscellaneous operating disbursements

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

_____1/21/11_____          _____[signature]_____
Date                                    Name and Title

DRAFT - Subject to Change
Privileged and Confidential

# RCC Liquidation Trust
# Balance Sheet
## As of December 31, 2010

## ASSETS
### Current Assets
#### Checking/Savings

| | |
|---|---:|
| Disputed Admin & Priority Accou | 12,230,865.17 |
| Expense Reserve Custody Account | 7,983,266.94 |
| Expense Reserve DDA Account | 19,308.92 |
| RCC Liquidation Trust Account | 496,515.46 |
| Wachovia Line Reserve | -851,982.85 |
| **Total Checking/Savings** | **19,877,973.64** |

#### Other Current Assets

| | |
|---|---:|
| Other Deposits | -79,855.79 |
| Owned Real Estate | 222,519.71 |
| RCI Note Receivable | 986,545.93 |
| State Tax Refunds | -89,799.82 |
| **Total Other Current Assets** | **1,039,410.03** |
| **Total Current Assets** | **20,917,383.67** |
| **TOTAL ASSETS** | **20,917,383.67** |

## LIABILITIES & EQUITY
### Liabilities
#### Current Liabilities
##### Accounts Payable
###### Postpetition AP

| | |
|---|---:|
| Federal Tax Claims | 460,000.00 |
| Operating Payables | 28,976.19 |
| Other Claims | 1,161,915.89 |
| Outstanding Checks Liability | 430,444.07 |
| Postpetition Taxes | 32,451.11 |
| Real Estate Admin Claims | 395,445.25 |
| Vendor Debit Balances | -1,084,466.24 |
| **Total Postpetition AP** | **1,424,766.27** |

###### Prepetition AP

| | |
|---|---:|
| 503(b)(9) Claims | 63,242.48 |
| General Unsecured Claims | 18,288,719.50 |
| Reclamation Claims | 1,134,272.22 |
| **Total Prepetition AP** | **19,486,234.20** |
| **Total Accounts Payable** | **20,911,000.47** |

##### Other Current Liabilities

| | |
|---|---:|
| Accrued Payroll | 1,949,859.40 |
| Accrued Sales Tax Audit | 826,616.59 |
| Deferred Rev - Gift and Digi | 50,000.00 |
| **Total Other Current Liabilities** | **2,826,475.99** |
| **Total Current Liabilities** | **23,737,476.46** |
| **Total Liabilities** | **23,737,476.46** |

# RCC Liquidation Trust
# Balance Sheet
## As of December 31, 2010

|  | Dec 31, 10 |
|---|---:|
| **Equity** | |
| Trust Principal | 352,468.27 |
| Net Income | -3,172,561.06 |
| **Total Equity** | -2,820,092.79 |
| | |
| **TOTAL LIABILITIES & EQUITY** | **20,917,383.67** |

|                                        | Dec 31, 10    |
|----------------------------------------|---------------|
| **ASSETS**                             |               |
|   Current Assets             |               |
|     Checking/Savings |             |
|       Disputed General Unsecured Acco | 460,892.67 |
|       Wachovia Line Reserve | 529,535.85 |
|     Total Checking/Savings | 990,428.52 |
|     Other Current Assets |          |
|       Other Deposits | 72,209.43 |
|       Owned Real Estate | 1,410,490.94 |
|       RCI Note Receivable | 2,039,687.03 |
|       State Tax Refunds | 50,743.34 |
|     Total Other Current Assets | 3,573,130.74 |
|   Total Current Assets       | 4,563,559.26  |
| **TOTAL ASSETS**                       | **4,563,559.26** |
| **LIABILITIES & EQUITY**               |               |
|   Equity                     |               |
|     Trust Principal | 4,563,524.08 |
|     Net Income     | 35.18         |
|   Total Equity               | 4,563,559.26  |
| **TOTAL LIABILITIES & EQUITY**         | **4,563,559.26** |