IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| RCC LIQUIDATING CORP.[1] | Case No. 09-10617 (MFW) |
| Debtor. | **Related Docket No. 1919** |

## NOTICE OF RESCHEDULED HEARING

**PLEASE TAKE NOTICE** that the omnibus hearing originally scheduled for March 4, 2011 at 11:30 a.m. before the Honorable Mary F. Walrath, United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom No. 4, Wilmington, DE 19801, **has been rescheduled to March 10, 2011 at 11:30 a.m.**

**PLEASE TAKE FURTHER NOTICE** that all matters originally scheduled for March 4, 2011, will be heard on March 10, 2011 at 11:30 a.m., and the objection deadline will be March 3, 2011 at 4:00 p.m.

Dated: February 2, 2011

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: _____
Norman L. Pernick (No. 2290)
Karen Grivner (No. 4372)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
(302) 652-3131
(302) 652-3117 (fax)

-and-

---

[1] The last four digits of the Debtor's federal tax identification number are 6025.

48322/0001-7346684v1

Irving E. Walker, Esquire
G. David Dean, Esquire
300 East Lombard Street, Suite 2000
Baltimore, MD 21202
(410) 230-0660
(410) 230-0667 (fax)

Counsel for the RCC Liquidation
Trust, successor to the Debtor