# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | )
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| **RCC LIQUIDATING CORP.,**[1] | ) |
| | ) Case No. 09-10617 (MFW) |
| Debtor. | ) |
| | ) |

## AFFIDAVIT OF SERVICE

I, Michael J. Hill, depose and say that I am employed by Kurtzman Carson Consultants, LLC (KCC), the claims and noticing agent for the Debtor in the above-captioned case.

On January 6, 2011, at my direction and under my supervision, employees of KCC caused to be served the following document via First-Class mail on the service list attached hereto as **Exhibit A**:

- **Order Granting and Sustaining RCC Liquidating Corp. Liquidating Trust's Seventeenth Omnibus Objection (Substantive) to Certain Modified Claims** [Docket No. 1914]

In addition to the foregoing, on January 6, 2011, at my direction and under my supervision, employees of KCC caused to be served the following document via First-Class mail on the service list attached hereto as **Exhibit B**:

- **Order Granting and Sustaining RCC Liquidating Corp. Liquidating Trust's Nineteenth Omnibus Objection (Non-Substantive) to Certain (A) Duplicate, (B) Amended or Superseded and (C) Late Filed Claims** [Docket No. 1915]

In addition to the foregoing, on January 6, 2011, at my direction and under my supervision, employees of KCC caused to be served the following document via First-Class mail on the service list attached hereto as **Exhibit C**:

- **Order Granting and Sustaining RCC Liquidating Corp. Liquidating Trust's Twentieth Omnibus Objection (Substantive) to Certain No Liability Claims** [Docket No. 1916]

---

[1] The last four digits of the Debtor's federal tax identification number are 6025.

In addition to the foregoing, on January 6, 2011, at my direction and under my supervision, employees of KCC caused to be served the following document via First-Class mail on the service list attached hereto as **Exhibit D**:

- **Order Granting and Sustaining RCC Liquidating Corp. Liquidating Trust's Twenty-First Omnibus Objection (Substantive) to Certain Modified Claims** [Docket No. 1917]

Dated: January 13, 2011

Michael J. Hill

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 13th day of January, 2011, by Michael J. Hill, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature:

GABRIELA HILL
Commission # 1853581
Notary Public - California
Los Angeles County
My Comm. Expires Jun 11, 2013

# EXHIBIT A

# EXHIBIT A
# AFFECTED PARTIES

| Name | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Altoona Area School District Tax Office | Kimberly A Schimminger | 200 E Crawford Ave | | | Altoona | PA | 16602 |
| Arden Fair Associates LP Macerich 203270 1513 | Dustin P Branch Esq | 2029 Century Park E 26th Fl | | | Los Angeles | CA | 90067 |
| Benenson Bellevue II LP | Benenson Bellevue II LP | Virginia Guldi Esq | Zuckerman Spaeder LLP | 919 Market St Ste 990 | Wilmington | DE | 19899 |
| Benenson Bellevue II LP | c o Gary Sedoruk | Benenson Capital Partners LLC | 708 Third Ave 28th Fl | | New York | NY | 10017 |
| Benenson Bellevue II LP | Zuckerman Spaeder LLP | 919 Market St Ste 990 | PO Box 1028 | | Wilmington | DE | 19801-3036 |
| Bexar County | Bexar County | Sylvia S Romo CPA RTA CTA Tax Assessor Collector | 233 N Pecos La Trinidad | | San Antonio | TX | 78207 |
| Bexar County | David G Aelvoet | Linebarger Goggan Blair & Sampson LLP | 711 Navarro Ste 300 | | San Antonio | TX | 78205 |
| Chandler Village Center LLC Macerich 203270 1516 | Dustin P Branch Esq | 2029 Century Park E 26th Fl | | | Los Angeles | CA | 90067 |
| City and County of Denver / Treasury | Attn Karen Katros Bankruptcy Analyst | McNichols Civic Center Bldg | 144 W Colfax Ave Rm 384 | | Denver | CO | 80202-5391 |
| City of Alexandria Virginia | Michele M Harlow | Revenue Division | PO Box 178 | | Alexandria | VA | 22313 |
| City of Chandler | Attn James R Cairns III Asst City Atty | PO Box 4008 | MS 602 | | Chandler | AZ | 85244 |
| City of Chesapeake | Barbara O Carraway Treasurer | PO Box 16495 | | | Chesapeake | VA | 23328 |
| City of Knoxville | Douglas Gordon Attorney for the City of Knoxville | PO Box 1028 | | | Knoxville | TN | 37901 |
| City of Mobile | Florence A Kessler | PO Box 1827 | | | Mobile | AL | 36633 |
| CLAYTON CTY TAX COMMISSIONER | ADMINISTRATION ANNEX 3 | 2ND FL | 121 S MCDONOUGH ST | | JONESBORO | GA | 30236 |
| Commonwealth of Pennsylvania | Department of Revenue | Bureau of Compliance | PO Box 280946 | | Harrisburg | PA | 17128-0946 |
| Connecticut Department of Revenue Services | C&E Division Bankruptcy Section | Department of Revenue Services | 25 Sigourney St | | Hartford | CT | 06106-5032 |
| Connecticut Department of Revenue Services | Joan E Pilver Assistant Attorney General | Office of the Attorney General | 55 Elm St 4th Fl | | Hartford | CT | 06106 |
| CPRE 1 END LAKELINE LP | c o ENDEAVOR REAL ESTATE GROUP | 221 W SIXTH ST STE 1300 | | | AUSTIN | TX | 78701 |
| CPRE 1 END LAKELINE LP | C/O ENDEAVOR REAL ESTATE GROUP | 221 W SIXTH ST STE 1300 | | | AUSTIN | TX | 78701 |
| CPRE 1 END LAKELINE LP | CPRE 1 End Lakeline LP | Attn Heather Abel Asset Manager | c o Archon Group LP | 6011 Connection Dr | Irving | TX | 75039 |
| CPRE 1 END LAKELINE LP | CPRE 1 End Lakeline LP | c o Archon Group LP | 6011 Connection Dr | | Irving | TX | 75039 |
| CPRE 1 END LAKELINE LP | Schiff Hardin LLP for Claimant | Louis T DeLucia Esq | 900 Third Ave 23rd Fl | | New York | NY | 10022 |
| Cypress Fairbanks ISD | Cypress Fairbanks ISD | | PO Box 692003 | | Houston | TX | 77269-2003 |
| Cypress Fairbanks ISD | John P Dillman | Linebarger Goggan Blair & Sampson LLP | PO Box 3064 | | Houston | TX | 77253-3064 |
| Cyzner Properties | Fox Rothschild LLP | Irv Cyzner | Citizens Bank Ctr Ste 1300 | PO Box 2323 | Wilmington | DE | 19899-2323 |
| Cyzner Properties | | 334 Eli Ave | | | Somerset | NJ | 08873 |

In re: RCC Liquidating Corp.  
Case No. 09-10617 (MFW)

Page 1 of 4

1/27/2011  
4:19 PM

# EXHIBIT A
# AFFECTED PARTIES

| Name | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Dallas County | Dallas County | | 2323 Bryan St Ste 1600 | | Dallas | TX | 75201 |
| Dallas County | Elizabeth Weller | Linebarger Goggan Blair & Sampson LLP | 2323 Bryan St Ste 1600 | | Dallas | TX | 75201 |
| Department of Water & Power City of Los Angeles | Attn Bankruptcy | PO Box 51111 | | | Los Angeles | CA | 90051-5700 |
| District of Columbia Treasury | Govt of the District of Columbia | Office of Tax & Revenue | PO Box 37559 | | Washington | DC | 20013 |
| Eastman Kodak Company | Attn Daniel W Sklar | Nixon Peabody LLP | 900 Elm St | | Manchester | NH | 03101 |
| El Paso County Treasurer | Attn Sandra J Damron | PO Box 2007 | | | Colorado Springs | CO | 80901-2007 |
| Fort Bend County | Fort Bend County | | 1317 Eugene Heimann Cir | | Richmond | TX | 77469 |
| Fort Bend County | Tara L Grundemeier | Linebarger Goggan Blair & Sampson LLP | PO Box 3064 | | Houston | TX | 77253-3064 |
| Freemall Associates LLC Macerich Freehold 203270 1521 | Dustin P Branch Esq | 2029 Century Park E 26th Fl | | | Los Angeles | CA | 90067 |
| Frisco ISD Tax | Frisco ISD Tax | | PO Box 547 | | Frisco | TX | 75034 |
| Frisco ISD Tax | Gay McCall Isaacks et al | 777 E 15th St | | | Plano | TX | 75074 |
| Harris County et al | Harris County et al | | PO Box 4924 | | Houston | TX | 77210-4924 |
| Harris County et al | Tara L Grundemeier | Linebarger Goggan Blair & Sampson LLP | PO Box 3064 | | Houston | TX | 77253-3064 |
| Highland Park Independent School District | Elizabeth Banda Calvo | Perdue Brandon Fielder Collins & Mott LLP | PO Box 13430 | | Arlington | TX | 76094-0430 |
| Howard County Maryland | Margaret Ann Nolan & Camela J Sandmann Esq | Howard County Office of Law | 3430 Courthouse Dr | | Ellicott City | MD | 21043 |
| Ikon Office Solutions | Accounts Receivable Center | Attn Bankruptcy Team | 3920 Arkwright Rd Ste 400 | | Macon | GA | 31210 |
| IREDELL COUNTY TAX COLLECTOR | | PO BOX 1027 | | | STATESVILLE | NC | 28687 |
| JENNIFER MILLS | | 948 PARSONS DR | | | MADISON | MD | 21648 |
| Katy ISD | Katy ISD | | PO Box 159 | | Katy | TX | 77492-0159 |
| Katy ISD | Tara L Grundemeier | Linebarger Goggan Blair & Sampson LLP | PO Box 3064 | | Houston | TX | 77253-3064 |
| Ken Burton Jr CFC | Tax Collector Manatee County | PO Box 25300 | | | Brandenton | FL | 34206-5300 |
| KEY PLAZA I INC | C/0 FLEET BANK | PO BOX 414167 | | | BOSTON | MA | 02241-4167 |
| LAYMAN SHREVES | | 2807 JOSEPH HOOKER ST | | | HOPEWELL | VA | 23860 |
| LUCIDIOM INC | STEPHEN GIORDANO | 21730 RED RUM DR STE 182 | | | ASHBURN | VA | 20147 |
| M NACASTRO | MICHAEL NICASTRO | | 17708 TREE LAWN DR | | ASHTON | MD | 20861 |
| M NACASTRO | | 17708 TREE LAWN DR | | | ASHTON | MD | 20861 |
| Macerich Fiesta Mall LLC Macerich 203270 1519 | Thomas J Leanse Esq | 2029 Century Park E 26th Fl | | | Los Angeles | CA | 90067 |
| Macerich Los Cerritos LLC 203270 1522 | Dustin P Branch Esq | 2029 Century Park E 26th Fl | | | Los Angeles | CA | 90067 |
| Macerich Oaks LLC 203270 1523 | Dustin P Branch Esq | 2029 Century Park E 26th Fl | | | Los Angeles | CA | 90067 |

In re: RCC Liquidating Corp.  
Case No. 09-10617 (MFW)

Page 2 of 4

1/27/2011  
4:19 PM

# EXHIBIT A
# AFFECTED PARTIES

| Name | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| MB Minneapolis 8th Street LLC | c o Inland American Office Management LLC | c o Bert Bittourna Esq | Inland Real Estate Group | 2901 Butterfield Rd 3rd Fl | Oak Brook | IL | 60523 |
| MB Minneapolis 8th Street LLC | Connolly Bove Lodge & Hutz LLP | Karen C Bifferato Esq | 1007 N Orange St | PO Box 2207 | Wilmington | DE | 19899 |
| MegaPath Inc | William A Hazeltine | Sullivan Hazeltine Allinson LLC | 4 E 8th St Ste 400 | | Wilmington | DE | 19801 |
| Metropolitan Government Trustee | Metropolitan Department of Law | PO Box 196300 | | | Nashville | TN | 37219-6300 |
| Miami Dade County Tax Collector | | Miami Dade County Bankruptcy Unit | 140 W Flagler St Ste 1403 | | Miami | FL | 33130 |
| Mike Olson Tax Collector | | PO Box 276 | | | Dade City | FL | 33526-0276 |
| Montgomery County | Montgomery County | | 400 N San Jacinto St | | Conroe | TX | 77301 |
| Montgomery County | Tara L Grundemeier | Linebarger Goggan Blair & Sampson LLP | PO Box 3064 | | Houston | TX | 77253-3064 |
| Montgomery County Treasurer | | 755 Roanoke St Ste 1B | | | Christiansburg | VA | 24073 |
| Navico Inc | Attn Michael Reed | 12000 E Skelly Dr | | | Tulsa | OK | 74128 |
| Nueces County | Diane W Sanders | Linebarger Goggan Blair & Sampson LLP | The Terrace II 2700 Via Fortuna Dr Ste 400 | PO Box 17428 | Austin | TX | 78760-7428 |
| Nueces County | Nueces County | | PO Box 2810 | | Corpus Christi | TX | 78403-2810 |
| NYC Department of Finance | Office of Legal Affairs Collections | 345 Adams St | | | Brooklyn | NY | 11201 |
| Ouachita Parish Tax Collector | | PO Box 1803 | | | Monroe | LA | 71210-1803 |
| Palm Beach County Tax Collector | Palm Beach County Tax Collector | Attn Legal Services | PO Box 3715 | | West Palm Beach | FL | 33402-3715 |
| Palm Beach County Tax Collector | | PO Box 3715 | | | West Palm Beach | FL | 33402-3715 |
| Pennsylvania Department of Revenue | Bankruptcy Division | PO Box 280946 | | | Harrisburg | PA | 17128-0946 |
| Piedmont Natural Gas Company | Attn CBO Bankruptcy | 4339 S Tryon St | | | Charlotte | NC | 28217-1733 |
| Piedmont Natural Gas Company | Piedmont Natural Gas Company | | Po box 533500 | | Atlanta | GA | 30353-3500 |
| Pierce County Budget & Finance | | 615 S 9th St Ste 100 | | | Tacoma | WA | 98405 |
| Regency Centers LP | Attn Robert L LeHane Esq | Kelley Drye & Warren LLP | 101 Park Ave | | New York | NY | 10178 |
| Regency Centers LP | Regency Centers LP | Attn Randy Shoemaker | One Independent Dr Ste 114 | | Jacksonville | FL | 32202-5019 |
| Round Rock ISD | Diane W Sanders | Linebarger Goggan Blair & Sampson LLP | The Terrace II 2700 Via Fortuna Dr Ste 400 | PO Box 17428 | Austin | TX | 78760-7428 |
| Round Rock ISD | Round Rock ISD | | 1311 Round Rock Ave | | Round Rock | TX | 78681 |
| SAGINAW CHARTER TOWNSHIP MI | | PO BOX 6400 | | | SAGINAW | MI | 48608 |
| Saker Enterprises of Freehold LLC | Donald F Campbell Jr Esq | Giordano Halleran & Ciesla PC | PO Box 190 | | Middletown | NJ | 07748 |
| SARASOTA COUNTY TAX COLLECTOR | BARBARA FORD COATES | 101 S WASHINGTON BLVD | | | SARASOTA | FL | 34236-6940 |
| SONIA SANCHEZ | | 10260 SW 226 TER | | | MIAMI | FL | 33190 |
| Sony Electronics Inc | Attn Alan Rubin | 1 Sony Dr MD 3E6 | | | Park Ridge | NJ | 07656 |
| Synnex Corporation | Steve Shumase | 39 Pelham Ridge Dr | | | Greenville | SC | 29615 |

In re: RCC Liquidating Corp.  
Case No. 09-10617 (MFW)

Page 3 of 4

1/27/2011  
4:19 PM

# EXHIBIT A
# AFFECTED PARTIES

| Name | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Tarrant County | Elizabeth Weller | Linebarger Goggan Blair & Sampson LLP | 2323 Bryan St Ste 1600 | | Dallas | TX | 75201 |
| Tarrant County | Tarrant County | | 2323 Bryan St Ste 1600 | | Dallas | TX | 75201 |
| Tax Collector Santa Rosa County | Attn Delinquent Tax Department | 6495 Caroline St Ste E | | | Milton | FL | 32570 |
| Tennessee Department of Revenue | c o Attorney General | PO Box 20207 | | | Nashville | TN | 37202-0207 |
| The Commissioner of Revenue of the State of Tennessee | Wilbur E Hooks | c o Attorney General | Tax Enforcement Division Tennessee Dept of Revenue | PO Box 20207 | Nashville | TN | 37202-0207 |
| The Macerich Partnership LP Chesterfield 203270 1517 | Dustin P Branch Esq | 2029 Century Park E 26th Fl | | | Los Angeles | CA | 90067 |
| The Woodlands Road Utility District No 1 | Michael J Darlow | Perdue Brandon Fielder Collins & Mott LLP | 1235 N Loop W Ste 600 | | Houston | TX | 77008 |
| The Woodlands Road Utility District No 1 | The Woodlands Road Utility District No 1 | Montgomery County Tax Office | 400 N San Jacinto | | Conroe | TX | 77301 |
| THURSTON COUNTY TREASURER | | 2000 LAKERIDGE DR SW | | | OLYMPIA | WA | 98502-6080 |
| Tristan Lee | | 27225 Ocean Dunes St | | | Moreno Valley | CA | 92555 |
| Tristan Lee c o Infinity Comm | Tristan Lee | | 27225 Ocean Dunes St | | Moreno Valley | CA | 92555 |
| Tristan Lee c o Infinity Comm | Tristan Lee c o Infinity Comm Real Estate | 660 N Central Expressway No 120 | | | Plano | TX | 75024 |
| Verizon | AFNI Verizon East | PO Box 3037 | | | Bloomington | IL | 61702-3037 |
| Verizon Inc | AFNI Verizon | 404 Brock Dr | | | Bloomington | IL | 61701 |
| Volusia County Finance Department | | 123 W Indiana Ave Rm 103 | | | DeLand | FL | 32720-4602 |
| Westday Associates Limited Partnership Paradise Valley 203270 1525 | Dustin P Branch Esq | 2029 Century Park E 26th Fl | | | Los Angeles | CA | 90067 |
| Wilson School District | Attn Business Tax Spec | 2601 Grandview Blvd | | | West Lawn | PA | 19609-1324 |
| ZUHAIR HILLAIL | | 2208 SILENT SPRINGS CT | | | LEAGUE CITY | TX | 77573 |

In re: RCC Liquidating Corp.
Case No. 09-10617 (MFW)

Page 4 of 4

1/27/2011
4:19 PM

# EXHIBIT B

# EXHIBIT B
# AFFECTED PARTIES

| Name | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Anne Arundel County Maryland | Attn Bankruptcy Administrator | Anne Arundel County Finance Office | PO Box 2700 M S 1103 | | Annapolis | MD | 21404 |
| County of San Bernardino | Office of the Tax Collector | 172 W 3rd St | | | San Bernardino | CA | 92415 |
| DOUG LARGER | | 3744 VILLAGE TRAIL | | | SNOW HILL | MD | 21863 |
| DOUG LARGER | | 3744 VILLAGE TRL | | | SNOW HILL | MD | 21863 |
| General Electric Capital Corporation | C/O J Cory Falgowski | Reed Smith LLP | 1201 N Market St Ste 1500 | | Wilmington | DE | 19801 |
| General Electric Capital Corporation | General Electric Capital Corporation | C/O William Wilson | 10 Riverview Dr | | Danbury | CT | 06810 |
| Mike Hogan Tax Collector | c o Steven E Rohan | Deputy General Counsel | 117 W Duval St | 480 City Hall | Jacksonville | FL | 32202 |
| PROVIDENCE POLICE DEPARTMENT | | ALARM REGISTRATION UNIT | 325 WASHINGTON ST | | PROVIDENCE | RI | 02903 |
| Shabbir A Khan San Joaquin County Tax Collector | | PO Box 2169 | | | Stockton | CA | 95201-2169 |
| Shelby County Trustee | | PO Box 2751 | | | Memphis | TN | 38101-2751 |
| Shelby County Trustee | | PO Box 2751 | | | Memphis | TN | 38101-2751 |
| Shelby County Trustee | | PO Box 2751 | | | Memphis | TN | 38101-2751 |
| Shelby County Trustee | | PO Box 2751 | | | Memphis | TN | 38101-2751 |
| Shelby County Trustee | | PO Box 2751 | | | Memphis | TN | 38101-2751 |
| SONIA SANCHEZ | | 10260 SW 226 TER | | | MIAMI | FL | 33190 |
| Tennessee Department of Revenue | Wilbur E Hooks | c o Attorney General | PO Box 20207 | | Nashville | TN | 37202-0207 |
| Tennessee Department of Revenue | Wilbur E Hooks Dir | c o Attorney General | PO Box 20207 | | Nashville | TN | 37202-0207 |
| Windalier West Lebanon LLC | Keith J Cunningham | One Monument Sq | | | Portland | ME | 04101 |

In re: RCC Liquidating Corp.
Case No. 09-10617 (MFW)

Page 1 of 1

1/27/2011
4:21 PM

# EXHIBIT C

**EXHIBIT C**
**AFFECTED PARTIES**

| Name | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Allison Earnest | | 3365 Pony Tracks Dr | | | Colorado Springs | CO | 80922 |
| Atlantic Town Center LLC | David A Wender | Alston & Bird LLP | 1201 W Peachtree St | | Atlanta | GA | 30309 |
| City of Lewisville | Sawko & Burroughs PC | 1100 Dallas Dr Ste 100 | | | Denton | TX | 76205 |
| Flashpoint Technology Inc | c o Ray Mandlekar Esq | Coughlin Stoia Geller Rudman Robbins LLP | 655 W Broadway Ste 1900 | | San Diego | CA | 92101 |
| Flashpoint Technology Inc | Flashpoint Techonology Inc | John J Rice | Robbins Geller Rudman and Dowd LLp | 655 West Broadway Ste 1900 | San Diego | CA | 92101 |
| FRANK CAMPODONICO | | 545 SOUTH KIMBERLY COURT | | | ROSWELL | GA | 30076 |
| Lorraine Boyce | Law Offices of G Kevin Fasic | 1225 King St Ste 200 | | | Wilmington | DE | 19801 |
| Shabbir A Khan San Joaquin County Tax Collector | | PO Box 2169 | | | Stockton | CA | 95201-2169 |
| The Travelers Indemnity Company & Its Affiliates | Attn Sal Marino | Travelers | One Tower Sq 5MN | | Hartford | CT | 06183 |
| WILLIAM JULIEN | | 1675 N MILITARY TRAIL | STE 550 | | BOCA RATON | FL | 33486 |

In re: RCC Liquidating Corp.
Case No. 09-10617 (MFW)

Page 1 of 1

1/27/2011
4:23 PM

# EXHIBIT D

# EXHIBIT D
# AFFECTED PARTIES

| Name | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Commissioner of Revenue of the State of Tennessee | | Andrew Jackson State Office Bldg | | Nashville | TN | 37242 |
| Commissioner of Revenue of the State of Tennessee | Tennessee Department of Revenue | c o Attorney General | PO Box 20207 | Nashville | TN | 37202-0207 |
| Eastman Kodak Company | Attn Daniel W Sklar Esq | c o Nixon Peabody LLP | 900 Elm St | Manchester | NH | 03101 |
| General Electric Capital Corporation | C/O Kathleen Murphy | Reed Smith LLP | 1201 N Market St Ste 1500 | Wilmington | DE | 19801 |
| General Electric Capital Corporation | General Electric Capital Corporation | C/O William Wilson | 10 Riverview Dr | Danbury | CT | 06810 |
| M M BLOOMINGTON ASSOCIATES LLC | ATTN MICHAEL R DOCHERTY | 4600 WEST 77TH ST STE 227 | | EDINA | MN | 55435 |
| ROBERT W ELTON | | 824 COACHWAY | | ANNAPOLIS | MD | 21401 |
| T Mobile USA Inc | c o John R Knapp Jr | Cairncross & Hempelmann PS | 524 Second Ave Ste 500 | Seattle | WA | 98104-2323 |
| Wade Mayberry | Attn Craig Goldblatt Nancy L Manzer | Wilmer Cutler Pickering Hale & Dorr LLP | 1875 Pennsylvania Ave NW | Washington | DC | 20006 |
| Wade Mayberry | WADE MAYBERRY | | 250 W JOYCE LN | ARNOLD | MD | 21012 |

In re: RCC Liquidating Corp.
Case No. 09-10617 (MFW)

Page 1 of 1

1/27/2011
4:25 PM