IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| RCC LIQUIDATING CORP.,[1] | ) | |
| | ) | Case No. 09-10617 (MFW) |
| Debtor. | ) | |
| | ) | |

## AFFIDAVIT OF SERVICE

I, Michael J. Hill, depose and say that I am employed by Kurtzman Carson Consultants, LLC (KCC), the claims and noticing agent for the Debtor in the above-captioned case.

On January 11, 2011, at my direction and under my supervision, employees of KCC caused to be served the following document via First-Class mail on the service list attached hereto as **Exhibit A**:

- **Order Scheduling Omnibus Hearing Dates** [Docket No. 1919]

Dated: January 27, 2011

_____
Michael J. Hill

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 27th day of January, 2011, by Michael J. Hill, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: _____

ELIZABETH MARIE BARNETT
Commission # 1867869
Notary Public - California
Los Angeles County
My Comm. Expires Oct 10, 2013

---

[1] The last four digits of the Debtor's federal tax identification number are 6025.

# EXHIBIT A

# EXHIBIT A

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| COUNTY OF SAN JOAQUIN | OFFICE OF THE GEN COUNSEL | LAWRENCE P MEYERS | 222 EAST WEBER AVE | STOCKTON | CA | 95202 | USA |
| OFFICE OF THE US TRUSTEE DELAWARE | JOSEPH MCMAHON | 844 KING ST STE 2207 | LOCKBOX 35 | WILMINGTON | DE | 19899-0035 | USA |
| BEAN KINNEY & KORMAN PC | JAMES R SCHROLL | 2300 WILSON BLVD 7TH FL | | ARLINGTON | VA | 22201 | USA |
| OFFICE OF SHABBIR KHAN | CHRISTINE M BABB | 500 E MAIN ST 1ST FL | PO BOX 2169 | STOCKTON | CA | 95201 | USA |

In re: RCC Liquidating Corp.
Case No. 09-10617 (MFW)

Page 1 of 1

1/27/2011
5:18 PM