# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| RCC LIQUIDATING CORP.,[1] | Case No. 09-10617 (MFW) |
| Debtor. | |
| RCC LIQUIDATION TRUST, successor in interest to RCC LIQUIDATING CORP. <br><br> Plaintiff, <br><br> v. <br><br> CANON U.S.A., INC. <br><br> Defendant. | Adversary Case No. 10-55359 (MFW) |

## STATUS REPORT

Plaintiff, Charles Reeves (the "Trustee"), on behalf of the RCC Liquidating Corp. Liquidation Trust (the "Trust"), by and through its undersigned counsel, hereby submits the following status report with respect to the above-captioned adversary proceeding.

---

[1] The last four digits of the Debtor's federal tax identification number are 6025.

48322/0001-7396518v1

**Status E**

The parties to this case have reached a settlement in principal and are memorializing the terms. The parties expect to file the Stipulation and Order within 30 days of this report.

Dated: February 24, 2011
       Wilmington, Delaware

Respectfully submitted,

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: _____
Norman L. Pernick (No. 2290)
Karen M. Grivner (No. 4372)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
(302) 652-3131

- and –

Irving E. Walker, Esquire
Gary H. Leibowitz, Esquire
300 E. Lombard Street, Suite 2000
Baltimore, MD 21202
(410) 230-0660

*Counsel to the Trustee of the RCC Liquidating Corp. Liquidation Trust*