IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>RCC LIQUIDATING CORP.,<br><br>Debtor. | Chapter 11<br><br>Case No. 09-10617 (MFW) |

# POST CONFIRMATION QUARTERLY SUMMARY REPORT
# FOR THE PERIOD JANUARY 1, 2011 – MARCH 31, 2011

**COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.**
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
(302) 652-3131
(302) 652-3117 (fax)

Office of the United States Trustee - Region 3
Post-Confirmation Quarterly Summary Report

This report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: Ritz Camera Centers, Inc.
Case Number: 09-10617 (MFW)
Effective Date: June 10, 2010
Reporting Period: January 1, 2011 - March 31, 2011

| Bank: | Wilmington Trust | Wilmington Trust | Wilmington Trust | Wilmington Trust | Wilmington Trust | Wilmington Trust | Wilmington Trust | Ritz Camera & Image |
|---|---|---|---|---|---|---|---|---|
| Account Number: | 3012-9490 | 098984-001 | 3012-9482 | 098984-000 | 098985-000 | 2996-8764 | 094259-000 | 094259-001 |
| Purpose of Account: | Disputed Admin | Expense Reserve | Expense Reserve | Trust Account | Disputed Unsecured | Pre-Confirm. Checking | Pre-Confirm. Custody | Pre-Confirm. Custody | Intercompany |
| Account Type: | DDA | Custody | DDA | Custody | Custody | DDA | Custody | Custody | |
| Beginning Cash Balance | $ 12,231,127 | $ 7,983,005 | $ 19,309 | $ 496,515 | $ 460,893 | $ - | $ - | $ - | $ 0 |
| All receipts received by the debtor: | | | | | | | | | |
| Cash Sales: | - | - | - | - | - | - | - | - | - |
| Sale of Debtor's Assets*: | - | 89,773 | - | - | - | - | - | - | - |
| Collection of Accounts Receivable**: | - | 3,255,680 | - | - | - | - | - | 118,465 | - |
| Interest and Other: | - | 224 | - | 12 | 11.36 | - | - | - | - |
| Total of Cash Received: | - | 3,345,677 | - | 12 | 11 | - | - | 118,465 | - |
| Total of Cash Available: | 12,231,127 | 11,328,682 | 19,309 | 496,528 | 460,904 | - | - | 118,465 | 0 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Disbursements made under the plan: | (498,557) | 134 | - | - | - | - | - | - | - |
| Disbursements made to bankruptcy professionals: | - | (345,052) | - | - | - | - | - | - | - |
| All other disbursements made in the ordinary course****: | (1,520) | - | (8,730) | - | - | - | - | - | - |
| Total Disbursements: | (500,078) | (344,918) | (8,730) | - | - | - | - | - | - |
| Internal Account Transfers | - | 118,465 | - | - | - | - | (56.75) | (118,465) | - |
| Ending Cash Balance: | $ 11,731,049.66 | $ 11,102,228.93 | $ 10,579.31 | $ 496,527.71 | $ 460,904.03 | $ - | $ - | $ - | $ - |
| Add: Outstanding Checks | $ (190,084.85) | $ 352,867.49 | $ (9.50) | $ (29.45) | $ - | $ - | $ (56.75) | $ (355,419.37) | $ 0.00 |
| Ending Bank Balance | $ 11,921,134.51 | $ 10,749,361.44 | $ 10,588.81 | $ 496,557.16 | $ 460,904.03 | $ - | $ 56.75 | $ 355,419.37 | $ 0.00 |

*Represents the sale of Ogden property
**Includes collection of the RCI Note Receivable, utility deposits, state tax refunds, vendor receivables, rent stream on owned real estate, and other miscellaneous A/R.
***Includes disbursements for utilities related to owned real estate, and other miscellaneous operating disbursements

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

_____    _____
Date                        Name and Title

DRAFT - Subject to Change
Privileged and Confidential

# RCC Liquidation Trust
# Balance Sheet
### As of March 31, 2011

|  | Mar 31, 11 |
|---|---|
| **ASSETS** |  |
| **Current Assets** |  |
| **Checking/Savings** |  |
| Disputed Admin & Priority Accou | 11,731,050.00 |
| Disputed General Unsecured Acct | 460,904.03 |
| Expense Reserve Custody Account | 11,102,215.45 |
| Expense Reserve DDA Account | 10,579.31 |
| RCC Liquidation Trust Account | 496,527.71 |
| Wachovia Line Reserve | -831,000.00 |
| **Total Checking/Savings** | 22,970,276.50 |
| **Other Current Assets** |  |
| Owned Real Estate | 1,558,310.59 |
| RCI Note Receivable | 598,912.66 |
| RCI Note Receivable - Interest | 71,925.10 |
| **Total Other Current Assets** | 2,229,148.35 |
| **Total Current Assets** | 25,199,424.85 |
| **TOTAL ASSETS** | 25,199,424.85 |
| **LIABILITIES & EQUITY** |  |
| **Liabilities** |  |
| **Current Liabilities** |  |
| **Accounts Payable** |  |
| **Postpetition AP** |  |
| Other Claims | 1,143,147.33 |
| Postpetition Taxes | 16,496.92 |
| Real Estate Admin Claims | 45,449.59 |
| Vendor Debit Balances | -1,163,593.05 |
| **Total Postpetition AP** | 41,500.79 |
| **Prepetition AP** |  |
| 503(b)(9) Claims | 37,875.68 |
| General Unsecured Claims | 18,288,719.50 |
| Reclamation Claims | 847,006.92 |
| **Total Prepetition AP** | 19,173,602.10 |
| **Total Accounts Payable** | 19,215,102.89 |
| **Other Current Liabilities** |  |
| Accrued Payroll | 50,000.00 |
| Accrued Sales Tax Audit | 296,103.50 |
| **Total Other Current Liabilities** | 346,103.50 |
| **Total Current Liabilities** | 19,561,206.39 |
| **Total Liabilities** | 19,561,206.39 |
| **Equity** |  |
| Retained Earnings | -2,738,949.29 |
| Trust Principal | 8,514,444.02 |
| Net Income | -137,276.27 |
| **Total Equity** | 5,638,218.46 |
| **TOTAL LIABILITIES & EQUITY** | 25,199,424.85 |